IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advanced Microtherm, Inc., | NO. C 04-02266 JW |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Norman Wright Mechanical Equipment Corporation, et al., | |
| Defendants. / | |

In its May 25, 2005 order, this Court appointed Thomas Denver as Special Master in this lawsuit and set a Case Management Conference for September 19, 2005. In light of the ongoing progress between the Special Master and the parties, the Case Management Conference will be continued to November 7, 2005 at 10:00 A.M. Pursuant to Civil L.R. 16-9(a), the Parties shall file a Joint Case Management Conference Statement 10 days in advance of the rescheduled Case Management Conference date.

Dated: September 13, 2005

04eciv2266ctdcmc

/s/James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce H. Winkelman bwinkelman@Craig-Winkelman.com
David B. Abramowitz dabramowitz@lordbissell.com
Dennis P. Fitzsimons dfitzsimons@bjg.com
Janette George Leonidou jleonidou@alr-law.com
John Morwick Ross jross@cwclaw.com
John T. Williams jwilliams@lordbissell.com
Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
Lisa Dritsas Wright lwright@alr-law.com
Maria Giardina maria.giardina@sdma.com
Merrit Jones mjones@cwclaw.com
Michael Bernard Murphy mbm@severson.com
Michael F. Tubach mtubach@omm.com
Paul B. Lahaderne paul.lahaderne@sdma.com
Peter Michael Hart p.hart@wrightrobinson.com
Raymond Marion Buddie rbuddie@pecklaw.com
Sloan C. Bailey sbailey@alr-law.com
Stuart E. Jones sjones@wrightrobinson.com
Thomas C. Tagliarini tagliarinilaw@aol.com
Zane D Negrych zanenegrych@sbcglobal.net

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

Duane E. Clapp
Clapp Moroney Bellagamva & Vucinich
A Professional Corporation
15 Southgate Avenue
Suite 200
Daly City, CA 94015

George Berris
471 Galen Drive
San Jose, CA 95123

**Dated: September 13, 2005**                                   **Richard W. Wieking, Clerk**

                                                                 **By:** ___/s/jwchambers_____
                                                                         Ronald L. Davis
                                                                         Courtroom Deputy