1  MICHAEL F. TUBACH (S.B. #145955)
   O'MELVENY & MYERS LLP
2  Embarcadero Center West
   275 Battery Street
3  San Francisco, CA  94111-3305
   Telephone:   (415) 984-8700
4  Facsimile:   (415) 984-8701

5  Attorneys for Defendant
   PHOENIX CONTROLS CORPORATION

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel* JOHN KARAMANOS, ADVANCED MICROTHERM, INC.; HVAC SALES, INC., <br><br>Plaintiffs, and as Qui Tam Plaintiffs on behalf of themselves, the United States of America, the State of California and does 501 to 600, <br><br>v. <br><br>NORMAN WRIGHT MECHANICAL EQUIPMENT CORPORATION; RICHARD LEAO; PHOENIX CONTROLS CORPORATION; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; OVE ARUP & PARTNERS USA; OVE ARUP & PARTNERS CALIFORNIA LTD; JOHN MARKOWITZ; TEMPCO, INC.; AFFILIATED ENGINEERS W, INC.; AMEC, INC.; GEORGE SPEIGHTS; AIR CONDITIONING COMPANY, INC.; F.W. SPENCER & SON, INC.; CORPORATION OF THE FINE ARTS MUSEUMS OF SAN FRANCISCO; and DOES 1-500, <br><br>Defendants. | Case No.  C 04-2266 JW <br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PHOENIX CONTROLS CORPORATION TO RESPOND TO COMPLAINT** |

1  Plaintiffs United States of America, *ex rel*, John Karamanos, Advanced
2  Microtherm, Inc., and HVAC Sales, Inc. (collectively "Plaintiffs"), through their counsel
3  of record, and Defendant Phoenix Controls Corporation ("Phoenix"), through its counsel
4  of record, hereby stipulate as follows:

5  WHEREAS, Plaintiffs filed their initial Complaint, Amended Complaint, and
6  Second Amended Complaint on April 22, 2002, September 3, 2002 and February 13,
7  2003, respectively;

8  WHEREAS, Plaintiffs did not name Phoenix as a Defendant nor serve Phoenix
9  with their initial Complaint, Amended Complaint or Second Amended Complaint;

10  WHEREAS, Plaintiffs filed their Third Amended Complaint on October 22, 2004,
11  naming Phoenix as Doe 1;

12  WHEREAS, Plaintiffs served Phoenix with their Third Amended Complaint on
13  July 29, 2005;

14  WHEREAS, Plaintiffs have agreed to an additional thirty (30) day extension for
15  Phoenix to move or otherwise plead in response to Plaintiffs' Third Amended Complaint;

16  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned
17  counsel for the parties that:

18  Defendant Phoenix Controls Corporation shall answer or otherwise respond to the
19  Third Amended Complaint of Plaintiffs United States of America, *ex rel*, John
20  Karamanos, Advanced Microtherm, Inc., and HVAC Sales, Inc. on or before September
21  19, 2005.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 19, 2005 | O'MELVENY & MYERS LLP |
| 3 | | By: /s/ Michael Tubach |
| 4 | | Michael F. Tubach<br>Attorneys for Defendant |
| 5 | | PHOENIX CONTROLS CORPORATION |
| 6 | Dated: August 19, 2005 | |
| 7 | | |
| 8 | | By: /s/ Zane D. Negrych |
| 9 | | Zane D. Negrych<br>George J. Berris<br>Attorneys for Plaintiffs |

1  I attest under penalty of perjury that concurrence in the filing of this
2  stipulation has been obtained from Zane D. Negrych.

Dated: August 19, 2005                    MICHAEL TUBACH
                                          O'MELVENY & MYERS LLP


                                          By: /s/ Michael Tubach
                                          ────────────────────────
                                          Michael Tubach
                                          Attorney for Defendant
                                          PHOENIX CONTROLS CORPORATION


## [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 9/14/05                            /s/ James Ware
                                          ────────────────────────
                                          Honorable James Ware
                                          United States District Judge