IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advanced Microtherm, Inc., | NO. C 04-02266 JW |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Norman Wright Mechanical Equipment Corporation, et al., | |
| Defendants. / | |

In light of the ongoing progress between the Special Master and the parties, the case management conference currently scheduled for November 7, 2005 is continued to November 21, 2005. Pursuant to the Local Rules, the parties shall file a joint case management statement on or before November 11, 2005.

Dated: October 13, 2005            /s/ James Ware
                                   JAMES WARE
                                   United States District Judge

04eciv2266ctdcmc2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce H. Winkelman bwinkelman@Craig-Winkelman.com
Christopher T. Coco ccoco@provostumphrey.com
David B. Abramowitz dabramowitz@lordbissell.com
Dennis P. Fitzsimons dfitzsimons@bjg.com
Janette George Leonidou jleonidou@alr-law.com
Jeffrey G. Nevin jgnevin@nevinlaw.com
John Morwick Ross jross@cwclaw.com
John T. Williams jwilliams@lordbissell.com
Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
Lisa Dritsas Wright lwright@alr-law.com
Maria Giardina maria.giardina@sdma.com
Merrit Jones mjones@cwclaw.com
Michael Bernard Murphy mbm@severson.com
Michael F. Tubach mtubach@omm.com
Paul B. Lahaderne paul.lahaderne@sdma.com
Peter Michael Hart p.hart@wrightrobinson.com
Raymond Marion Buddie rbuddie@pecklaw.com
Sloan C. Bailey sbailey@alr-law.com
Stuart E. Jones sjones@wrightrobinson.com
Thomas C. Tagliarini tagliarinilaw@aol.com
Zane D Negrych zanenegrych@sbcglobal.net

Duane E. Clapp
Clapp Moroney Bellagamva & Vucinich
A Professional Corporation
15 Southgate Avenue
Suite 200
Daly City, CA 94015

George Berris
471 Galen Drive
San Jose, CA 95123

George F. Salamy
Clapp Moroney Bellagamva & Vucinich
15 Southgate Avenue
Suite 200
Daly City, CA 94015

Paul Bartlett
203 Zornia Drive
San Antonio, TX 78213

Pruett Moore
802 N. Carancahua
Suite 1570
Corpus Christi, TX 78470

Thomas Rhodes
Lyons Rhodes Vela L.L.P.

**United States District Court**
For the Northern District of California

2

126 Villita Street
San Antonio, TX 78205

William McGahan
F.W. Spencer & Son Inc
99 South Hill Drive
Brisbane, Ca 94005

**Dated: October 13, 2005**                          **Richard W. Wieking, Clerk**

                                                     **By:___/s/ JW Chambers_____**
                                                     **Ronald L. Davis**
                                                     **Courtroom Deputy**