United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advanced Microtherm, Inc., et al., | NO. C 04-02266 JW |
| Plaintiffs, | |
| v. | **ORDER DENYING OBJECTION TO FINDING BY SPECIAL MASTER AS CONTAINED IN RECOMMENDED DISCOVERY ORDER NUMBER SIX** |
| Norman Wright Mechanical Equipment Corporation, et al., | |
| Defendants. | |

Pursuant to the Court's Notice of Intent to Appoint a Special Master (Docket Item No. 108) and the Court's Order Appointing Special Master (Docket Item No. 116), reports or recommendations pertaining to non-dispositive motions shall be reconsidered by this Court only where the Special Master's Report or Recommendation is clearly erroneous or contrary to law. Plaintiffs' Objection to Finding by Special Master as Contained in Recommended Discovery Order Number Six is denied. The Special Master's Finding is neither clearly erroneous nor contrary to law.

Dated: December 28, 2005

04eciv2266smobj

/s/ James Ware
JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
Bruce H. Winkelman bwinkelman@Craig-Winkelman.com
2  Christopher T. Coco ccoco@provostumphrey.com
David B. Abramowitz dabramowitz@lordbissell.com
3  Dennis P. Fitzsimons dfitzsimons@bjg.com
Janette George Leonidou jleonidou@alr-law.com
4  Jeffrey G. Nevin jgnevin@freitaslaw.com
Jesse Thomas Rhodes trhodesiii@aol.com
5  John Morwick Ross jross@cwclaw.com
John T. Williams jwilliams@lordbissell.com
6  Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
Lisa Dritsas Wright lwright@alr-law.com
7  Maria Giardina maria.giardina@sdma.com
Maureen Ellen McTague mem@severson.com
8  Merrit Jones mjones@cwclaw.com
Michael Bernard Murphy mbm@severson.com
9  Michael F. Tubach mtubach@omm.com
Paul Bartlett pbjatp@swbell.net
10 Paul B. Lahaderne paul.lahaderne@sdma.com
Peter Michael Hart p.hart@wrightrobinson.com
11 Pruett Moore pmooreiii@sbcglobal.net
Raymond Marion Buddie rbuddie@pecklaw.com
12 Sloan C. Bailey sbailey@alr-law.com
Steven Ellis Conigliaro sconigliaro@omm.com
13 Stuart E. Jones sjones@wrightrobinson.com
Thomas C. Tagliarini tagliarinilaw@aol.com
14 Tommy L Yeates tyeates@moorelandrey.com
Zane D Negrych zanenegrych@sbcglobal.net
15

16 George F. Salamy                                    Duane E. Clapp
   Clapp Moroney Bellagamva & Vucinich                 Clapp Moroney Bellagamva & Vucinich
   15 Southgate Avenue, Suite 200                      15 Southgate Avenue, Suite 200
17 Daly City, CA 94015                                 Daly City, CA 94015

18 William McGahan                                     George Berris, Esq.,
   F.W. Spencer & Son Inc                              471 Galen Drive
19 99 South Hill Drive                                 San Jose, CA 95123
   Brisbane, Ca 94005
20
   Thomas HR Denver
21 Mediation Masters
   96 N. Third St., Suite 300
22 San Jose, CA 95112

23

24 **Dated: December 28, 2005**                        **Richard W. Wieking, Clerk**

25                                                     **By:**_____
                                                          **Ronald L. Davis**
26                                                        **Courtroom Deputy**

27

28                                         2