**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

8
9

10   Advanced Microtherm, Inc., et al.,                    NO. C 04-02266 JW

11              Plaintiffs,

12        v.                                               **ORDER SETTING FURTHER BRIEFING**
                                                           **AND HEARING ON PLAINTIFFS'**
13   Norman Wright Mechanical Equipment                    **OBJECTION TO FINDING BY SPECIAL**
     Corporation, et al.,                                  **MASTER AS CONTAINED IN**
14                                                         **RECOMMENDED DISCOVERY ORDER**
                Defendants.                                **NUMBER SEVEN**
15   _____/

16          Pursuant to the Court's Notice of Intent to Appoint a Special Master (Docket Item No. 108) and

17   the Court's Order Appointing Special Master (Docket Item No. 116), reports or recommendations

18   pertaining to non-dispositive motions shall be reconsidered by this Court only where the Special Master's

19   Report or Recommendation is clearly erroneous or contrary to law.  The Court declines to find that the

20   Special Master's Finding in Recommended Discovery Order Number Seven is clearly erroneous or

21   contrary to law at this juncture, but has determined that further briefing and a hearing are appropriate.

22          Should Defendants wish to respond to Plaintiffs' Objections, Defendants shall file their opposition

23   on or before January 30, 2006.  Plaintiffs shall file a reply on or before February 20, 2006.  The parties

24   shall appear for a hearing regarding Plaintiffs' Objections to the Special Master's Finding in Recommended

25   Discovery Order Number Seven before this Court on March 13, 2006 at 9:00 a.m.

26
     Dated: December 28, 2005                             __/s/ James Ware_____
27   04eciv2266smobj7                                      JAMES WARE
                                                           United States District Judge
28

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce H. Winkelman bwinkelman@Craig-Winkelman.com

2

Christopher T. Coco ccoco@provostumphrey.com

David B. Abramowitz dabramowitz@lordbissell.com

3

Dennis P. Fitzsimons dfitzsimons@bjg.com

Janette George Leonidou jleonidou@alr-law.com

4

Jeffrey G. Nevin jgnevin@freitaslaw.com

Jesse Thomas Rhodes trhodesiii@aol.com

5

John Morwick Ross jross@cwclaw.com

John T. Williams jwilliams@lordbissell.com

6

Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com

Lisa Dritsas Wright lwright@alr-law.com

7

Maria Giardina maria.giardina@sdma.com

Maureen Ellen McTague mem@severson.com

8

Merrit Jones mjones@cwclaw.com

Michael Bernard Murphy mbm@severson.com

9

Michael F. Tubach mtubach@omm.com

Paul Bartlett pbjatp@swbell.net

10

Paul B. Lahaderne paul.lahaderne@sdma.com

Peter Michael Hart p.hart@wrightrobinson.com

11

Pruett Moore pmooreiii@sbcglobal.net

Raymond Marion Buddie rbuddie@pecklaw.com

12

Sloan C. Bailey sbailey@alr-law.com

Steven Ellis Conigliaro sconigliaro@omm.com

13

Stuart E. Jones sjones@wrightrobinson.com

Thomas C. Tagliarini tagliarinilaw@aol.com

14

Tommy L Yeates tyeates@moorelandrey.com

Zane D Negrych zanenegrych@sbcglobal.net

15

16

George F. Salamy                                     Duane E. Clapp

Clapp Moroney Bellagamva & Vucinich       Clapp Moroney Bellagamva & Vucinich

15 Southgate Avenue, Suite 200                   15 Southgate Avenue, Suite 200

17

Daly City, CA 94015                                  Daly City, CA 94015

18

William McGahan                                      George Berris, Esq.,

F.W. Spencer & Son Inc                              471 Galen Drive

19

99 South Hill Drive                                    San Jose, CA 95123

Brisbane, Ca 94005

20

21

Thomas HR Denver

Mediation Masters

96 N. Third St., Suite 300

22

San Jose, CA 95112

23

**Dated: December 28, 2005**                      **Richard W. Wieking, Clerk**

24

25

                                                             **By:__/s/ JW Chambers_____**

                                                                      **Ronald L. Davis**

26

                                                                      **Courtroom Deputy**

27

28

2