**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advanced Microtherm, Inc., et al., | NO. C 04-02266 JW |
| Plaintiffs, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Norman Wright Mechanical Equipment Corporation, et al., | |
| Defendants. | |

In light of the Court's Order Setting Further Briefing and Hearing on Plaintiffs' Objection to Finding by Special Master as Contained in Recommended Discovery Order Number Seven (Docket Item No. 175), the case management conference currently scheduled for January 23, 2006 is continued to March 13, 2006 at 10:00 a.m.

Dated: January 3, 2006

04eciv2266ctdcmc4

   /s/ James Ware
JAMES WARE
United States District Judge

**United States District Court**

For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
Bruce H. Winkelman bwinkelman@Craig-Winkelman.com

2  Christopher T. Coco ccoco@provostumphrey.com
David B. Abramowitz dabramowitz@lordbissell.com

3  Dennis P. Fitzsimons dfitzsimons@bjg.com
Janette George Leonidou jleonidou@alr-law.com

4  Jeffrey G. Nevin jgnevin@freitaslaw.com
Jesse Thomas Rhodes trhodesiii@aol.com

5  John Morwick Ross jross@cwclaw.com
John T. Williams jwilliams@lordbissell.com

6  Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
Lisa Dritsas Wright lwright@alr-law.com

7  Maria Giardina maria.giardina@sdma.com
Maureen Ellen McTague mem@severson.com

8  Merrit Jones mjones@cwclaw.com
Michael Bernard Murphy mbm@severson.com

9  Michael F. Tubach mtubach@omm.com
Paul Bartlett pbjatp@swbell.net

10  Paul B. Lahaderne paul.lahaderne@sdma.com
Peter Michael Hart p.hart@wrightrobinson.com

11  Pruett Moore pmooreiii@sbcglobal.net
Raymond Marion Buddie rbuddie@pecklaw.com

12  Sloan C. Bailey sbailey@alr-law.com
Steven Ellis Conigliaro sconigliaro@omm.com

13  Stuart E. Jones sjones@wrightrobinson.com
Thomas C. Tagliarini tagliarinilaw@aol.com

14  Tommy L Yeates tyeates@moorelandrey.com
Zane D Negrych zanenegrych@sbcglobal.net

15

16  George F. Salamy                            Duane E. Clapp
Clapp Moroney Bellagamva & Vucinich          Clapp Moroney Bellagamva & Vucinich
15 Southgate Avenue, Suite 200                15 Southgate Avenue, Suite 200

17  Daly City, CA 94015                          Daly City, CA 94015

18  William McGahan                             George Berris, Esq.,
F.W. Spencer & Son Inc                       471 Galen Drive

19  99 South Hill Drive                          San Jose, CA 95123
Brisbane, Ca 94005

20
Thomas HR Denver

21  Mediation Masters
96 N. Third St., Suite 300

22  San Jose, CA 95112

23
**Dated: January 3, 2005**                    **Richard W. Wieking, Clerk**

24

25                                              **By:__/s/ JW Chambers_____**
                                               **Ronald L. Davis**

26                                              **Courtroom Deputy**

27

28                                              2