IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advanced Microtherm, Inc., et al., | NO. C 04-02266 JW |
| Plaintiffs, | **ORDER CONTINUING HEARING ON PLAINTIFFS' OBJECTION TO SPECIAL MASTER'S FINDINGS IN RECOMMENDED DISCOVERY ORDER SEVEN; CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Norman Wright Mechanical Equipment Corporation, et al., | |
| Defendants. | |

The hearing on Plaintiffs' objection to findings in Recommended Discovery Order Seven currently scheduled for March 13, 2006 is continued to March 20, 2006 at 9:00 a.m. The case management conference in this case currently scheduled for March 13, 2006 is continued to March 20, 2006 at 10:00 a.m.

Dated: March 3, 2006

04eciv2266ctdhearing

/s/ James Ware
JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
Bruce H. Winkelman bwinkelman@Craig-Winkelman.com
Christopher T. Coco ccoco@provostumphrey.com
David B. Abramowitz dabramowitz@lordbissell.com
Dennis P. Fitzsimons dfitzsimons@bjg.com
Janette George Leonidou jleonidou@alr-law.com
Jeffrey G. Nevin jgnevin@freitaslaw.com
Jesse Thomas Rhodes trhodesiii@aol.com
John Morwick Ross jross@cwclaw.com
John T. Williams jwilliams@lordbissell.com
Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
Lisa Dritsas Wright lwright@alr-law.com
Maria Giardina maria.giardina@sdma.com
Maureen Ellen McTague mem@severson.com
Merrit Jones mjones@cwclaw.com
Michael Bernard Murphy mbm@severson.com
Michael F. Tubach mtubach@omm.com
Paul Bartlett pbjatp@swbell.net
Paul B. Lahaderne paul.lahaderne@sdma.com
Peter Michael Hart p.hart@wrightrobinson.com
Pruett Moore pmooreiii@sbcglobal.net
Raymond Marion Buddie rbuddie@pecklaw.com
Sloan C. Bailey sbailey@alr-law.com
Steven Ellis Conigliaro sconigliaro@omm.com
Stuart E. Jones sjones@wrightrobinson.com
Thomas C. Tagliarini tagliarinilaw@aol.com
Tommy L Yeates tyeates@moorelandrey.com
Zane D Negrych zanenegrych@sbcglobal.net

| | |
|---|---|
| George F. Salamy<br>Clapp Moroney Bellagamva & Vucinich<br>15 Southgate Avenue, Suite 200<br>Daly City, CA 94015 | Duane E. Clapp<br>Clapp Moroney Bellagamva & Vucinich<br>15 Southgate Avenue, Suite 200<br>Daly City, CA 94015 |
| William McGahan<br>F.W. Spencer & Son Inc<br>99 South Hill Drive<br>Brisbane, Ca 94005 | George Berris, Esq.,<br>471 Galen Drive<br>San Jose, CA 95123 |
| Thomas HR Denver<br>Mediation Masters<br>96 N. Third St., Suite 300<br>San Jose, CA 95112 | |

**Dated: March 3, 2006**         **Richard W. Wieking, Clerk**

                                **By:_/s/ JW Chambers_____**
                                     **Melissa Peralta**
                                     **Courtroom Deputy**

2