1
2
3
4
5
6
7
8
9

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

10
Advanced Microtherm, Inc., et al.,

NO. C 04-02266 JW

11
                    Plaintiffs,

12
        v.

**ORDER RE: PLAINTIFFS'
OBJECTIONS TO RECOMMENDED
DISCOVERY ORDER NUMBER TEN**

13
Norman Wright Mechanical Equipment
Corporation, et al.,

14

15
                    Defendants.
                                            /

16
        The Court is in receipt of Plaintiffs' objections to Recommended Discovery Order Number

17
Ten ("RDO10") and Defendants' opposition to Plaintiffs' objections.  Pursuant to the Local Rules,

18
the Court takes the matter under submission on the papers already submitted.

19
20
Dated: April 7, 2006

        /s/ James Ware
**JAMES WARE**
United States District Judge

04eciv2266RDO10

21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

Bruce H. Winkelman bwinkelman@Craig-Winkelman.com

Christopher T. Coco ccoco@provostumphrey.com

David B. Abramowitz dabramowitz@lordbissell.com

3

Dennis P. Fitzsimons dfitzsimons@bjg.com

Janette George Leonidou jleonidou@alr-law.com

4

Jeffrey G. Nevin jgnevin@freitaslaw.com

Jesse Thomas Rhodes trhodesiii@aol.com

5

John Morwick Ross jross@cwclaw.com

John T. Williams jwilliams@lordbissell.com

6

Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com

Lisa Dritsas Wright lwright@alr-law.com

7

Maria Giardina maria.giardina@sdma.com

Maureen Ellen McTague mem@severson.com

8

Merrit Jones mjones@cwclaw.com

Michael Bernard Murphy mbm@severson.com

9

Michael F. Tubach mtubach@omm.com

Paul Bartlett pbjatp@swbell.net

10

Paul B. Lahaderne paul.lahaderne@sdma.com

Peter Michael Hart p.hart@wrightrobinson.com

11

Pruett Moore pmooreiii@sbcglobal.net

Raymond Marion Buddie rbuddie@pecklaw.com

12

Sloan C. Bailey sbailey@alr-law.com

Steven Ellis Conigliaro sconigliaro@omm.com

13

Stuart E. Jones sjones@wrightrobinson.com

Thomas C. Tagliarini tagliarinilaw.com

14

Tommy L Yeates tyeates@moorelandrey.com

Zane D Negrych zanenegrych@sbcglobal.net

15

16

George F. Salamy                                   Duane E. Clapp

Clapp Moroney Bellagamva & Vucinich    Clapp Moroney Bellagamva & Vucinich

15 Southgate Avenue, Suite 200                 15 Southgate Avenue, Suite 200

17

Daly City, CA 94015                                Daly City, CA 94015

18

William McGahan                                  George Berris, Esq.,

F.W. Spencer & Son Inc                          471 Galen Drive

19

99 South Hill Drive                                San Jose, CA 95123

Brisbane, Ca 94005

20

21

Thomas HR Denver

Mediation Masters

96 N. Third St., Suite 300

22

San Jose, CA 95112

23

24

**Dated: April 7, 2005**                          **Richard W. Wieking, Clerk**

25

**By:__/s/ JW Chambers_____**

26

     **Ronald L. Davis**

     **Courtroom Deputy**

27

28

2