United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advanced Microtherm, Inc., et al., | NO. C 04-02266 JW |
| Plaintiffs, | **ORDER TAKING OFF CALENDAR PENDING MOTIONS BEFORE THE COURT** |
| v. | |
| Norman Wright Mechanical Equipment Corporation, et al., | |
| Defendants. | |

There are currently three motions pending in the above entitled case:

1) Motion for Leave to File Plaintiffs' Fourth Amended Complaint (Docket Item No. 141.)
2) Joint Motion to Bifurcate & to Stay Discovery (Docket Item No. 144.)
3) Motion to Vacated or in the Alternative Modify Preliminary Injunction (Docket Item No. 177.)

However, these motions are not pending before the Court, but rather, they are before the Special Master Thomas Denver. The Special Master has been appointed and has been granted the authority to resolve all dispositive motions subject to any appeals from the parties. Accordingly, these motions are hereby terminated as motions before the Court.

Dated: September 29, 2006

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce H. Winkelman bwinkelman@Craig-Winkelman.com
Christopher T. Coco ccoco@provostumphrey.com
David B. Abramowitz dabramowitz@lordbissell.com
Dennis P. Fitzsimons dfitzsimons@bjg.com
Janette George Leonidou jleonidou@alr-law.com
Jeffrey G. Nevin jgnevin@freitaslaw.com
Jesse Thomas Rhodes trhodesiii@aol.com
John Morwick Ross jross@cwclaw.com
John T. Williams jwilliams@lordbissell.com
Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
Lisa Dritsas Wright lwright@alr-law.com
Maria Giardina maria.giardina@sdma.com
Maureen Ellen McTague mem@severson.com
Merrit Jones mjones@cwclaw.com
Michael Bernard Murphy mbm@severson.com
Michael F. Tubach mtubach@omm.com
Paul Bartlett pbjatp@swbell.net
Paul B. Lahaderne paul.lahaderne@sdma.com
Peter Michael Hart p.hart@wrightrobinson.com
Pruett Moore pmooreiii@sbcglobal.net
Raymond Marion Buddie rbuddie@pecklaw.com
Sloan C. Bailey sbailey@alr-law.com
Steven Ellis Conigliaro sconigliaro@omm.com
Stuart E. Jones sjones@wrightrobinson.com
Thomas C. Tagliarini tagliarinilaw@aol.com
Tommy L Yeates tyeates@moorelandrey.com
Zane D Negrych zanenegrych@sbcglobal.net

George F. Salamy
Clapp Moroney Bellagamva & Vucinich
15 Southgate Avenue, Suite 200
Daly City, CA 94015

Duane E. Clapp
Clapp Moroney Bellagamva & Vucinich
15 Southgate Avenue, Suite 200
Daly City, CA 94015

William McGahan
F.W. Spencer & Son Inc
99 South Hill Drive
Brisbane, Ca 94005

George Berris, Esq.,
471 Galen Drive
San Jose, CA 95123

Thomas HR Denver
Mediation Masters
96 N. Third St., Suite 300
San Jose, CA 95112

**Dated: September 29, 2006**                                      **Richard W. Wieking, Clerk**

                                                     **By:_/s/ JW Chambers_____**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**