1  LEONIDOU & ROSIN
   Professional Corporation
2  Janette G. Leonidou (No. 155257)
   Lisa D. Wright (No. 197577)
3  5 Thomas Mellon Circle, Suite 205
   San Francisco, CA 94134
4  Telephone: (415) 715-2860

5  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   Paul B. Lahaderne (No. 53938)
6  Maria J. Giardina (No. 104455)
   One Embarcadero Center, 16th Floor
7  San Francisco, California 94111-3628
   Telephone: (415) 781-7900
8  Facsimile: (415) 781-2635

9  Attorneys for Defendant
   NORMAN S. WRIGHT MECHANICAL
10 EQUIPMENT CORPORATION

**GRANTED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE OFFICE

| | |
|---|---|
| ADVANCED MICROTERHM, INC.; HVAC SALES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>NORMAN WRIGHT MECHANICAL EQUIPMENT CORPORATION; THE REGENTS OF UNIVERSITY OF CALIFORNIA; OVE ARUP & PARTNERS CALIFORNIA LTD.; TEMPCO, INC.; AFFILIATED ENGINEERS W, INC.; AMEC, INC.; GEORGE SPEIGHTS; AIR CONDITIONING COMPANY, INC.' INNOTEC, INC.; PRICE INDUSTRIES, INC.; and DOES 1-500,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No.: C04-02266 JW<br><br>NOTICE OF WITHDRAWAL OF ATTORNEY SLOAN C. BAILEY AS ATTORNEY FOR DEFENDANT NORMAN S. WRIGHT MECHANICAL EQUIPMENT CORPORATION<br><br><br><br>Complaint Filed: April 30, 2002 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

1

1  PLEASE TAKE NOTICE that Sloan C. Bailey, formerly of the law firm of Leonidou &
2  Rosin Professional Corporation, hereby withdraws as attorney for defendant Norman S. Wright
3  Mechanical Equipment Corporation in the above-captioned matter.  Mr. Bailey is no longer
4  associated with the firm of Leonidou & Rosin.  Janette G. Leonidou and Lisa D. Wright with
5  Leonidou & Rosin continue to represent Norman S. Wright Mechanical Equipment Corporation
6  in this matter.

7  Dated: January 17, 2007

LEONIDOU & ROSIN
Professional Corporation

By _____
Janette G. Leonidou
Lisa D. Wright
Attorneys for Norman S. Wright Mechanical
Equipment Corporation

2

Notice of Withdrawal of Attorney Sloan C. Bailey as Attorney for Defendant Norman S. Wright Mechanical
Equipment Corporation
Case No. C-04-2266 JW

S:\ALRDOCS\9573\97\00089537.DOC