1 DENNIS P. FITZSIMONS, ESQ. (SBN 144463)
BOORNAZIAN, JENSEN & GARTHE
2 A Professional Corporation
555 12th Street, Suite 1800
3 P. O. Box 12925
Oakland, CA  94604-2925
4 Facsimile: (510) 839-1897
Telephone: (510) 834-4350
5 E-mail: dfitzsimons@bjg.com

6 COOPER WHITE, & COOPER LLP
STEPHEN B. KAUS, ESQ. (SBN 57454)
7 JILL B.ROWE, ESQ. (SBN 197713)
201 California Street, 17th Floor
8 San Francisco, CA  94111
Telephone: (415) 433-1900
9 Facsimile: (415) 433-5530
E-mail: jrowe@cwclaw.com
10 E-mail: skaus@cwclaw.com

11 Attorneys for Defendants OVE ARUP & PARTNERS
CALIFORNIA LTD., and as sued by the name OVE ARUP
12 & PARTNERS USA, and JONATHAN MARKOWITZ

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16 ADVANCED MICROTHERM, INC.; HVAC )    Case No.:  C 04-02266 **JW**
   SALES, INC.,                     )
17                                  )    **(San Jose Division)**
              Plaintiffs,           )
18                                  )    **(E-FILING CASE)**
   vs.                              )
19                                  )    NOTICE OF WITHDRAWAL OF
   NORMAN WRIGHT MECHANICAL         )    ATTORNEY MICHAEL S. ROMEO AS
20 EQUIPMENT CORPORATION; THE       )    ATTORNEY FOR DEFEDANT OVE
   REGENTS OF THE UNIVERSITY OF     )    ARUP & PARTNERS CALIFORNIA
   CALIFORNIA; OVE ARUP & PARTNERS  )    LTD., and OVE ARUP & PARTNEERS
21 USA; OVE ARUP & PARTNERS         )    USA LTD
   CALIFORNIA LTD.; TEMPCO, INC.;   )
22 AFFILIATED ENGINEERS W, INC.;    )    Complaint Filed:  April 30, 2002
   AMEC, INC.; GEORGE SPEIGHTS; AIR )
23 CONDITIONING COMPANY, INC.;      )
   INNOTEC, INC.; PRICE INDUSTRIES, )
24 INC.; and DOES 1-500,            )
                                    )
25            Defendants.           )
   _____)
26

27 TO:  ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

28
                                    -1-

1   **PLEASE TAKE NOTICE** that Michael S. Romeo, formerly of the law firm of

2   Boornazian, Jensen & Garthe, hereby withdraws as attorney for defendant OVE ARUP &

3   PARTNERS CALIFORNIA LTD and OVE ARUP & PARTNERS USA LTD in the above-

4   captioned matter.  Mr. Romeo is no longer associated with the firm of Boornazian, Jensen &

5   Garthe.  Dennis P. Fitzsimons with Boornazian, Jensen & Garthe continues to represent OVE

6   ARUP & PARTNERS CALIFORNIA LTD in this matter.

7

8   DATED: March 12, 2007                    BOORNAZIAN, JENSEN & GARTHE
9                                            A Professional Corporation
10

11

12                                           By: /s/ *Dennis P. Fitzsimons*
                                             DENNIS P. FITZSIMONS, ESQ.
13                                           MICHAEL S. ROMEO, ESQ.
                                             Attorney for Defendants
14                                           OVE ARUP & PARTNERS
                                             CALIFORNIA LTD., and as sued by the
15                                           name OVE ARUP &PARTNERS USA,
                                             and JONATHAN MARKOWITZ
16

17

18

19

20

21   21934\397803

22

23

24

25

26

27

28

-2-

1

## PROOF OF SERVICE BY ELECTRONIC SERVICE

2

3          I, the undersigned, declare as follows:

4          I am employed in the County of Alameda, State of California.  I am over the age of 18

5   years and not a party to the within action.  My business address is 555 12th Street, Suite 1800,

6   P. O. Box 12925, Oakland, California 94604-2925.

7          On the date indicated below, at the above-referenced business location, I served the

8   **NOTICE OF WITHDRAWAL OF ATTORNEY MICHAEL S. ROMEO** on the below-named

9   party and caused said document to be transmitted using ECF as specified by General Order No. 45

10  to the following party:

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

-3-

Notice of Withdrawal of Attorney Michael S. Romeo as Attorney for Defendant Ove Arup - Case No.: C 04-2266 PVT
JW

| | |
|---|---|
| MOORE LANDREY, LLP<br>Ethan L. Shaw; Pro Hac Vice<br>1609 Shoal Creek Blvd., Ste. 100<br>Austin, Texas 78701<br>Tele:  512-499-8900<br>Fax:  512-320-8906<br>elshaw@moorelandrey.com | Attorneys for PLAINTIFFS<br>**JOHN KARAMANOS**<br>**ADVANCED MICROTHERM, INC.**<br>**HVAC SALES, INC.** |

PROVOST*UMPHREY LAW FIRM
Christoper T. Coco; Pro Hac Vice
490 Park Street
P.O. Box 4905
Beaumont, Texas 77704
Tele: 409-835-6000
Fax:  409-838-8888
ccoco@provostumphrey.com

Pruett Moore, III; Pro Hac Vice
Paul N. Bartlett, Jr., Pro Hac Vice
J. Thomas Rhodes, III
LYONS, RHODES & VELA LLP
126 Villita Street
San Antonio, Texas 78205
Tele:  210-225-5251
Fax:  210-225-6545
trhodesiii@aol.com
pbjatp@swbell.net

