COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
   skaus@cwclaw.com
JILL B. ROWE (SBN 197713)
   jrowe@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for OVE ARUP & PARTNERS CALIFORNIA LIMITED, sued herein by that name and as OVE ARUP & PARTNERS USA, and JONATHAN MARKOWITZ

IT IS SO ORDERED
[signature]
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NORMAN WRIGHT MECHANICAL EQUIPMENT CORPORATION, et al., <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS | CASE NO. C 04-02266 JW-PVT <br><br> STIPULATION OF DISMISSAL; AND ORDER OF DISMISSAL <br><br><br> Trial Date: None Set |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties stipulate to dismissal of Defendant Jonathan Markowitz with prejudice in the above-captioned matter. Each party will bear its own costs and attorneys' fees.

Dated: June___, 2007          MOORE LANDREY L.L.P.

                              [signature]
                              _____
                              Ethan L. Shaw, Pro Hac Vice
                              Attorneys for Plaintiffs Advanced Microtherm, Inc., HVAC Sales, Inc. and John Karamanos

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

561034.1                                                               C 04-02266 JW-PVT
                              STIPULATION OF DISMISSAL

1
2   Dated: June __, 2007                COOPER, WHITE & COOPER LLP
3
4                                       _____
5                                       Stephen Kaus
                                        Attorneys for OVE ARUP & PARTNERS
6                                       CALIFORNIA LIMITED, sued herein by that
                                        name and as OVE ARUP & PARTNERS USA,
7                                       and JONATHAN MARKOWITZ
8
9                   ORDER

10  Pursuant to stipulation, IT IS SO ORDERED.

11
12  Date:   June 8, 2007                _____
13                                      JAMES WARE
                                        United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

561034.1                                2                       C 04-02266 JW-PVT
                                STIPULATION OF DISMISSAL