```
COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
  skaus@cwclaw.com
JILL B. ROWE (SBN 197713)
  jrowe@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:   (415) 433-5530

Attorneys for OVE ARUP & PARTNERS
CALIFORNIA LIMITED, sued herein by that
name and as OVE ARUP & PARTNERS USA,
and JONATHAN MARKOWITZ
```

*IT IS SO ORDERED*
*[signature] Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al., | CASE NO. C 04-02266 JW-PVT |
| Plaintiffs, | **STIPULATION AND ORDER DISSOLVING PRELIMINARY INJUNCTION** |
| vs. | |
| NORMAN WRIGHT MECHANICAL EQUIPMENT CORPORATION, et al., | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | Trial Date: None Set |

Plaintiffs and Cross Defendants Advanced Microtherm, Inc.; HVAC Sales, Inc., Cross-Defendant John Karamanos and Defendant and Cross-Complainant Ove Arup California Ltd. stipulate that the Preliminary Injunction issued by the California Superior Court, City and County of San Francisco, on December 16, 2002 and amended on January 3, 2003 is vacated and dissolved to the extent that it concerns Ove Arup.

///
///
///
///

Each party will bear its own costs and attorneys' fees.

Dated: June 12, 2007           MOORE LANDREY L.L.P.

_____
Ethan L. Shaw, Pro Hac Vice
Attorneys for Plaintiffs Advanced Microtherm, Inc., HVAC Sales, Inc. and John Karamanos

Dated: June 11, 2007           LORD BISSELL & BROOK LLP

_____
John T. Williams, Pro Hac Vice
Attorneys for Cross-Defendants Advanced Microtherm, Inc. HVAC Sales, Inc., and John Karamanos

Dated: June 1, 2007            COOPER, WHITE & COOPER LLP

_____
Stephen Kaus
Attorneys for OVE ARUP & PARTNERS CALIFORNIA LIMITED

Good cause appearing, it is so ordered.

Dated: June 18, 2007

_____
Hon. James Ware
United States District Court Judge

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

561073.2                    2                    C 04-02266 JW-PVT
                    STIPULATION OF DISMISSAL