IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advanced Microtherm, Inc., et al., | NO. C 04-02266 JW |
| Plaintiffs, | **ORDER OVERRULING DEFENDANT'S OBJECTION TO RECOMMENDED DISCOVERY ORDER NUMBER TWENTY** |
| v. | |
| Norman Wright Mechanical Equipment Corporation, et al., | |
| Defendants. | |

This case arises out of disputes between a number of corporations and individuals over various large construction projects. Plaintiffs Advanced Microtherm, Inc. ("AMT") and HVAC Sales, Inc. ("HVAC") (collectively, "Plaintiffs") are California corporations in the business of obtaining orders for manufacturers of commercial and industrial ventilation systems. Defendants are corporations and individuals involved in the construction industry, including: other businesses that obtain orders for manufacturers of ventilation systems, landowners, construction engineering firms, construction management firms, architectural firms, and their employees.

In Recommended Discovery Order Number Twenty ("RDO20"), the Special Master granted Plaintiffs' request to depose one individual, designated as a Rule 30(b)(6) deponent, with regard each of the five projects as to which discovery has been limited. Presently before the Court is Defendant Norman Wright Mechanical Equipment Corporation's ("NW") Objection to Special Master's RDO20. Based on the papers submitted to date, the Court OVERRULES Defendant's objection.

RDO20 orders as follows:

> Plaintiffs may depose one individual, designated as a PMK, with regard to each of [the five] projects.  Defendants have agreed to provide a PMK as broadly knowledgeable as possible with regard to each project, including negotiations surrounding the project and project costs.  Plaintiffs have acknowledged that any such individual may not be knowledgeable as to each and every category set forth in plaintiffs' existing deposition notice.  Defendants will make good faith efforts to provide generally knowledgeable witnesses who can respond as broadly as possible to the categories set forth in the deposition notice.
>
> The deposition notice . . . is modified as follows:
>
> Category (f) is stricken.
>
> Category (g) may be responded to either in the already agreed "NSW's PMK witness on costs and San Bruno Jail" . . .
>
> Category (h) is stricken.
>
> Category (i) is modified as follows: the words "and/or manufactures which Norman Wright as represented" are stricken and the words "any time prior to that other entities' final actions relating to any of the said projects" are stricken and replaced by "any time up to and including the completion of the bid process as to the five projects."
>
> Category (j) is restricted to records relating to the five projects.

(Declaration of Matthew A. Fischer in Support of NW' s Objection to RDO20, Ex. B, Docket Item No. 357.)  Defendant NW contends that the RDO20 is overbroad and burdensome.  (NW's Objection to Special Master's RDO20 at 1, Docket Item No. 356.)  RDO20 changed the language of category (i) in the deposition notice by, in part, replacing "any time prior to that other entities' final actions relating to any of said projects" to "any time up to and including the completion of the bid process as to the five projects."  RDO20 likewise restricted category (j).

The Court finds this language appropriately limits the scope of discovery to the five projects as to which discovery has been permitted.  Any specific disputes regarding whether discovery is permissible for pre-1998 events should be raised before the Special Master for his determination.  Accordingly, the Court OVERRULES Defendant's Objection to Discovery Order Number Twenty.

Dated:  September 21, 2007

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce H. Winkelman bwinkelman@Craig-Winkelman.com
Christopher T. Coco ccoco@provostumphrey.com
David B. Abramowitz dabramowitz@lordbissell.com
Dennis P. Fitzsimons dfitzsimons@bjg.com
Ethan L Shaw elshaw@moorelandrey.com
Flora F Vigo fvigo@omm.com
Gabriel G. Green ggreen@lordbissell.com
Janette George Leonidou jleonidou@alr-law.com
Jeffrey Gordon Nevin jnevin@ecplslaw.com
Jesse Thomas Rhodes trhodesiii@aol.com
Jill Battilega Rowe jrowe@cwclaw.com
John Morwick Ross jross@cwclaw.com
John T. Williams jwilliams@lordbissell.com
Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
Lisa Dritsas Wright lwright@alr-law.com
Lisa Dritsas Wright lwright@alr-law.com
Maria Giardina maria.giardina@sdma.com
Mark Ewell Ellis mellis@ecplslaw.com
Matthew A. Fischer matthew.fischer@sdma.com
Maureen Ellen McTague maureen_sandoval@gensler.com
Merrit Jones mjones@cwclaw.com
Michael F. Tubach mtubach@omm.com
Paul Bartlett pbjatp@swbell.net
Paul B. Lahaderne paul.lahaderne@sdma.com
Peter Michael Hart p.hart@wrightrobinson.com
Pruett Moore pmooreiii@sbcglobal.net
Robert A. Goodin rgoodin@gmssr.com
Stephen D. Kaus skaus@cwclaw.com
Steven Ellis Conigliaro sconigliaro@omm.com
Stuart E. Jones sjones@wrightrobinson.com
Thomas C. Tagliarini tagliarinilaw@aol.com
Tommy L Yeates1 tyeates@moorelandrey.com
Wayne T. Lamprey wlamprey@gmssr.com
Zane D Negrych zanenegrych@sbcglobal.net

**Dated: September 21, 2007**               **Richard W. Wieking, Clerk**

                                                     **By: /s/JW Chambers**
                                                           **Elizabeth Garcia**
                                                           **Courtroom Deputy**

*United States District Court*
*For the Northern District of California*