IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advanced Microtherm, Inc., et al., | NO. C 04-02266 JW |
| Plaintiffs, v. | **ORDER GRANTING EXTENSION OF DISCOVERY DEADLINE** |
| Norman Wright Mechanical Equipment Corporation, et al., | |
| Defendants. | |

On September 17, 2007, John Karamanos, Advanced Microtherm, Inc., and Hvac Sales, Inc. (collectively, "Plaintiffs") filed an Ex Parte Application for Order Extending the Discovery Cut-Off, asking for a 100 day extension of the discovery deadline.[1] Defendants Norman Wright Mechanical Equipment Corporation ("NW") and Tempco, Inc. ("Tempco") (collectively, "Defendants") filed oppositions to Plaintiffs' application. (NW's Opposition to Plaintiffs' Ex Parte Application to Continue Deposition Discovery Beyond the Deadline, Docket Item No. 364; Tempco's Opposition to Plaintiffs' Ex Parte Application to Continue Deposition Discovery Beyond the Deadline, Docket Item No. 366.)

Plaintiffs contend that they have substantial discovery remaining and limited resources. Defendants contend that they would be prejudiced by an extension but make no specific showing.

---

[1] Plaintiffs failed to efile this application.

1 For good cause, the Court finds it appropriate to GRANT a 100 day extension of deposition
2 discovery.  However, this is a final extension as the case has been pending since 2004 and every
3 attempt should be made to resolve it expeditiously.  Any further discovery disputes are referred to
4 the Special Master for his determination.

Dated:  September 21, 2007

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce Harry Winkelman bwinkelman@Craig-Winkelman.com
David B. Abramowitz dabramowitz@lordbissell.com
Dennis P. Fitzsimons dfitzsimons@bjg.com
Ethan L Shaw elshaw@moorelandrey.com
Flora F Vigo fvigo@omm.com
Gabriel G. Green ggreen@lordbissell.com
George Fred Salamy george.salamy@mccurdylawyers.com
Janette George Leonidou jleonidou@alr-law.com
Jeffrey Gordon Nevin jnevin@ecplslaw.com
Jill Battilega Rowe jrowe@cwclaw.com
John Morwick Ross jross@cwclaw.com
John T. Williams jwilliams@lordbissell.com
Joseph M. Alioto jmalioto@aliotolaw.com
Julie Dawn Wood jwood@omm.com
Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
Lisa Dritsas Wright lwright@alr-law.com
Lisa Dritsas Wright lwright@alr-law.com
Maria Giardina maria.giardina@sdma.com
Mark Ewell Ellis mellis@ecplslaw.com
Matthew A. Fischer matthew.fischer@sdma.com
Maureen Ellen McTague maureen_sandoval@gensler.com
Merrit Jones mjones@cwclaw.com
Michael Frederick Tubach mtubach@omm.com
Paul B. Lahaderne paul.lahaderne@sdma.com
Peter Michael Hart p.hart@wrightrobinson.com
Russell F. Brasso brasso@foremanandbrasso.com
Stephen D. Kaus skaus@cwclaw.com
Steven Ellis Conigliaro sconigliaro@omm.com
Stuart E. Jones sjones@wrightrobinson.com
Thomas Charles Tagliarini tagliarinilaw@aol.com
Tommy L Yeates1 tyeates@moorelandrey.com
Zane D Negrych zanenegrych@sbcglobal.net

Dated: September 21, 2007                    Richard W. Wieking, Clerk

                                             By:   /s/ JW Chambers
                                                   Elizabeth Garcia
                                                   Courtroom Deputy

**United States District Court**
For the Northern District of California