1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11   Advanced Microtherm, Inc., et al.,              NO. C 04-02266 JW

12                    Plaintiffs,                    **ORDER VACATING THE COURT'S**
          v.                                         **SEPTEMBER 21, 2007 ORDER**
13                                                   **GRANTING EXTENSION OF**
     Norman Wright Mechanical Equipment              **DISCOVERY DEADLINE**
14   Corporation, et al.,

15                    Defendants.
                                            /
16

17          On September 17, 2007, John Karamanos, Advanced Microtherm, Inc., and Hvac Sales, Inc.

18   (collectively, "Plaintiffs") appeared at the Court's regular Law and Motion calendar and attempted

19   to file an Ex Parte Application for Order Extending the Discovery Cut-Off, asking for a 100 day

20   extension of the discovery deadline.[1]  Plaintiffs were informed by the Deputy that the motion must

21   be filed pursuant to the Civil Local Rules of Court.  On September 20, 2007, Defendants Norman

22   Wright Mechanical Equipment Corporation ("NW") and Tempco, Inc. ("Tempco") (collectively,

23   "Defendants") filed oppositions to Plaintiffs' application.[2]

24

25   _____

26          [1] Plaintiffs failed to efile this application.

27          [2] (NW's Opposition to Plaintiffs' Ex Parte Application to Continue Deposition Discovery
     Beyond the Deadline, Docket Item No. 364; Tempco's Opposition to Plaintiffs' Ex Parte
28   Application to Continue Deposition Discovery Beyond the Deadline, Docket Item No. 366.)

United States District Court
For the Northern District of California

United States District Court

For the Northern District of California

1    On September 21, 2007, the Court ruled on Plaintiffs' motion. (See Docket Item No. 368.)

2    The Court was under the impression that the Special Master was still on vacation and was

3    unavailable to hear the motion. Plaintiffs represented to the Court that there was urgency in the

4    matter, which required the Court to rule immediately. In fact, Plaintiffs continually called the Court

5    Room Deputy to inquire about their motion, even up to Thursday, September 20, 2007, the eve of

6    the hearing conducted by the Special Master.

7    Plaintiffs should have raised this motion before the Special Master. Indeed, the Special

8    Master heard oral arguments on the motion and issued his order on the same day the Court issued its

9    Order. The parties failed to inform the Court that the motion was concurrently being adjudicated by

10   the Special Master. Plaintiffs failed to withdraw their motion before the Court upon learning that the

11   Special Master was available to address their motion.

12   In light of the conflicting rulings, the Court VACATES its September 21, 2007 Order

13   Granting Plaintiffs' Ex Parte Application to Extend Discovery. The Court defers to the Special

14   Master's ruling as he has been appointed to manage all discovery in this case. The Special Master

15   has given the parties ten days to file any objections. The Court will examine any objections properly

16   filed pursuant to Civil Local Rules of Court.

17   In light of this Order, the Stipulation Re: Order For Hearing on Shortened Time for

18   Defendants' Motion to Vacate Order Granting Extension of Discovery Deadline is DENIED. (See

19   Docket Item No. 370.)

20

21

Dated:  September 25, 2007                                    _____

22                                                           JAMES WARE
                                                             United States District Judge

23

24

25

26

27

28                                              2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce Harry Winkelman bwinkelman@Craig-Winkelman.com
David B. Abramowitz dabramowitz@lordbissell.com
Dennis P. Fitzsimons dfitzsimons@bjg.com
Ethan L Shaw elshaw@moorelandrey.com
Flora F Vigo fvigo@omm.com
Gabriel G. Green ggreen@lordbissell.com
George Fred Salamy george.salamy@mccurdylawyers.com
Janette George Leonidou jleonidou@alr-law.com
Jeffrey Gordon Nevin jnevin@ecplslaw.com
Jill Battilega Rowe jrowe@cwclaw.com
John Morwick Ross jross@cwclaw.com
John T. Williams jwilliams@lordbissell.com
Joseph M. Alioto jmalioto@aliotolaw.com
Julie Dawn Wood jwood@omm.com
Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
Lisa Dritsas Wright lwright@alr-law.com
Lisa Dritsas Wright lwright@alr-law.com
Maria  Giardina maria.giardina@sdma.com
Mark Ewell Ellis mellis@ecplslaw.com
Matthew A. Fischer matthew.fischer@sdma.com
Maureen Ellen McTague maureen_sandoval@gensler.com
Merrit  Jones mjones@cwclaw.com
Michael Frederick Tubach mtubach@omm.com
Paul B. Lahaderne paul.lahaderne@sdma.com
Peter Michael Hart p.hart@wrightrobinson.com
Russell F. Brasso brasso@foremanandbrasso.com
Stephen D. Kaus skaus@cwclaw.com
Steven Ellis Conigliaro sconigliaro@omm.com
Stuart E. Jones sjones@wrightrobinson.com
Thomas Charles Tagliarini tagliarinilaw@aol.com
Tommy L Yeates1 tyeates@moorelandrey.com
Zane D Negrych zanenegrych@sbcglobal.net

Dated:  September 25, 2007                    Richard W. Wieking, Clerk


                                             By:   /s/ JW Chambers
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**