**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10   Advanced Microtherm, Inc., et al.,            NO. C 04-02266 JW

11                    Plaintiffs,          **ORDER OVERRULING PLAINTIFFS'**
          v.                               **OBJECTION TO RECOMMENDED**
12                                         **DISCOVERY ORDER NUMBER**
     Norman Wright Mechanical Equipment    **TWENTY-ONE**
13   Corporation, et al.,

14                    Defendants.
     _____/
15

16          This case arises out of disputes between a number of corporations and individuals over

17   various large construction projects.  Plaintiffs Advanced Microtherm, Inc. ("AMT") and HVAC

18   Sales, Inc. ("HVAC") (collectively, "Plaintiffs") are California corporations in the business of

19   obtaining orders for manufacturers of commercial and industrial ventilation systems.  Defendants are

20   corporations and individuals involved in the construction industry, including: other businesses that

21   obtain orders for manufacturers of ventilation systems, landowners, construction engineering firms,

22   construction management firms, architectural firms, and their employees.

23          In Recommended Discovery Order Number Twenty-ONE ("RDO21"), the Special Master

24   denied Plaintiffs' request to extend the cut-off date for non-expert discovery.  Before the Court is

25   Plaintiffs' Objection to Special Master's RDO21 on the ground that they have "good cause" to

26   extend discovery because new counsel needs time to "get up-to-speed" on the case.  However, the

27   Special Master has already granted Plaintiffs a two week extension of the non-expert deposition

28   discovery cut-off date for new counsel to get up-to-speed.  Further, the Special Master finds that

there would be substantial prejudice to Defendants if the non-expert deposition discovery cut-off is yet again extended.  Since the Special Master has been appointed to manage the discovery process in this case from the beginning and has developed an intimate association with the process, the Court finds that the Special Master's RDO21 is not clearly erroneous.

Accordingly, the Court OVERRULES Defendant's Objection to RDO21.


Dated:  October 12, 2007                          _____
                                                  JAMES WARE
                                                  United States District Judge

United States District Court

For the Northern District of California

2

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Bruce Harry Winkelman bwinkelman@Craig-Winkelman.com
    Dennis P. Fitzsimons dfitzsimons@bjg.com
3   Flora F Vigo fvigo@omm.com
    George Fred Salamy george.salamy@mccurdylawyers.com
4   Janette George Leonidou jleonidou@alr-law.com
    Jeffrey Gordon Nevin jnevin@ecplslaw.com
5   Jill Battilega Rowe jrowe@cwclaw.com
    John Morwick Ross jross@cwclaw.com
6   Joseph M. Alioto jmalioto@aliotolaw.com
    Julie Dawn Wood jwood@omm.com
7   Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
    Lisa Dritsas Wright lwright@alr-law.com
8   Lisa Dritsas Wright lwright@alr-law.com
    Maria  Giardina maria.giardina@sdma.com
9   Mark Ewell Ellis mellis@ecplslaw.com
    Matthew A. Fischer matthew.fischer@sdma.com
10  Maureen Ellen McTague maureen_sandoval@gensler.com
    Merrit  Jones mjones@cwclaw.com
11  Michael Frederick Tubach mtubach@omm.com
    Paul B. Lahaderne paul.lahaderne@sdma.com
12  Peter Michael Hart p.hart@wrightrobinson.com
    Russell F. Brasso brasso@foremanandbrasso.com
13  Russell F. Brasso brasso@foremanandbrasso.com
    Stephen D. Kaus skaus@cwclaw.com
14  Steven Ellis Conigliaro sconigliaro@omm.com
    Stuart E. Jones sjones@wrightrobinson.com
15  Thomas Charles Tagliarini tagliarinilaw@aol.com
    Thomas H R Denver tdenver@mediationmasters.com
16  William Hugh McInerney wjr@mcinerney-dillon.com

17

18  **Dated:  October 12, 2007**                          **Richard W. Wieking, Clerk**

19

20                                                        **By:   /s/ JW Chambers**
                                                          **Elizabeth Garcia**
21                                                        **Courtroom Deputy**

22

23

24

25

26

27

28