1   Joseph M. Alioto, SBN 42680
    Theresa D. Moore, SBN 99978
2   Angelina Alioto-Grace, SBN 206899
    Joseph M. Alioto, Jr. SBN 215544
3   Tom P. Pier SBN
    555 California Street, Suite 3160
4   San Francisco, CA 94104
    Telephone: (415) 434-8900
5   Facsimile: (415) 434-9200

6   Russell F. Brasso, SBN 85417
    FOREMAN & BRASSO
7   930 Montgomery Street, Suite 600
    San Francisco, CA  94133
8   Telephone:  (415) 433-3475
    Facsimile:  (415) 781-8030

9
    Zane D. Negrych, Esq. (SB No. 171025)
10  471 Galen Drive
    San Jose, California 95123
11  Telephone: (408) 629-7595
    Facsimile: (408) 629-9900

12
    Attorneys for Plaintiffs
13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                   SAN JOSE DIVISION

17

18  JOHN KARAMANOS, ADVANCED            Case No.  C04-02266 JW
    MICROTHERM, INC.; HVAC SALES, INC.,
19                                      **ORDER SETTING CASE**
                  Plaintiffs,           **MANAGEMENT CONFERENCE**
20
            v.
21
    NORMAN WRIGHT MECHANICAL
22  EQUIPMENT CORPORATION; RICHARD
    LEAO; TEMPCO, INC.; and F.W. SPENCER
23  & SON, INC., et al

24                Defendants.

25

26

27  AND RELATED CROSS-CLAIMS

28

1   WHEREAS, on October 12, 2007, the Court electronically issued an Order

2   Overruling Plaintiffs' Objection to Special Master's Discovery Order # 21.

3   WHEREAS, Plaintiffs intend to file a Motion To Permit The Filing Of A Reply

4   Brief And The Hearing Of Oral Argument To Determine Whether The Court Should Reconsider

5   And Vacate Its October 12, 2007 Order Overruling Plaintiffs' Objection To RDO #21 Or, in the

6   Alternative, Motion to Seek Leave to File Motion For Reconsideration. Plaintiffs' motion will be

7   based on the filing of Plaintiffs' reply brief in support of Plaintiffs' Objection and the opportunity

8   for oral argument in support of their Objection.

9   WHEREAS, the Parties have stipulated to the following briefing and hearing

10   schedule: Plaintiffs will file their moving papers on October 18, 2007; Defendants will file their

11   opposition brief(s) on October 24, 2007 and; Plaintiffs will file their reply brief on October 26,

12   2007.  Subject to the Court's availability, the hearing will take place on October 29, 2007 at 9:30

13   a.m. in Courtroom 8 before the Honorable James Ware.

14   IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and

15   through their attorneys, that Plaintiffs will file their moving papers on October 18, 2007;

16   Defendants will file their opposition brief on October 24, 2007 and; Plaintiffs will file their reply

17   brief on October 26, 2007.  Subject to the Court's availability, the hearing will take place on

18   October 29, 2007 at 9:30 a.m. in Courtroom 8 before the Honorable James Ware.

19   **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

20

21   DATED:  October 18, 2007               SEDGWICK, DETERT, MORAN &
                                            ARNOLD LLP
22

23

24                                          By: /s/ Matthew Fischer
                                              MATTHEW A. FISCHER
25                                            Attorneys for Defendant
                                              NORMAN WRIGHT MECHANICAL
26                                            EQUIPMENT CORPORATION

27

28

2

1   ELLIS, COLEMAN, POIRIER, LAVOIE &
    STEINHEIMER LLP

2

3

4   By: /s/ Jeffrey Nevin
        JEFFREY NEVIN

5

6       Attorneys for Defendant
        RICHARD LEAO

7

8       FOREMAN & BRASSO

9

10

11  By: /s/ Russell F. Brasso
        RUSSELL F. BRASSO

12

13      Attorneys for Plaintiffs
        ADVANCED MICROTHERM, INC. and

14      HVAC SALES, INC.

15

16

17  LAW OFFICES OF THOMAS C,
    TAGLIARINI

18

19

20  By: /s/ Thomas Tagliarini

21

22

23  THOMAS TAGLIARINI

24

25  Attorneys for Defendant
    TEMPCO, INC.

26

27

28

                        3

1                       MCINERNEY & DILLON

2

3

                    By: /s/ Cassiana Aaronson

4

5

                  CASSIANA AARONSON

6

7                   Attorneys for Defendant
                    F.W. SPENCER & SON, INC.

8

9 **ORDER SETTING CONFERENCE**

10

11       The Court DENIES the parties' Stipulation insofar as it seeks a shorten time for a

12 hearing on Plaintiffs' Motion for Reconsideration.  In light of the disputes regarding the recent

13 discovery order, the Court invites the parties and the Special Master in for a Case Management

14 Conference.  The parties shall appear on **Tuesday, October 30, 2007 at 10 AM** for the

15 conference.

16

17 Dated:  October 22, 2007             _____

18                JAMES WARE
               United States District Judge

19

20

21

22

23

24

25

26

27

28

4

STIPULATION