**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advanced Microtherm, Inc., et al., | NO. C 04-02266 JW |
| Plaintiffs, | **ORDER OVERRULING PLAINTIFFS' OBJECTION TO RECOMMENDED DISCOVERY ORDER NUMBER TWENTY-FIVE** |
| v. | |
| Norman Wright Mechanical Equipment Corporation, et al., | |
| Defendants. | |

This case arises out of disputes between a number of corporations and individuals over various large construction projects. Plaintiffs Advanced Microtherm, Inc. ("AMT") and HVAC Sales, Inc. ("HVAC") (collectively, "Plaintiffs") are California corporations in the business of obtaining orders for manufacturers of commercial and industrial ventilation systems. Defendants are corporations and individuals involved in the construction industry, including: other businesses that obtain orders for manufacturers of ventilation systems, landowners, construction engineering firms, construction management firms, architectural firms, and their employees.

In Recommended Discovery Order Number Twenty-Five ("RDO25"), the Special Master ordered as follows:

> Plaintiffs may schedule and take those depositions, identified in Discovery Order Number Twenty, and not yet taken. Those are the depositions of John McDonald, George Speights, Kritchfield designee, Kevin Trohill, Steve Dobberstein (to completion), Tempco designee, Spencer designee, AMEC designee, and Ove Arup PMK.
>
> In addition, plaintiffs may take, as ordered previously in Discovery Order Number Twenty, the deposition of a Norman S. Wright designee(s) regarding costs.

Plaintiffs' request to depose Zack Burke, Grady Shirley, and David Lewis is DENIED. Those depositions are not contemplated by Discovery Order Twenty, which was the product of extensive negotiation between counsel and several hearings with the Special Master. Further, all three of those witnesses were known to plaintiffs many months ago and their depositions could have been requested in the course of working out the existing discovery plan.

. . .

All those depositions allowed by this order must be completed on or before November 9, 2007. Counsel are to meet and confer with regard to scheduling these depositions. To the extent that any depositions remain unscheduled, the Special Mater will set the schedule in the course of a telephone conference hearing on October 24, 2007.

Plaintiffs object to RDO25 for the following reasons:

1) Plaintiffs object to the Special Master's denial of Plaintiffs' request to take the depositions of Mr. Blake, Mr. Sherley, and Mr. Lewis, or other necessary deponents; and

2) Plaintiffs object to the date that the Special Master has ordered all of the above referenced depositions to be completed.

(Docket Item No. 407.) Plaintiffs also noted that the subject matter of their objection was inextricably related "to the purpose upon which this Court . . . called for a Case Management Conference on October 30, 2007." (Id.) They therefore requested that the Court consider their objections as part of the Conference. (Id.)

Plaintiffs made arguments concerning RDO25 at the Conference, and the Court considered their arguments before issuing an Order that same day. In that order, the Court DENIED Plaintiffs' requests and referred the parties to the Special Master "to resolve any further disputes concerning the scope and timing of discovery." (Docket Item No. 412.)

Accordingly, the Court DENIES Plaintiffs' Objection to RDO25. Any further deposition scheduling disputes shall be raised before the Special Master for his determination.

Dated: November 9, 2007

                                                        JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce Harry Winkelman bwinkelman@Craig-Winkelman.com
Dennis P. Fitzsimons dfitzsimons@bjg.com
Flora F Vigo fvigo@omm.com
George Fred Salamy george.salamy@mccurdylawyers.com
Janette George Leonidou jleonidou@alr-law.com
Jeffrey Gordon Nevin jnevin@ecplslaw.com
Jill Battilega Rowe jrowe@cwclaw.com
John Morwick Ross jross@cwclaw.com
Joseph M. Alioto jmalioto@aliotolaw.com
Julie Dawn Wood jwood@omm.com
Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
Lisa Dritsas Wright lwright@alr-law.com
Lisa Dritsas Wright lwright@alr-law.com
Maria Giardina maria.giardina@sdma.com
Mark Ewell Ellis mellis@ecplslaw.com
Matthew A. Fischer matthew.fischer@sdma.com
Maureen Ellen McTague maureen_sandoval@gensler.com
Merrit Jones mjones@cwclaw.com
Michael Frederick Tubach mtubach@omm.com
Paul B. Lahaderne paul.lahaderne@sdma.com
Peter Michael Hart p.hart@wrightrobinson.com
Russell F. Brasso brasso@foremanandbrasso.com
Russell F. Brasso brasso@foremanandbrasso.com
Stephen D. Kaus skaus@cwclaw.com
Steven Ellis Conigliaro sconigliaro@omm.com
Stuart E. Jones sjones@wrightrobinson.com
Thomas Charles Tagliarini tagliarinilaw@aol.com
Thomas H R Denver tdenver@mediationmasters.com
William Hugh McInerney wjr@mcinerney-dillon.com

**Dated:  November 9, 2007**            **Richard W. Wieking, Clerk**
                                         **By:   /s/ JW Chambers**
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**