1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9              SAN JOSE DIVISION

10   Advanced Microtherm, Inc., et al.,          NO. C 04-02266 JW

11              Plaintiffs,          **ORDER SETTING CASE**
                                     **MANAGEMENT CONFERENCE**
        v.
12
     Norman Wright Mechanical Equipment
13   Corporation, et al.,

14              Defendants.
                                        /
15

16        In light of the various discovery motions filed by Plaintiffs, the Court sets a Case

17   Management Conference for this case on **Wednesday, January 16, 2008 at 10 a.m.**  The parties

18   and the special master shall be prepared to discuss Plaintiffs' discovery motions as well as a

19   schedule for future substantive motions.

20

21   Dated:  January 9, 2008

                                        _____
22                                      JAMES WARE
                                        United States District Judge
23

24

25

26

27

28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce Harry Winkelman bwinkelman@Craig-Winkelman.com
David B. Abramowitz dabramowitz@lordbissell.com
Dennis P. Fitzsimons dfitzsimons@bjg.com
Flora F Vigo fvigo@omm.com
George Fred Salamy george.salamy@mccurdylawyers.com
Janette George Leonidou jleonidou@alr-law.com
Jeffrey Gordon Nevin jnevin@ecplslaw.com
Jill Battilega Rowe jrowe@cwclaw.com
John Morwick Ross jross@cwclaw.com
John T. Williams jwilliams@lordbissell.com
Joseph M. Alioto jmalioto@aliotolaw.com
Joseph Michelangelo Alioto jaliotojr@aliotolaw.com
Julie Dawn Wood jwood@omm.com
Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
Lisa Dritsas Wright lwright@alr-law.com
Lisa Dritsas Wright lwright@alr-law.com
Maria  Giardina maria.giardina@sdma.com
Mark Ewell Ellis mellis@ecplslaw.com
Matthew A. Fischer matthew.fischer@sdma.com
Maureen Ellen McTague maureen_sandoval@gensler.com
Merrit  Jones mjones@cwclaw.com
Michael Frederick Tubach mtubach@omm.com
Paul B. Lahaderne paul.lahaderne@sdma.com
Peter Michael Hart p.hart@wrightrobinson.com
Russell F. Brasso brasso@foremanandbrasso.com
Russell F. Brasso brasso@foremanandbrasso.com
Stephen D. Kaus skaus@cwclaw.com
Steven Ellis Conigliaro sconigliaro@omm.com
Stuart E. Jones sjones@wrightrobinson.com
Thomas Charles Tagliarini tagliarinilaw@aol.com
Thomas H R Denver tdenver@mediationmasters.com
William Hugh McInerney wjr@mcinerney-dillon.com
Zane D. Negrych zanenegrych@sbcglobal.net


**Dated:  January 9, 2008**                **Richard W. Wieking, Clerk**


                                           **By:    /s/ JW Chambers**
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**