IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advanced Microtherm, Inc., et al., | NO. C 04-02266 JW |
| Plaintiffs, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Norman Wright Mechanical Equipment Corporation, et al., | |
| Defendants. | |

The Court conducted a Case Management Conference on January 16, 2008. Counsel for the respective parties were present. Based on the discussion at the conference, which is reflected on the record, the Court orders as follows:

(1) The parties shall file and serve any and all of their dispostive and non-dispostive motions on or before **March 14, 2008.** The parties shall lodge a copy of each motion with the Special Master.

(2) The Court sets a further Case Management Conference for **Friday March 28, 2008 at 10 a.m.** On or before **March 18, 2008**, the parties shall file a Joint Statement informing the Court of their positions with respect to the order in which the Court should hear the motions. On or before **March 21, 2008**, the Special Master shall file a Report and Recommendation with respect to the order in which the Court should hear the parties' motions.

Dated: January 22, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce Harry Winkelman bwinkelman@Craig-Winkelman.com
David B. Abramowitz dabramowitz@lordbissell.com
Dennis P. Fitzsimons dfitzsimons@bjg.com
Flora F Vigo fvigo@omm.com
George Fred Salamy george.salamy@mccurdylawyers.com
Janette George Leonidou jleonidou@alr-law.com
Jeffrey Gordon Nevin jnevin@ecplslaw.com
Jill Battilega Rowe jrowe@cwclaw.com
John Morwick Ross jross@cwclaw.com
John T. Williams jwilliams@lordbissell.com
Joseph M. Alioto jmalioto@aliotolaw.com
Joseph Michelangelo Alioto jaliotojr@aliotolaw.com
Julie Dawn Wood jwood@omm.com
Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
Lisa Dritsas Wright lwright@alr-law.com
Lisa Dritsas Wright lwright@alr-law.com
Maria Giardina maria.giardina@sdma.com
Mark Ewell Ellis mellis@ecplslaw.com
Matthew A. Fischer matthew.fischer@sdma.com
Maureen Ellen McTague maureen_sandoval@gensler.com
Merrit Jones mjones@cwclaw.com
Michael Frederick Tubach mtubach@omm.com
Paul B. Lahaderne paul.lahaderne@sdma.com
Peter Michael Hart p.hart@wrightrobinson.com
Russell F. Brasso brasso@foremanandbrasso.com
Russell F. Brasso brasso@foremanandbrasso.com
Stephen D. Kaus skaus@cwclaw.com
Steven Ellis Conigliaro sconigliaro@omm.com
Stuart E. Jones sjones@wrightrobinson.com
Thomas Charles Tagliarini tagliarinilaw@aol.com
Thomas H R Denver tdenver@mediationmasters.com
William Hugh McInerney wjr@mcinerney-dillon.com
Zane D. Negrych zanenegrych@sbcglobal.net

Dated: January 22, 2008                     Richard W. Wieking, Clerk


                                            By:   /s/ JW Chambers
                                                  Elizabeth Garcia
                                                  Courtroom Deputy