SEDGWICK, DETERT, MORAN & ARNOLD LLP
Paul B. Lahaderne (No. 53938)
Matthew A. Fischer (No. 191451)
Maria J. Giardina (No. 104455)
One Embarcadero Center, 16th Floor
San Francisco, California 94111-3628
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

LEONIDOU & ROSIN
Professional Corporation
Janette G. Leonidou (No. 155257)
Lisa D. Wright (No. 197577)
5 Thomas Mellon Circle, Suite 205
San Francisco, CA 94134
Telephone: (415) 715-2860

Attorneys for Defendant and Cross-Complainant
NORMAN WRIGHT MECHANICAL EQUIPMENT
CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC.; HVAC SALES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NORMAN WRIGHT MECHANICAL EQUIPMENT CORPORATION; THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; OVE ARUP & PARTNERS USA; OVE ARUP & PARTNERS CALIFORNIA LTD., TEMPCO, INC., AFFILIATED ENGINEERS W, INC.; AMEC, INC.; GEORGE SPEIGHTS; AIR CONDITIONING COMPANY, INC.; INNOTEC, INC.; PRICE INDUSTRIES, INC.; AND DOES 1 - 500, <br><br> Defendants. <br><br> AND RELATED CROSS-CLAIMS | CASE NO. 04-CV-02266-JW <br><br> **STIPULATION AND [PROPOSED] ORDER FOR RESCHEDULING OF CASE MANAGEMENT CONFERENCE FROM MARCH 28, 2008 TO APRIL 4, 2008** |

1    WHEREAS, on January 16, 2008, the Court held a Case Management
2 Conference, during which it scheduled the next Case Management Conference in this action for
3 March 28, 2008 at 10:00 a.m.
4    WHEREAS, during the January 16, 2008 Case Management Conference the
5 Court stated that if a conflict arose with respect to the March 28, 2008 Case Management
6 Conference, the parties could resolve the conflict and work with the Court to reschedule the Case
7 Management Conference.
8    WHEREAS, a scheduling conflict has arisen for Norman Wright Mechanical
9 Equipment Corporation's counsel regarding the March 28, 2008 Case Management Conference
10 with respect to a conference for which counsel had pre-paid attendance and travel costs.
11    WHEREAS, all counsel and Special Master Thomas Denver have agreed to
12 reschedule the Case Management Conference in this matter from March 28, 2008 to April 4,
13 2008 at 10:00 a.m.
14    IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and
15 through their attorneys, as well as by the Special Master, that the March 28, 2008 Case
16 Management Conference in this case shall be rescheduled to April 4, 2008 at 10:00 a.m. in
17 Courtroom 8 before the Honorable James Ware.
18 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

20 DATED: February 13, 2007                SEDGWICK, DETERT, MORAN & ARNOLD LLP

23                                          By: /s/ Matthew A. Fischer
                                                MATTHEW A. FISCHER
24                                           Attorneys for Defendant
                                              NORMAN WRIGHT MECHANICAL
25                                            EQUIPMENT CORPORATION

MEDIATION MASTERS

By: /s/ Thomas Denver
  THOMAS DENVER

  Special Master

FOREMAN & BRASSO, LLP

By: /s/ Russell Brasso
  Russell Brasso

  Attorneys for Plaintiffs
  ADVANCED MICROTHERM, INC. and
  HVAC SALES, INC.

MCINERNEY & DILLON

By: /s/ Cassiana Aaronson
  CASSIANA AARONSON

  Attorneys for Defendant
  F.W. SPENCER & SONS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

The Court will not entertain further requests to continue.

Dated: February 19, 2008

_____
U.S. DISTRICT JUDGE