IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advanced Microtherm, Inc., et al., | NO. C 04-02266 JW |
| Plaintiffs, v. Norman Wright Mechanical Equip. Corp., et al., Defendants. | **ORDER ADOPTING THE SPECIAL MASTER'S DISCOVERY REPORT #35; SETTING HEARING FOR THE FIRST SERIES OF MOTIONS FOR SUMMARY JUDGMENT** |

Presently before the Court is the Special Master's Discovery Report Number Thirty-Five. (See Docket Item No. 521.) There is no objection by Defendants. Plaintiffs filed two responses. (See Docket Item No. 522, 523.) Plaintiffs continue to argue that their motion to lift the five project limitation should be heard first. (Id.) Having reviewed the Special Master's recommendation and Plaintiffs' responses, the Court finds good cause to adopt the Special Master's recommendation with respect to the order in which the Court should hear the remaining motions. Accordingly, the Court will conduct a hearing on the following motions first:

    (1)    Defendant NSW's Motion for Summary Judgment re: Standing;

    (2)    Defendant NSW's Motion for Summary Judgment re: Lack of Causation;

    (3)    Defendant NSW's Motion for Partial Summary Judgment re: Liability; and

    (4)    Defendant F.W. Spencer's Motion for Summary Judgment

The hearing is set for **September 29, 2008 at 9 a.m.**  As this case is over six years old, the Court has a strong desire to narrow the issues and to advance it to trial. Accordingly, the parties may not Stipulate to a different hearing date.

The Court also sets a Further Case Management Conference following the hearing. Among other things, the Court will discuss a schedule for a hearing on the next series of motions as recommended by the Special Master.

Dated: August 6, 2008

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce Harry Winkelman bwinkelman@Craig-Winkelman.com
Cassiana Aaronson ca@mcinerney-dillon.com
David B. Abramowitz dabramowitz@lordbissell.com
Dennis P. Fitzsimons dfitzsimons@bjg.com
Flora F Vigo fvigo@omm.com
George Fred Salamy george.salamy@mccurdylawyers.com
Janette George Leonidou jleonidou@alr-law.com
Jeffrey Gordon Nevin jnevin@ecplslaw.com
Jill Battilega Rowe jrowe@cwclaw.com
John Morwick Ross jross@cwclaw.com
John T. Williams jwilliams@lordbissell.com
Joseph M. Alioto jmalioto@aliotolaw.com
Joseph Michelangelo Alioto jaliotojr@aliotolaw.com
Julie Dawn Wood jwood@omm.com
Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
Lisa Dritsas Wright lwright@alr-law.com
Maria Giardina maria.giardina@sdma.com
Mark Ewell Ellis mellis@ecplslaw.com
Matthew A. Fischer matthew.fischer@sdma.com
Maureen Ellen McTague maureen_sandoval@gensler.com
Merrit Jones mjones@cwclaw.com
Michael Frederick Tubach mtubach@omm.com
Paul B. Lahaderne paul.lahaderne@sdma.com
Peter Michael Hart p.hart@wrightrobinson.com
Russell F. Brasso brasso@foremanandbrasso.com
Russell F. Brasso brasso@foremanandbrasso.com
Stephen D. Kaus skaus@cwclaw.com
Steven Ellis Conigliaro sconigliaro@omm.com
Stuart E. Jones sjones@wrightrobinson.com
Thomas Charles Tagliarini tagliarinilaw@aol.com
Thomas H R Denver tdenver@mediationmasters.com
William Hugh McInerney wjr@mcinerney-dillon.com
Zane D. Negrych zanenegrych@sbcglobal.net

**Dated: August 6, 2008**                          **Richard W. Wieking, Clerk**

                                                  **By:  /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**