IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advanced Microtherm, Inc., et al., | NO. C 04-02266 JW |
|         Plaintiffs,<br>v. | **ORDER REFERRING SPECIAL MASTER'S DISCOVERY REPORT #39** |
| Norman Wright Mechanical Equip. Corp., et al., | |
|         Defendants. | |

Presently before the Court is the Special Master's Discovery Report Number Thirty-Nine. (See Docket Item No. 673.)  Pursuant to his Appointment Order, the Special Master reports that some of the parties are delinquent with respect to payment of his fees.  (Id. at 2.)  The Master reports that the "outstanding balances are substantial."  (Id.)

To avoid an appearance of impartiality, the Court refers this matter to Magistrate Judge Patricia Trumbull for a determination of the nature of the arrears and to resolve any payment disputes.  See Civ. L.R. 72-1.

Dated: August 8, 2008

JAMES WARE  
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Bruce Harry Winkelman bwinkelman@Craig-Winkelman.com
Cassiana Aaronson ca@mcinerney-dillon.com
3  David B. Abramowitz dabramowitz@lordbissell.com
Dennis P. Fitzsimons dfitzsimons@bjg.com
4  Flora F Vigo fvigo@omm.com
George Fred Salamy george.salamy@mccurdylawyers.com
5  Janette George Leonidou jleonidou@alr-law.com
Jeffrey Gordon Nevin jnevin@ecplslaw.com
6  Jill Battilega Rowe jrowe@cwclaw.com
John Morwick Ross jross@cwclaw.com
7  John T. Williams jwilliams@lordbissell.com
Joseph M. Alioto jmalioto@aliotolaw.com
8  Joseph Michelangelo Alioto jaliotojr@aliotolaw.com
Julie Dawn Wood jwood@omm.com
9  Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
Lisa Dritsas Wright lwright@alr-law.com
10  Maria Giardina maria.giardina@sdma.com
Mark Ewell Ellis mellis@ecplslaw.com
11  Matthew A. Fischer matthew.fischer@sdma.com
Maureen Ellen McTague maureen_sandoval@gensler.com
12  Merrit Jones mjones@cwclaw.com
Michael Frederick Tubach mtubach@omm.com
13  Paul B. Lahaderne paul.lahaderne@sdma.com
Peter Michael Hart p.hart@wrightrobinson.com
14  Russell F. Brasso brasso@foremanandbrasso.com
Russell F. Brasso brasso@foremanandbrasso.com
15  Stephen D. Kaus skaus@cwclaw.com
Steven Ellis Conigliaro sconigliaro@omm.com
16  Stuart E. Jones sjones@wrightrobinson.com
Thomas Charles Tagliarini tagliarinilaw@aol.com
17  Thomas H R Denver tdenver@mediationmasters.com
William Hugh McInerney wjr@mcinerney-dillon.com
18  Zane D. Negrych zanenegrych@sbcglobal.net

19

20  **Dated: August 8, 2008**                               **Richard W. Wieking, Clerk**

21                                                          **By:   /s/ JW Chambers**
                                                            **Elizabeth Garcia**
22                                                          **Courtroom Deputy**

23

24

25

26

27

28