UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NORMAN WRIGHT MECHANICAL ) <br> EQUIP. CORP., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 04-2266 JW (PVT) <br><br> **INTERIM ORDER RE SPECIAL MASTER'S DISCOVERY REPORT #39** |

On August 8, 2008, District Judge Ware referred this matter to this court for a determination of the nature of the arrears reported by Special Master Denver and to resolve any payment disputes. *See* CIVIL L.R. 72-1, and 28 U.S.C. § 636(b)(1) & (e)(6)(B)(iii).  Therefore,

IT IS HEREBY ORDERED that, no later than August 29, 2008, Special Master Denver may file a declaration attaching copies of any overdue invoices that remain unpaid as of the date of his declaration, along with a copy of the court order or agreement of the parties that sets the Special Master's rate of compensation.

IT IS FURTHER ORDERED that, no later than September 12, 2008, any party may file a response.  Special Master Denver may reply to any such response(s) no later than October 3, 2008.

IT IS FURTHER ORDERED that, absent further order of the court, the matter will be submitted without oral argument.

Dated: *8/14/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*