IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advanced Microtherm, Inc., et al., | NO. C 04-02266 JW |
| Plaintiffs, v. | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| Norman Wright Mechanical Equipment Corp., et al., | |
| Defendants. / | |

On September 29, 2008, the Court conducted a Case Management Conference on the record and in the presence of the Special Master assigned to this action. Counsel for the respective parties were present. In addition to the matters articulated on the record, the Court tasks the Special Master with the following:

(1) The parties shall meet and confer with the Special Master to work out a discovery plan with respect to additional projects;

(2) The Special Master shall work with the parties to develop a proposed schedule to advance this case to trial.

Dated: October 2, 2008

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 | Bruce Harry Winkelman bwinkelman@Craig-Winkelman.com
Cassiana Aaronson ca@mcinerney-dillon.com
3 | David B. Abramowitz dabramowitz@lordbissell.com
Dennis P. Fitzsimons dfitzsimons@bjg.com
4 | Flora F Vigo fvigo@omm.com
George Fred Salamy george.salamy@mccurdylawyers.com
5 | Janette George Leonidou jleonidou@alr-law.com
Jeffrey Gordon Nevin jnevin@ecplslaw.com
6 | Jill Battilega Rowe jrowe@cwclaw.com
John Morwick Ross jross@cwclaw.com
7 | John T. Williams jwilliams@hww-law.com
Joseph M. Alioto jmalioto@aliotolaw.com
8 | Joseph Michelangelo Alioto jaliotojr@aliotolaw.com
Julie Dawn Wood jwood@omm.com
9 | Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
Lisa Dritsas Wright lwright@alr-law.com
10 | Maria Giardina maria.giardina@sdma.com
Mark Ewell Ellis mellis@ecplslaw.com
11 | Matthew A. Fischer matthew.fischer@sdma.com
Maureen Ellen McTague maureen_sandoval@gensler.com
12 | Merrit Jones mjones@cwclaw.com
Michael Frederick Tubach mtubach@omm.com
13 | Paul B. Lahaderne paul.lahaderne@sdma.com
Peter Michael Hart p.hart@wrightrobinson.com
14 | Russell F. Brasso brasso@foremanandbrasso.com
Russell F. Brasso brasso@foremanandbrasso.com
15 | Stephen D. Kaus skaus@cwclaw.com
Steven Ellis Conigliaro sconigliaro@omm.com
16 | Stuart E. Jones sjones@wrightrobinson.com
Thomas Charles Tagliarini tagliarinilaw@aol.com
17 | Thomas H R Denver tdenver@mediationmasters.com
William Hugh McInerney wjr@mcinerney-dillon.com
18 | Zane D. Negrych zanenegrych@sbcglobal.net

20 | **Dated: October 2, 2008**                              **Richard W. Wieking, Clerk**

22 |                                                          **By:     /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**