IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advanced Microtherm, Inc., et al., | NO. C 04-02266 JW |
| Plaintiffs, | **ORDER AFFIRMING MAGISTRATE JUDGE'S TENTATIVE ORDER; ADOPTING IN PART IN PART THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE** |
| v. | |
| Norman Wright Mechanical Equipment Corp., et al., | |
| Defendants. | |

Presently before the Court is Magistrate Judge Trumbull's Order Granting Plaintiffs' Request to Seal Response to Special Master's Declaration and Tentatively Granting Plaintiffs' Motion for Leave to Submit the Response to the Court *in Camera*; and Reports and Recommendations Re Special Master's Report #39. (hereafter, "Magistrate's Order," Docket Item No. 784.) Also before the Court is Defendant Norman Wright Mechanical Equipment Corp.'s Objection to Magistrate Trumbull's Order.[1] (hereafter, "Objection," Docket Item No. 790.)

On August 8, 2008, the Court issued an Order Referring Special Master's Discovery Report #39 to Judge Trumbull for a determination of unpaid fees owed to Special Master Thomas Denver pursuant to Civil L.R. 72-1. (Docket Item No. 674.) In response to the Court's referral, Plaintiffs filed an administrative request to file under seal and submit *in camera* their Response to Application

---

[1] (Norman Wright Mechanical Equipment Corporation's Objection to Magistrate Trumbull's Order Granting Plaintiffs' Request to Seal Response to Special Master's Declaration and Tentatively Granting Plaintiffs' Motion for Leave to Submit the Response to the Court *in Camera*; and Reports and Recommendations Re Special Master's Report #39.)

1  of Special Master Re: Unpaid Invoices. (hereafter, "Response," Docket Item No. 755.) In her
2  Order, Judge Trumbull granted Plaintiffs' request to file their response under seal. Judge Trumbull
3  also tentatively granted Plaintiffs' request to file their response *in camera*, subject to the Court's
4  ultimate determination. The Court has reviewed Judge Trumbull's Order and has also considered
5  Plaintiffs' rationale for their proposed *in camera* submission, and finds that, because the subject of
6  Plaintiffs' submission involves a fee dispute between Plaintiffs and the Special Master, Defendants
7  will not be prejudiced by granting *in camera* review of Plaintiffs' submission. Accordingly, the
8  Court AFFIRMS Judge Trumbull's Order and GRANTS Plaintiffs' request for *in camera* review of
9  their Response.
10  With respect to her Reports and Recommendations on the issue of Master Denver's fees,
11  Judge Trumbull noted that the Court has not specifically set the measure of compensation for the
12  Special Master. (Magistrate's Order at 2.) To resolve the dispute over the Special Master's unpaid
13  invoices, however, Judge Trumbull requires an understanding of any Court-approved basis for the
14  Special Master's compensation. Up to this time, the Court has permitted the Special Master to set
15  his own fees, subject to any objection by the parties. To the extent the parties now dispute the
16  Special Master's invoices, the Court refers this dispute to Judge Trumbull, as follows: The Special
17  Master shall submit to Judge Trumbull a report containing his method of calculating fees and a
18  breakdown of fees accrued to date. Judge Trumbull shall determine whether the Special Master's
19  fees are reasonable in light of the services rendered and then shall make a Report and
20  Recommendation to the Court containing her conclusions with respect to the issue of unpaid
21  invoices. As a corollary matter, the Court ADOPTS Judge Trumbull's recommendations on the
22  Special Master's apportionment of his fees.
23  Finally, on the basis of representations made in Plaintiffs' *in camera* submissions, Judge
24  Trumbull recommends that the Special Master be relieved of his duties and that all further discovery
25  and disclosure matters be re-referred to a Magistrate Judge. (Magistrate's Order at 3.) Defendant
26  Wright strenuously objects to this recommendation. (Objection at 3-7.) The Court appointed the
27  Special Master to this case over three years ago, however, in recent months a dispute has arisen in
28

2

light of Plaintiffs' failure to pay the Special Master's agreed-upon fees. To the extent that Plaintiffs are unable to pay the Special Master's fees, the proper remedy is for Plaintiffs to notice a motion to the Court requesting dismissal of the Special Master and referral to a Magistrate Judge to handle the parties' discovery disputes. It is not appropriate for Plaintiffs to ignore their fee obligations to the Special Master for an extended period of time, and, after the fact, represent to Judge Trumbull on an *in camera* basis that the Special Master should be dismissed on account of their alleged financial difficulties. Accordingly, the Court, at this time, declines to adopt Judge Trumbull's recommendation on dismissal of the Special Master and directs the parties to notice a motion to the Court, if they so desire, on this issue.

Dated: October 17, 2008

JAMES WARE
United States District Judge

3

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce Harry Winkelman bwinkelman@Craig-Winkelman.com
Cassiana Aaronson ca@mcinerney-dillon.com
David B. Abramowitz dabramowitz@lordbissell.com
Dennis P. Fitzsimons dfitzsimons@bjg.com
Flora F Vigo fvigo@omm.com
George Fred Salamy george.salamy@mccurdylawyers.com
Janette George Leonidou jleonidou@alr-law.com
Jeffrey Gordon Nevin jnevin@ecplslaw.com
Jill Battilega Rowe jrowe@cwclaw.com
John Morwick Ross jross@cwclaw.com
John T. Williams jwilliams@hww-law.com
Joseph M. Alioto jmalioto@aliotolaw.com
Joseph Michelangelo Alioto jaliotojr@aliotolaw.com
Julie Dawn Wood jwood@omm.com
Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
Lisa Dritsas Wright lwright@alr-law.com
Maria Giardina maria.giardina@sdma.com
Mark Ewell Ellis mellis@ecplslaw.com
Matthew A. Fischer matthew.fischer@sdma.com
Maureen Ellen McTague maureen_sandoval@gensler.com
Merrit Jones mjones@cwclaw.com
Michael Frederick Tubach mtubach@omm.com
Paul B. Lahaderne paul.lahaderne@sdma.com
Peter Michael Hart peter.hart@leclairryan.com
Russell F. Brasso brasso@foremanandbrasso.com
Russell F. Brasso brasso@foremanandbrasso.com
Stephen D. Kaus skaus@cwclaw.com
Steven Ellis Conigliaro sconigliaro@omm.com
Stuart E. Jones Stuart.Jones@leclairryan.com
Theresa Driscoll Moore Tmoore@aliotolaw.com
Thomas Charles Tagliarini tagliarinilaw@aol.com
Thomas H R Denver tdenver@mediationmasters.com
William Hugh McInerney wjr@mcinerney-dillon.com
Zane D. Negrych zanenegrych@sbcglobal.net

**Dated:  October 17, 2008**                              **Richard W. Wieking, Clerk**

                                             **By:     /s/ JW Chambers**
                                                    **Elizabeth Garcia**
                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California