UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NORMAN WRIGHT MECHANICAL ) <br> EQUIP. CORP., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 04-2266 JW (PVT) <br><br> **ORDER SCHEDULING BRIEFING AND HEARING** |

On December 9, 2008, District Judge Ware issued an order relieving Special Master Denver and referring all pending and future discovery disputes to Magistrate Judge Trumbull. Judge Ware also referred the tasks of meeting with the parties to work out a discovery plan with respect to additional projects, and working with the parties to develop a proposed schedule to advance this case to trial. Therefore,

IT IS HEREBY ORDERED that, no later than January 7, 2008, the parties shall file briefs setting forth a summary of any pending discovery disputes, and setting forth their respective proposals with regard to: 1) a discovery plan with respect to additional projects; and 2) a proposed schedule to advance this case to trial.

IT IS FURTHER ORDERED that a discovery conference will be held before Magistrate Judge Patricia V. Trumbull on January 13, 2009 at 10:00 a.m. in Courtroom 5 of this court.

Dated: *12/19/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*