UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NORMAN WRIGHT MECHANICAL )<br>EQUIP. CORP., et al., )<br>)<br>Defendants. )<br>_____ ) | Case No.: C 04-2266 JW (PVT)<br><br>**ORDER VACATING ORDER TO DEFENDANTS TO COMPLY WITH PRIOR ORDER; AND**<br><br>**ORDER MODIFYING BRIEFING ON PLAINTIFFS' RULE 26 MOTION** |

On January 12, 2009, this court entered an order (Docket # 858) directing Defendants to comply with this court's prior order, and granting Plaintiffs' motion to shorten time for hearing Plaintiffs' Rule 26 motion. It has come to the attention that Defendants did in fact comply with this court's prior order, and that Defendant Norman Wright Mechanical Equipment filed an opposition to Plaintiffs' motion to shorten time. Based on the file herein,

IT IS HEREBY ORDERED that, to the extent the January 12, 2009 order directed the Defendants to comply with the court's prior order to file certain briefs, it is VACATED. The subject briefs were timely filed.

IT IS FURTHER ORDERED that Plaintiffs' motion to compel Defendants' continuing discovery responses under FRCP Rule 26 remains on calendar for 10:00 a.m. on January 27, 2009. The Special Master's email setting out his "thinking" with regard to the motion was not an order,

1  and thus did not resolve the motion.  Defendants are free to argue in their opposition papers that the
2  motion duplicates other prior motion work.  However, because no order ever issued on the motion, it
3  remains pending before the court.
4      IT IS FURTHER ORDERED that the deadline for Defendants to file their opposition to
5  Plaintiffs' Rule 26 motion is extended to January 20, 2009.  Plaintiffs' reply, if any, shall be filed no
6  later than January 23, 2009.

Dated: *1/13/09*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge