IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advanced Microtherm, Inc., et al., | NO. C 04-02266 JW |
| Plaintiffs, v. | **ORDER REMANDING TO MAGISTRATE JUDGE FOR RECONSIDERATION** |
| Norman Wright Mechanical Equipment Corp., et al., | |
| Defendants. | |

Presently before the Court are Defendants' Objections to and Requests for Reconsideration of Magistrate Judge Trumbull's January 12, 2009 (1) Order to Defendants to Comply with Prior Order and (2) Order Granting Plaintiffs' Motion for Shortened Time for Hearing on Rule 26 Motion. (Docket Item Nos. 859, 861.)

On January 12, 2009, Judge Trumbull issued an Order in which she continued a discovery conference based on Defendants' failure to file a discovery proposal by a January 7, 2009 deadline. (hereafter, "Jan. 12 Order," Docket Item No. 858.) Judge Trumbull also granted a motion by Plaintiffs to shorten the time for hearing a pending motion to compel. (Id.) In doing so, Judge Trumbull stated that Defendants had filed no opposition to Plaintiffs' motion to shorten time. Defendants contend that they had, in fact, filed the requisite discovery proposals and oppositions, such that Judge Trumbull's January 12 Order was in error.

A district court may modify a magistrate judge's ruling on a non- dispositive matter, such as an order to compel discovery, if the order is "clearly erroneous" or "contrary to law." 28 U.S.C. §

636(b)(1)(A); Fed. R. Civ. P. 72(a); <u>Bahn v. NME Hospitals, Inc.</u>, 929 F.2d 1404, 1414 (9th Cir. 1991). Pursuant to Civil Local Rule 72-2, the court may not grant a motion objecting to a Magistrate Judge's order without first giving the opposing party an opportunity to brief the matter. <u>See</u> Civ. L.R. 72-2.

      The Court has reviewed the docket for the presence of the disputed filings. First, the Court finds that Defendants did, in fact, file discovery proposals by the January 7, 2009 deadline. (<u>See</u> Docket Item No. 847.) Second, the Court finds that Defendant Norman Wright did file an opposition to Plaintiffs' administrative motion to shorten time on January 9, 2009. (<u>See</u> Docket Item No. 852.) Plaintiffs' motion was made on January 6, 2009, Defendant's opposition was made within the three days required by Civil Local Rule 7-11. (<u>See</u> Docket Item No. 844.)

      In light of what is reflected in the docket entries, the Court REMANDS this issue to the Magistrate Judge for reconsideration of its January 12, 2009 Order.

Dated: January 16, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce Harry Winkelman bwinkelman@Craig-Winkelman.com
Cassiana Aaronson ca@mcinerney-dillon.com
David B. Abramowitz dabramowitz@lordbissell.com
Dennis P. Fitzsimons dfitzsimons@bjg.com
Flora F Vigo fvigo@omm.com
George Fred Salamy george.salamy@mccurdylawyers.com
Janette George Leonidou jleonidou@alr-law.com
Jeffrey Gordon Nevin jnevin@ecplslaw.com
Jill Battilega Rowe jrowe@cwclaw.com
John Morwick Ross jross@cwclaw.com
John T. Williams jwilliams@hww-law.com
Joseph M. Alioto jmalioto@aliotolaw.com
Joseph Michelangelo Alioto jaliotojr@aliotolaw.com
Julie Dawn Wood jwood@omm.com
Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
Lisa Dritsas Wright lwright@alr-law.com
Maria Giardina maria.giardina@sdma.com
Mark Ewell Ellis mellis@ecplslaw.com
Matthew A. Fischer matthew.fischer@sdma.com
Maureen Ellen McTague maureen_sandoval@gensler.com
Merrit Jones mjones@cwclaw.com
Michael Frederick Tubach mtubach@omm.com
Paul B. Lahaderne paul.lahaderne@sdma.com
Peter Michael Hart peter.hart@leclairryan.com
Russell F. Brasso brasso@foremanandbrasso.com
Russell F. Brasso brasso@foremanandbrasso.com
Stephen D. Kaus skaus@cwclaw.com
Steven Ellis Conigliaro sconigliaro@omm.com
Stuart E. Jones Stuart.Jones@leclairryan.com
Theresa Driscoll Moore Tmoore@aliotolaw.com
Thomas Charles Tagliarini tagliarinilaw@aol.com
Thomas H R Denver tdenver@mediationmasters.com
William Hugh McInerney wjr@mcinerney-dillon.com
Zane D. Negrych zanenegrych@sbcglobal.net

**Dated: January 16, 2009**                    **Richard W. Wieking, Clerk**

                                          **By:   /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California