UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NORMAN WRIGHT MECHANICAL ) <br> EQUIP. CORP., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 04-2266 JW (PVT) <br><br> **INTERIM ORDER re Plaintiffs' Motion to Compel Defendants' Continuing Discovery Responses Under F.R.C.P. Rule 26** |

On January 6, 2009, Plaintiffs filed a motion to shorten time for hearing a motion to compel Defendants continuing discovery responses under F.R.C.P. Rule 26.  Plaintiffs has originally filed a motion to compel such supplementation in May of 2008.  In the motion to shorten time, Plaintiffs set forth additional items for which they sought supplementation, as well as a request to compel Defendants to provide a privilege log.  The court granted the motion to shorten time and set deadlines for the filing of oppositions and replies, and a date and time for the hearing.  It appears that Defendant Norman Wright Mechanical Equipment Corporation ("Norman Wright") filed an opposition that addressed the issues in Plaintiffs' original motion and not the issues in Plaintiffs' more recent brief.  Therefore,

IT IS HEREBY ORDERED that the hearing on Plaintiffs' motion for continuing discovery responses is continued to February 24, 2009.  Defendant Norman Wright may file a supplemental

1 | opposition no later than February 9, 2009.  Plaintiffs may file a supplemental reply no later than
2 | February 13, 2009.
3 | Dated: *1/27/09*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge