UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NORMAN WRIGHT MECHANICAL ) <br> EQUIP. CORP., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 04-2266 JW (PVT) <br><br> **ORDER AFTER DISCOVERY CONFERENCE** |

On December 9, 2008, District Judge Ware referred this matter to this Magistrate Judge to meet with the parties to work out a discovery plan with respect to additional projects in light of the court's summary judgment order. On January 27, 2009, the parties appeared before Magistrate Judge Patricia V. Trumbull for a discovery conference. Based on the summary judgment order and discussions at the conference,

IT IS HEREBY ORDERED that the scope of discovery for the 15 representative projects that have been identified by Plaintiff, the usual scope of discovery under Federal Rules of Civil Procedure 26(b) applies. Any party may, of course, seek any protection under Rule 26(c) that may be warranted by the circumstances with regard to specific discovery requests. However, based on a review of the file in this case and many years of experience handling discovery disputes, the court finds that, at this point in the litigation, limiting the discovery to specific legal theories would

hamper rather than facilitate the progress of this case towards trial.  Moreover, Plaintiffs' claims involving flat spec'ing and tying were not the only claims to survive Defendants' summary judgment motions.  Plaintiffs' claims involving bid-rigging and price-fixing also survived summary judgment.[1]  Plaintiff is entitled to the full scope of discovery for those claims with respect to the 15 representative projects.

Dated: *2/6/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1]  *See* Order Denying Defendant NSW's Motions for Summary Judgment; Denying Defendant NSW's Motion for Judgment on the Pleadings; Denying F.W. Spencer & Sons Motion for Summary Judgment; Denying All Motions to Strike and Objections Without Prejudice, filed herein on September 25, 2008, at 14:1-3.