UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NORMAN WRIGHT MECHANICAL ) <br> EQUIP. CORP., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 04-2266 JW (PVT) <br><br> **ORDER SCHEDULING FURTHER STATUS AND DISCOVERY CONFERENCE** |

On December 9, 2008, District Judge Ware referred this matter to this Magistrate Judge to work with the parties to develop a proposed schedule to advance this case to trial. On January 27, 2009, the parties appeared before Magistrate Judge Patricia V. Trumbull for a status conference. Based on the briefs submitted, discussions at the conference, and the file herein,

IT IS HEREBY ORDERED that the parties shall appear for a further status and discovery conference at 10:00 a.m. on February 24, 2009.  The court has already broadened the currently allowed scope of discovery somewhat, as indicated in its Order After Discovery Conference, filed concurrently herewith.  Defendant Norman Wright Mechanical Equipment Corporation ("Norman Wright") indicated in its "Discovery Brief and Proposed Trial Plan" that it wishes to add projects of *its* choice to include in the first trial, for which Plaintiff would be entitled to take discovery.  This leads the court to inquire of the parties whether it still makes sense to conduct separate trials.  While that approach was sensible earlier in this case, it appears to be becoming an obstacle to efficient discovery and trial preparation by the parties remaining in this case.

IT IS FURTHER ORDERED that, no later than February 17, 2009, the parties shall each file a brief responding to the court's inquiry of whether it still makes sense to conduct separate trials, or whether it would be more efficient at this time to complete all discovery and try the entire case. The ultimate determination will be up to District Judge Ware, but this court wishes to obtain the parties' current input on that question in order to make informed and sound recommendations to District Judge Ware regarding a plan for advancing this case to trial.

IT IS FURTHER ORDERED that, no later than February 17, 2009, the parties shall also file either joint or respective proposed pretrial schedule and discovery plan. This case is almost seven years old, and the court is not inclined to recommend a schedule that extends into 2010. Based on the briefs filed by the parties and Judge Ware's scheduling practices in other cases, the court is tentatively considering the schedule set forth in the table following this paragraph. The parties are encouraged to meet and confer to try to reach agreement on either this schedule or one with roughly the same time segments that results in a Preliminary Pretrial Conference and Trial Setting date in November or December of this year. The parties shall also set forth their proposals for how many additional interrogatories and depositions should be permitted going forward.

**TENTATIVE PROPOSED CASE SCHEDULE**

| | |
|---|---|
| **Expert Disclosures**<br>*(63 days before close of discovery)* | June 22, 2009 |
| **Rebuttal Expert Disclosures**<br>*(49 days before close of discovery)* | July 6, 2009 |
| **Close of All Discovery** | August 24, 2009 |
| **Last Day for Hearing Dispositive Motions**<br>*(42 days before Preliminary Pretrial Conference)* | September 28, 2009 |
| **Preliminary Pretrial Conference Statements Due**<br>*(10 days before Preliminary Pretrial Conference)* | November 6, 2009 |
| **Preliminary Pretrial Conference and Trial Setting** | November 16, 2009 |

Dated: *2/6/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*