IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advanced Microtherm, Inc., et al., | NO. C 04-02266 JW |
| Plaintiffs,<br>v.<br>Norman Wright Mechanical Equip. Corp., et al.,<br>Defendants. | **ORDER OVERRULING DEFENDANT'S OBJECTIONS TO MAGISTRATE JUDGE'S DISCOVERY AND SCHEDULING ORDERS** |

Presently before the Court are Defendant Norman Wright's Objection to Magistrate Judge Trumbull's Order After Discovery Conference (Docket Item No. 902) and Objection to Order Scheduling Further Status and Discovery Conference (Docket Item No. 905).

A district court may modify a magistrate judge's ruling on a non-dispositive matter, such as an order to compel discovery, if the order is "clearly erroneous" or "contrary to law." 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Bahn v. NME Hospitals, Inc., 929 F.2d 1404, 1414 (9th Cir. 1991). Pursuant to Civil Local Rule 72-2, the court may not grant a motion objecting to a Magistrate Judge's order without first giving the opposing party an opportunity to brief the matter.[1] See Civ. L.R. 72-2.

In this case, Defendant objects to the scope of discovery permitted by Judge Trumbull in the parties' January 27, 2009 status conference. Upon review of both its Order tasking the former

---

[1] Plaintiffs have filed Oppositions to Defendant's Objections. (See Docket Item Nos. 911-12.)

Special Master with managing expanded discovery beyond the Five Projects and its subsequent Order replacing the Special Master with Judge Trumbull, the Court finds that it never formally limited the scope of expanded discovery in this case. (See Docket Item Nos. 782, 831.) Rather, the Court left it to Judge Trumbull to define the contours of discovery in the lead up to trial. This is exactly what Judge Trumbull did in her February 6, 2009 Order After Discovery Conference. (Docket Item No. 886.) Since this discovery decision was a non-dispositive matter, and the Court finds that Judge Trumbull was not clearly erroneous, the Court OVERRULES Defendant's Objection to the Order After Discovery Conference.

Defendant also objects to the expedited discovery schedule established by Judge Trumbull in her February 6, 2009 Order Scheduling Further Status and Discovery Conference. (Docket Item No. 887.) At this time, the Court is not inclined to alter Judge Trumbull's schedule. If, as of July 1, 2009, Defendant finds that it will be unable to meet its discovery obligations by Judge Trumbull's August 24, 2009 deadline, Defendant may apply to the Court for a modification of the discovery schedule. Until that time, however, Defendant shall proceed on the assumption that discovery must be completed by August 24, 2009. Accordingly, the Court OVERRULES Defendant's Objection to the Order Scheduling Further Status and Discovery Conference.

Dated: March 12, 2009

JAMES WARE
United States District Judge

2

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce Harry Winkelman bwinkelman@Craig-Winkelman.com
Cassiana Aaronson ca@mcinerney-dillon.com
David B. Abramowitz dabramowitz@lordbissell.com
Dennis P. Fitzsimons dfitzsimons@bjg.com
Flora F Vigo fvigo@omm.com
George Fred Salamy george.salamy@mccurdylawyers.com
Janette George Leonidou jleonidou@alr-law.com
Jeffrey Gordon Nevin jnevin@ecplslaw.com
Jill Battilega Rowe jrowe@cwclaw.com
John Morwick Ross jross@cwclaw.com
John T. Williams jwilliams@hww-law.com
Joseph M. Alioto jmalioto@aliotolaw.com
Joseph Michelangelo Alioto jaliotojr@aliotolaw.com
Julie Dawn Wood jwood@omm.com
Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
Lisa Dritsas Wright lwright@alr-law.com
Maria Giardina maria.giardina@sdma.com
Mark Ewell Ellis mellis@ecplslaw.com
Matthew A. Fischer matthew.fischer@sdma.com
Maureen Ellen McTague maureen_sandoval@gensler.com
Merrit Jones mjones@cwclaw.com
Michael Frederick Tubach mtubach@omm.com
Paul B. Lahaderne paul.lahaderne@sdma.com
Peter Michael Hart peter.hart@leclairryan.com
Russell F. Brasso brasso@foremanandbrasso.com
Russell F. Brasso brasso@foremanandbrasso.com
Stephen D. Kaus skaus@cwclaw.com
Steven Ellis Conigliaro sconigliaro@omm.com
Stuart E. Jones Stuart.Jones@leclairryan.com
Theresa Driscoll Moore Tmoore@aliotolaw.com
Thomas Charles Tagliarini tagliarinilaw@aol.com
Thomas H R Denver tdenver@mediationmasters.com
William Hugh McInerney wjr@mcinerney-dillon.com
Zane D. Negrych zanenegrych@sbcglobal.net

**Dated: March 12, 2009**                     **Richard W. Wieking, Clerk**

                                              **By:    /s/ JW Chambers**
                                                   **Elizabeth Garcia**
                                                   **Courtroom Deputy**