UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al., ) <br> ) <br>         Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> NORMAN WRIGHT MECHANICAL ) <br> EQUIP. CORP., et al., ) <br> ) <br>         Defendants. ) <br> _____ ) | Case No.: C 04-2266 JW (PVT) <br><br> **ORDER LIFTING STAY ON THE THREE ORDERS OF THIS COURT FILED FEBRUARY 6, 2009; AND** <br><br> **MODIFICATIONS TO FEBRUARY 6, 2009 ORDERS** |

      On February 12, 2009, this court granted a motion by Defendant Norman Wright Mechanical Equipment Corporation ("Norman Wright") to stay this court's three orders that were filed on February 6, 2009. On March 12, 2009, Judge Ware issued an order expressly overruling two of Norman Wright's objections and implicitly overruling its third objection.[1] Based on the file herein,

      IT IS HEREBY ORDERED that stay on this court's three orders that were filed on February 6, 2009 is LIFTED.

      IT IS FURTHER ORDERED that this court's February 6, 2009 orders are modified as

---

[1] This court's Civil Local Rule 72-2 provides, in relevant part: "If no order denying the motion or setting a briefing schedule is made within 15 days of filing the objection, the objection shall be deemed denied." Norman Wright filed all three of its objections on February 23, 2009. To the extent Judge Ware did not address one of the objections in his March 12, 2009 order, it was deemed denied by operation of Local Rule 72-2.

Order, *page 1*

follows:

- Absent agreement of the parties or further of the court otherwise, the deadline for producing documents set forth in the Order Granting Plaintiffs' Motion to Compel Discovery (Docket No. 885) is extended to April 10, 2009.

- The filing deadlines set forth in the Order Scheduling Further Status and Discovery Conference (Docket No. 887) are extended to March 31, 2009. The discovery conference is further continued to 10:00 a.m. on April 7, 2009.[2]

Dated: *3/20/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2] If any party has a scheduling conflict on this date, they shall promptly inform the court in writing.

ORDER, *page 2*