IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advanced Microtherm, Inc., et al., | NO. C 04-02266 JW |
| Plaintiffs, | **ORDER ESTABLISHING SCOPE OF JUNE 1, 2009 HEARING** |
| v. | |
| Norman Wright Mechanical Equipment Corp., et al., | |
| Defendants. | |

Presently before the Court are (1) Magistrate Judge Trumbull's Report and Recommendation Regarding Case Schedule and Scope of Trial (Docket Item No. 935) and (2) Defendant Norman Wright's Objections to Judge Trumbull's Report and Recommendation (Docket Item No. 943). Plaintiffs have filed an Opposition to Defendant's Objections. (Docket Item No. 949.)

Upon review of Judge Trumbull's recommendations and the parties' competing contentions in response to Judge Trumbull's recommendations, the Court is persuaded that oral argument on the issues raised by Judge Trumbull will facilitate the Court's ability to bring this case to trial. As a companion to its present Objections, Defendant Norman Wright has filed a Motion for Hearing to Confirm Parameters of Separate Rule 42(b) Trial. (Docket Item No. 938.) A hearing on this motion is set for June 1, 2009. In light of the relatedness of this motion to Defendant's Objections, the Court directs the parties to prepare to address all pending issues surrounding the scope of remaining discovery and trial at the June 1 hearing, including the issues raised by Judge Trumbull.

Dated: May 18, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce Harry Winkelman bwinkelman@Craig-Winkelman.com
Cassiana Aaronson ca@mcinerney-dillon.com
David B. Abramowitz dabramowitz@lordbissell.com
Dennis P. Fitzsimons dfitzsimons@bjg.com
Flora F Vigo fvigo@omm.com
George Fred Salamy george.salamy@mccurdylawyers.com
Janette George Leonidou jleonidou@alr-law.com
Jeffrey Gordon Nevin jnevin@ecplslaw.com
Jill Battilega Rowe jrowe@cwclaw.com
John Francis McLean jackmclean1@comcast.net
John J. Bartko jbartko@bztm.com
John Morwick Ross jross@cwclaw.com
John T. Williams jwilliams@hww-law.com
Joseph M. Alioto jmalioto@aliotolaw.com
Joseph Michelangelo Alioto jaliotojr@aliotolaw.com
Julie Dawn Wood jwood@omm.com
Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
Lisa Dritsas Wright lwright@alr-law.com
Maria Giardina maria.giardina@sdma.com
Mark Ewell Ellis mellis@ecplslaw.com
Matthew A. Fischer matthew.fischer@sdma.com
Maureen Ellen McTague maureen_sandoval@gensler.com
Merrit Jones mjones@cwclaw.com
Michael David Abraham mabraham@bztm.com
Michael Frederick Tubach mtubach@omm.com
Paul B. Lahaderne paul.lahaderne@sdma.com
Peter Michael Hart peter.hart@leclairryan.com
Robert H. Bunzel rbunzel@bztm.com
Russell F. Brasso brasso@foremanandbrasso.com
Stephen D. Kaus skaus@cwclaw.com
Steven Ellis Conigliaro sconigliaro@omm.com
Stuart E. Jones Stuart.Jones@leclairryan.com
Theresa Driscoll Moore Tmoore@aliotolaw.com
Thomas Charles Tagliarini tagliarinilaw@aol.com
Thomas H R Denver tdenver@mediationmasters.com
William Hugh McInerney wjr@mcinerney-dillon.com
Zane D. Negrych zanenegrych@sbcglobal.net

**Dated: May 18, 2009**                    **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**