Joseph M. Alioto, (SBN 42680)
**ALIOTO LAW FIRM**
555 California Street, Suite 3160
San Francisco, CA 94104
(415) 434-8900
(415) 434-9200 fax

Russell F. Brasso, Esq. (SB No. 85417)
**FOREMAN & BRASSO**
930 Montgomery Street, Suite 600
San Francisco, CA 94133
(415) 433-3475
(415) 781-8030 fax

Zane D. Negrych, Esq. (SB No. 171025)
**LAW FIRM OF ZANE D. NEGRYCH**
471 Galen Drive
San Jose, California 95123
Telephone: (408) 629-7595
Facsimile: (408) 629-9900

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC.; HVAC SALES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NORMAN WRIGHT MECHANICAL EQUIPMENT CORPORATION; RICHARD LEAO; TEMPCO, INC.; and F. W. SPENCER & SON, INC., et al <br><br> Defendants. <br><br> AND RELATED CROSS-CLAIMS | CASE NO. C04-02266 JW <br><br> **STIPULATION TO CONTINUE HEARING DATE FROM JUNE 1, 2009 TO JUNE 29, 2009** <br><br> Time: 9:00 a.m. <br> Date: June 1, 2009 <br> Dept: 8, Fourth Floor <br> Judge: Honorable James Ware |

STIPULATION TO
CONTINUE HEARING
DATE

1      WHEREAS, Plaintiffs have requested that the June 1, 2009 Motion Hearing Date before
2  Judge Ware be continued to June 29, 2009 to accommodate Plaintiffs' counsel, Joseph M. Alioto,
3  who is presently in trial and who, as Chairman, will be conducting a fund raising for the Paralysis
4  Project of America on June 1, 2009 in Los Angeles, California.
5      WHEREAS, Defendants, through their attorneys, are willing to accommodate Mr. Alioto's
6  request to continue the June 1, 2009 Hearing Date to June 29, 2009.
7      Plaintiffs, through their attorneys, and Defendants, through their attorneys, hereby stipulate
8  that the June 1, 2009 Hearing Date can be continued to June 29, 2009 with the understanding that the
9  matters before Judge Ware are fully briefed, but Plaintiffs do not waive any arguments to the
10 contrary made in their opposition brief.

**IT IS SO STIPULATED:**

**FOREMAN & BRASSO**

Dated: 5/21/09

By: /s/ Russell F. Brasso
Russell F. Brasso, Esq.
Attorneys for Plaintiffs

BARTKO, ZANKEL, TARRANT & MILLER
Attorneys for Norman Wright Mechanical Equipment, Inc.

Dated: 5/21/09

By: /s/ Michael Abraham
Michael Abraham, Esq.
Attorneys for Norman Wright Mechanical Equipment, Inc.

McInerney & Dillon, P.C.
Attorneys for F.W. Spencer & Son, Inc.

Dated: _____

By: _____
Cassiana Aaronson, Esq.
Attorneys for F.W. Spencer & Son, Inc.

STIPULATION TO CONTINUE HEARING DATE

1   WHEREAS, Plaintiffs have requested that the June 1, 2009 Motion Hearing Date before
2   Judge Ware be continued to June 29, 2009 to accommodate Plaintiffs' counsel, Joseph M. Alioto,
3   who is presently in trial and who, as Chairman, will be conducting a fund raising for the Paralysis
4   Project of America on June 1, 2009 in Los Angeles, California.

5   WHEREAS, Defendants, through their attorneys, are willing to accommodate Mr. Alioto's
6   request to continue the June 1, 2009 Hearing Date to June 29, 2009.

7   Plaintiffs, through their attorneys, and Defendants, through their attorneys, hereby stipulate
8   that the June 1, 2009 Hearing Date can be continued to June 29, 2009 with the understanding that the
9   matters before Judge Ware are fully briefed, but Plaintiffs do not waive any arguments to the
10  contrary made in their opposition brief.

11                          **IT IS SO STIPULATED:**

13                          **FOREMAN & BRASSO**

14  Dated: 5/21/09          By: _____
                                Russell F. Brasso, Esq.
                                Attorneys for Plaintiffs

17                          BARTKO, ZANKEL, TARRANT & MILLER
                            Attorneys for Norman Wright Mechanical Equipment,
18                          Inc.

19
20  Dated: _____  By: _____
                                Michael Abraham, Esq.
21                              Attorneys for Norman Wright Mechanical Equipment,
                                Inc.

23                          McInerney & Dillon, P.C.
                            Attorneys for F.W. Spencer & Son, Inc.

25  Dated: 5/22/09          By: _____
                                Cassiana Aaronson, Esq.
26                              Attorneys for F.W. Spencer & Son, Inc.

27  STIPULATION TO
    CONTINUE HEARING
28  DATE

                            - 2 -



IT IS SO ORDERED
AS MODIFIED
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC.;<br>HVAC SALES, INC.,<br><br>            Plaintiffs,<br><br>    v.<br><br>NORMAN WRIGHT MECHANICAL<br>EQUIPMENT CORPORATION;<br>RICHARD LEAO; TEMPCO, INC.; and<br>F. W. SPENCER & SON, INC., et al<br><br>            Defendants.<br><br>AND RELATED CROSS-CLAIMS | CASE NO. C04-02266 JW<br><br>**ORDER CONTINUING THE JUNE 1, 2009 HEARING TO JUNE 15 2009 at 9:00 a.m.** |

      The following matters are before the Court: (1) Magistrate Judge Trumbull's Report and Recommendation Regarding Case Schedule and Scope of Trial (Docket No. 935) and (2) Defendant Norman Wright's Objections to Judge Trumbull's Report and Recommendation (Docket Item No. 943).

      By its order dated May 18, 2009 (Docket Item No. 968) this Court requested oral argument on the issues raised in response to Jude Trumbull's orders and recommendation.

Due to the Court's limited availability, the requested continuance to June 29, 2009 at 9:00 cannot be accommodated. The Court continues the hearing on Defendants' Motion for Hearing To Confirm Parameters of Separate Rule 42(b) Trial (Docket Item No. 938) and Defendants' Objections to Magistrate Judge R&R (Docket Item No. 943) from June 1, 2009 to **June 15, 2009 at 9:00 AM**.

Dated: May 27, 2009

                                          *James Ware*
                                        Honorable Judge James Ware,
                                        Judge of the United States District Court