UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al., ) | Case No.: C 04-2266 JW (PVT) |
| ) | |
| Plaintiffs, ) | **TENTATIVE ORDER GRANTING** |
| ) | **PLAINTIFF'S MOTION TO COMPEL** |
| v. ) | **COMPLIANCE WITH PRIOR COURT** |
| ) | **ORDERS** |
| NORMAN WRIGHT MECHANICAL ) | |
| EQUIP. CORP., et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On April 20, 2009, Plaintiffs filed a Motion to Compel Obedience with Prior Court Orders. Defendant Norman Wright Mechanical Equipment Corporation ("Norman Wright") opposed the motion. Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this tentative order. Based on the moving, opposition and reply papers,

IT IS HEREBY ORDERED that Plaintiffs' motion is tentatively GRANTED. The parties shall immediately meet and confer regarding: 1) which discovery that was previously ordered has not yet been produced; and 2) a reasonable date for Norman Wright to complete production. At the hearing scheduled for June 9, 2009, the parties shall report the results of their meet and confer.

IT IS FURTHER ORDERED that Plaintiffs' motion for sanctions is DENIED.

Dated: June 5, 2009

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*