1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

12   ADVANCED MICROTHERM, INC., et al.,)        Case No.: C 04-2266 JW (PVT)
                                       )
13                   Plaintiffs,       )        **TENTATIVE ORDER DEEMING**
                                       )        **PLAINTIFF'S MOTION TO BE A**
14          v.                         )        **MOTION TO RE-DESIGNATE**
                                       )        **CERTAIN DOCUMENTS AND**
15   NORMAN WRIGHT MECHANICAL          )        **GRANTING THAT MOTION**
     EQUIP. CORP., et al.,             )
16                                     )
                     Defendants.       )
17   _____ )

18          On April 20, 2009, Plaintiffs filed an Administrative Motion to Schedule a Hearing on

19   Shortened Time Pursuant to a Briefing Schedule for Plaintiffs' Motion to Modify Protective Order

20   Under Civil Local Rule 6-3, 7-11 and Section 6 of the Protective Order.  On April 22, 2009,

21   Plaintiffs filed an Administrative Motion to File under Seal Pursuant to Local Rule 7-11 and

22   79-5(b)(1).  Plaintiffs never noticed a hearing date for the motion to modify the protective order, nor

23   actually filed a separate document constituting a motion to modify the protective order.  (Plaintiffs

24   noticed the *motion to seal* for June 2, 2009).  Defendant Norman Wright Mechanical Equipment

25   Corporation ("Norman Wright") nonetheless filed an opposition to the motion to modify the

26   protective order, Plaintiff filed a reply, and the parties appeared on June 2, 2009.  The court then set

27   a hearing for the motion to modify the protective order for 10:00 a.m. on June 9, 2009.  Having

28   reviewed the papers submitted by the parties, the court finds it appropriate to issue this tentative

1    order.  Based on the moving, opposition and reply papers,

2         IT IS HEREBY ORDERED that Plaintiffs' motion is deemed to be a motion to re-designate

3    the subject documents as "Confidential" instead of "Confidential – Attorneys' Eyes Only" under the

4    Stipulated Protective Order herein.

5         IT IS FURTHER ORDERED that the motion to re-designate the subject documents is

6    tentatively GRANTED.  Documents only qualify as "Confidential – Attorneys' Eyes Only" if

7    disclosure of the documents to another party or non-party would "create a substantial risk of serious

8    injury that could not be avoided by less restrictive means."  *See* Stipulated Protective Order, filed

9    herein on August 11, 2006 (docket no. 277).  Norman Wright submitted a declaration of its

10   President, Richard Leao, stating only that the disclosure of the documents to Plaintiff John

11   Karamanos would be "potentially" damaging (as to the company wide financial statements and the

12   salesperson's expense reports) or would be damaging since is "could" be used to adversely affect

13   Norman Wright's relationships with its salespersons or customers (as to the calculation of

14   salespersons' bonuses).  A showing of "potential" damage or damage that "could" occur does not

15   justify a designation of "Confidential – Attorneys' Eyes Only" under the Stipulated Protective

16   Order.  Moreover, the information at issue is many years old, and Norman Wright has not shown

17   that the information retains any value to competitors in light of the recent drastic changes in the

18   economy.

19        IT IS FURTHER ORDERED that the hearing remains on calendar for 10:00 a.m. on June 9,

20   2009.  If Norman Wright elects to forego oral argument, it shall so notify the court and opposing

21   counsel no later than 4:00 p.m. on June 8, 2009.  In the event Norman Wright elects to forego oral

22   argument, this tentative will become the final order of this court.  In that event, the time for Norman

23   Wright to file an objection to this order shall begin to run as of June 8, 2009.

24   Dated: June 8, 2009

25                                                  *Patricia V. Trumbull*

26                                                  PATRICIA V. TRUMBULL
                                                   United States Magistrate Judge

27

28