# LECLAIRRYAN LLP

44 MONTGOMERY STREET, 18TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104-4911

(415) 391-7111
FACSIMILE (415) 391-8766



**GRANTED**
/s/ James Ware
Judge James Ware

6/10/2009

April 24, 2009

The Honorable Judge
United States District Court-Northern Division
1301 Clay Street
Oakland, CA  94612-5212

Re:  Advanced Microtherm, Inc. v. Norman Wright Mechanical Equipment Corporation et al.
     Case No.: 5:04-cv-2266

Dear Honorable Judge:

Attorneys for Innotec, Inc., Peter M. Hart and Stuart E. Jones, kindly request the United States District Court- Northern Division and all counsel to update their records and remove Innotec, Inc. as a Defendant in this case.  Defendant Innotec was dismissed from the previous case in the Superior Court and is not a part of this Case No. 5:04-cv-2266.  Please also update the Pacer Records, so that Peter M. Hart and Stuart E. Jones are not served with any documents in this case via electronic filing. Your help is appreciated.

Please contact me, if you have any questions.

DATED:  April 24, 2009                    Respectfully submitted,

                                          By:    /s/ Peter M. Hart
                                          Peter M. Hart
                                          LeClairRyan LLP
                                          44 Montgomery St., 18th Floor
                                          San Francisco, CA  94104
                                          (415) 913-4952, Fax (415) 391-8766
                                          Peter.Hart@leclairryan.com

E-mail: Peter.Hart@leclairryan.com                      44 Montgomery Street, Eighteenth Floor
Direct Phone: 415.913.4952                                    San Francisco, California 94104
Direct Fax: 415.391.8766                               Phone: 415.391.7111 \ Fax: 415.391.8766

CALIFORNIA \ CONNECTICUT \ MASSACHUSETTS \ MICHIGAN \ NEW JERSEY \  NEW YORK \ PENNSYLVANIA \ VIRGINIA \ WASHINGTON, D.C.

LeClairRyan is a Delaware Limited Liability Partnership