Joseph M. Alioto, (SBN 42680)
Theresa D. Moore, (SBN 99978)
Angelina Alioto-Grace, (SBN 206899)
Joseph M. Alioto, Jr., (SBN 215544)
**ALIOTO LAW FIRM**
555 California Street, Suite 3160
San Francisco, CA 94104
(415) 434-8900
(415) 434-9200 fax

Russell F. Brasso, Esq. (SB No. 85417)
**FOREMAN & BRASSO**
930 Montgomery Street, Suite 600
San Francisco, CA 94133
(415) 433-3475
(415) 781-8030 fax

Zane D. Negrych, Esq. (SB No. 171025)
**LAW FIRM OF ZANE D. NEGRYCH**
471 Galen Drive
San Jose, California 95123
Telephone: (408) 629-7595
Facsimile: (408) 629-9900

Attorneys for Plaintiffs

FILED

JUN 1 8 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

RECEIVED

MAY 0 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC.; HVAC SALES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NORMAN WRIGHT MECHANICAL EQUIPMENT CORPORATION; RICHARD LEAO; TEMPCO, INC.; and F. W. SPENCER & SON, INC., et al <br><br> Defendants. <br><br> AND RELATED CROSS-CLAIMS | CASE NO. C04-02266 JW <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO LOCAL RULES 7-11 AND 79-5(b) <br><br> Time: June 1, 2009 <br> Date: 9:00 a.m. <br> Courtroom: 8, Fourth Floor <br> Judge: Honorable Judge James Ware / Magistrate Judge Patricia Trumbull |

[PROPOSED] ORDER                                    - 1 -

1     Plaintiff's Administrative Motion to File Under seal Pursuant to Local Rules 7-11 and 79-5(b) thereof came on for hearing on Monday, June 1, 2009 at 9:00 a.m., in Courtroom 5 of the above-entitled court, before the Honorable Judge James Ware, Presiding.

    The Court, having considered Plaintiffs' motion, as well as the arguments of counsel at the hearing, and good cause appearing, HEREBY ORDERS AS FOLLOWS:

    Plaintiffs' Administrative Motion to File Under Seal the respective Declarations of Russell Brasso and Zane Negrych, and accompanying exhibits, in Support of Plaintiffs' Opposition to Norman Wright's Objection to Magistrate Trumbull's Discovery Plan and Single Unified Trial Recommendation, is hereby granted.

**IT IS SO ORDERED:**

Dated: June 18, 2009

*/s/ James Ware*

~~Honorable Magistrate Judge Patricia Trumball,~~ JAMES WARE ~~Magistrate~~ Judge of the United States District Court District

[PROPOSED] ORDER      - 2 -