John J. Bartko, State Bar No. 37372
Robert H. Bunzel, State Bar No. 99395
John F. McLean, State Bar No. 55914
Michael D. Abraham, State Bar No. 125633
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Paul B. Lahaderne, State Bar No. 53938
Maria J. Giardina, State Bar No. 104455
Matthew A. Fischer, State Bar No. 191451
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Janette G. Leonidou, State Bar No. 155257
Lisa D. Wright, State Bar No. 197577
LEONIDOU & ROSIN
Professional Corporation
777 Cuesta Drive, Suite 200
Mountain View, California 94040
Telephone: (650) 691-2888
Facsimile: (650) 691-2889

Attorneys for Defendant/Cross-Complainant
NORMAN S. WRIGHT MECHANICAL
EQUIPMENT CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> NORMAN WRIGHT MECHANICAL EQUIPMENT CORPORATION, et al., <br><br> Defendants. <br><br><br> AND RELATED CROSS-CLAIMS. | Case No. 04-CV-02266-JW <br><br> [PROPOSED] STIPULATED ORDER RE EXPERT DESIGNATIONS AND COUNTER DESIGNATIONS <br><br><br> Judge: Hon. James Ware <br> Magistrate Judge: Hon. Patricia Trumbull <br><br> Original Complaint Filed: April 30, 2002 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, this Court's Orders (Dkts. 935 and 1013) require completion of all discovery by November 20, 2009;

WHEREAS, this Court's Order (Dkt. 935) requires designation of expert witnesses on September 18, 2009 and October 2, 2009 for counter designations;

WHEREAS, the parties desire to extend the date for designation of experts and counter designations until after the close of fact discovery November 20, 2009, and to provide for expert depositions thereafter on an agreed schedule;

NOW, THEREFORE, the parties agree and the Court orders:

1. Expert designations shall be made no later than December 1, 2009.
2. Expert counter designations shall be made no later than December 15, 2009.
3. Expert discovery shall close January 30, 2010.
4. Experts shall not be deposed until all documents that may support or inform such expert's opinion, and are required to be produced, have been produced.

IT IS SO ORDERED.

DATED: ____8/3/09____, 2009

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

SO STIPULATED.

DATED: July 31, 2009

        BARTKO, ZANKEL, TARRANT & MILLER
        A Professional Corporation

        SEDGWICK, DETERT, MORAN & ARNOLD LLP

        LEONIDOU & ROSIN
        Professional Corporation


By  /s/  Robert H. Bunzel
        Robert H. Bunzel
        Attorneys for Defendant
    NORMAN S. WRIGHT MECHANICAL
        EQUIPMENT CORP.

DATED: July 31, 2009

FOREMAN & BRASSO

ALIOTO LAW FIRM

LAW FIRM OF ZANE D. NEGRYCH


By  /s/  Russell F. Brasso
        Russell F. Brasso
        Attorneys for Plaintiffs

DATED: July 31, 2009

McINERNY & DILLON, P.C.


By  /s/  William J. McGahan
        William J. McGahan
        Attorneys for Defendant
        F. W. SPENCER & SON, INC.

2263.000/423012.1    [PROPOSED] STIPULATED ORDER RE EXPERT DESIGNATIONS AND COUNTER DESIGNATIONS - Case No. 04-CV-02266-JW