Pruett Moore, III
Attorney at Law
1570 Frost Bank
Corpus Christi, TX 78470
361.698.8000 voice
361.887.8010 fax
pmooreiii@sbcglobal.net

Pruett Morre, III
Attorney at Law
5918 Harvest Hill Rd.
Corpus Christi, TX 78414
361.994.3949 voice
361.994.3947 fax
pmooreiii@sbcglobal.net

GOODIN MACBRIDE, SQUERI,
RITCHIE & DAY, L.L.P.
Robert Goodin, Esq.
Wayne Lamprey
505 Sansome Street, Suite 900
San Francisco, CA 94111
Telephone:  415-392-7900
Fax:  415-398-4321
rgoodin@gmssr.com

*(Wright v. Karamanos)*

Attorneys for Cross-Defendants
**JOHN KARAMANOS**
**ADVANCED MICROTHERM, INC.**
**HVAC SALES, INC.**

-4-

Notice of Withdrawal of Attorney Michael S. Romeo as Attorney for Defendant Ove Arup - Case No.: C 04-2266 PVT JW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Zane D. Negrych, Esq.
George J. Berris, Esq.
LAW OFFICES OF ZANE NEGRYCH
471 Galen Drive
San Jose, CA 95123
Tele: 4088-629-7595
Fax: 408-629-9900
zanenegrych@sbcglobal.net

        and

Gabriel G. Green, Esq.
LORD, BISSELL & BROOK LLP
300 South Grand Avenue, 8th Floor
Los Angeles, CA 90071-3119
Telephone: 213-485-1500
Fax: 213-485-1200
ggreen@lordbissell.com

Jeffrey G. Nevin, Esq.
FREITAS & M CARTHY
1108 5th Avenue, 3rd Floor
San Rafael, CA 94901
Tele: 415-456-7500
Fax: 415-456-0266
jgnevin@freitaslaw.com

**Attorneys for**
**Richard Leao**

COOPER WHITE, & COOPER LLP
JILL B.ROWE, ESQ. (SBN 197713)
STEPHEN B. KAUS, ESQ. (SBN 57454)
201 California Street, 17th Floor
San Francisco, CA 94111
Telephone: 415-433-1900

Co-Counsel for Defendants **OVE ARUP &**
**PARTNERS CALIFORNIA LTD., and as**
**sued by the name OVE ARUP &**
**PARTNERS USA, and JONATHAN**
**MARKOWITZ**

-5-

| | |
|---|---|
| Facsimile: 415-433-5530<br>E-mail: jrowe@cwclaw.com<br>E-mail: skaus@cwclaw.com | |
| Thomas C. Tagliarini, Esq.<br>LAW OFFICES OF THOMAS C.<br>TAGLIARINI<br>1999 Harrison Street, Suite 1650<br>Oakland, CA 94612<br>510-444-0692 (Main)<br>510-839-8305 (Fax)<br>tagliarinilaw@aol.com | Attorneys for<br>**TEMPCO, INC.** |
| Kevin J. Kelly, Esq.<br>Raymond M. Buddie, Esq.<br>PECKAR & ABRAMSON<br>250 Montgomery Street, 16th Floor<br>San Francisco, CA 94104<br>Telephone: 415-837-1968<br>Fax: 415-837-1320<br>kkelly@pecklaw.com<br>rbuddie@pecklaw.com<br>motellini@pecklaw.com | Attorneys for<br>**AMEC CONSTRUCTION<br>MANAGEMENT, INC. and GEORGE<br>SPEIGHTS** |
| Paul Lahaderne, Esq.<br>Matthew Fischer, Esq.<br>Maria J. Giardina, Esq.<br>SEDGWICK, DETERT, MORAN &<br>ARNOLD<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA 94105<br><br>415-781-7900 (Main)<br>415-781-2635 (Fax)<br>paul.lahaderne@sdma.com<br>matthew.fischer@sdma.com<br>maria.giardina@sdma.com | Attorneys for Defendant<br>**NORMAN WRIGHT MECHANICAL<br>EQUIPMENT CORPORATION** |
| Lisa D. Wright, Esq.<br>Jannette G. Leonidou, Esq.<br>LEONIDOU & ROSIN<br>5 Thomas Mellon Circle, Suite 205<br>San Francisco, CA 94134<br>Telephone: 415-715-2860<br>Fax: 415-715-2870<br>lwright@alr-law.com<br>jleonidou@alr-law.com | **ATTORNEYS FOR NORMAN WRIGHT** |
| Maureen McTague, Esq.<br>SEVERSON & WERSON<br>One Embarcadero Ctr. | Attorneys for<br>**AFFILIATED ENGINEERS, INC.** |

-6-

Notice of Withdrawal of Attorney Michael S. Romeo as Attorney for Defendant Ove Arup - Case No.: C 04-2266 PVT JW

| | |
|---|---|
| Ste. 2600<br>San Francisco, CA  94111<br>415-398-3344 (Main)<br>415-956-0439 (Fax)<br>mem@severson.com | |
| Cassiana Aaronson, Esq.<br>MCINERNEY & DILLON, PC<br>1999 Harrison Street, Suite 1700<br>Oakland, CA 94612<br>Telephone: 510-465-7100<br>Fax:  510-465-8556<br>ca@mcinerney-dillon.com | F. W. SPENCER & SON, INC. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on March 12, 2007.

_____ /s/ *CARMEN KALT*_____

Carmen Kalt

21934\399803

Notice of Withdrawal of Attorney Michael S. Romeo as Attorney for Defendant Ove Arup - Case No.: C 04-2266 PVT JW