1  Joseph M. Alioto, (SBN 42680)
   Theresa D. Moore, (SBN 99978)
2  Angelina Alioto-Grace, (SBN206899)
   Joseph M. Alioto, Jr., (SBN 215544)
3  **ALIOTO LAW FIRM**
   555 California Street, Suite 3160
4  San Francisco, CA 94104
   (415) 434-8900
5  (415) 434-9200 fax

6  Russell F. Brasso, Esq.  (SB No. 85417)
   **FOREMAN & BRASSO**
7  930 Montgomery Street, Suite 600
   San Francisco, CA 94133
8  (415) 433-3475
   (415) 781-8030 fax
9
   Zane D. Negrych, Esq. (SB No. 171025)
10 **LAW FIRM OF ZANE D. NEGRYCH**
   471 Galen Drive
11 San Jose, California 95123
   Telephone: (408) 629-7595
12 Facsimile: (408) 629-9900

13 Attorneys for Plaintiffs

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                           SAN JOSE DIVISION

17
   ADVANCED MICROTHERM, INC.;       )  CASE NO.  C04-02266 JW
18 HVAC SALES, INC.,                )
                                    )  **STIPULATED ORDER**
19           Plaintiffs,            )  **REGARDING RICHARD YATES**
                                    )  **DEPOSITION**
20      v.                          )
                                    )
21 NORMAN WRIGHT MECHANICAL         )  Judge:      Hon. James Ware
   EQUIPMENT CORPORATION;           )  Mag. Judge: Hon. Patricia V. Trumbull
22 RICHARD LEAO; TEMPCO, INC.; and  )
   F. W. SPENCER & SON, INC., et al )
23                                  )
           Defendants.               )
24                                  )
                                    )
25 AND RELATED CROSS-CLAIMS         )
                                    )
26

27

28 STIPULATED ORDER
   REGARDING YATES
   DEPOSITION
                                  - 1 -

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  WHEREAS, Richard Yates has been subpoenaed by Plaintiffs to be deposed in Manhattan
3  Beach, California on August 11, 2009 at the time and place noted on the subpoena and
4  accompanying Notice of Deposition and Request to Produce Documents;

5  WHEREAS, Norman Wright's counsel requests that the deposition of Richard Yates be
6  changed to August 12, 2009 or August 14, 2009 at the same time and location;

7  WHEREAS, counsel for Richard Yates is willing to make Mr. Yates available in San
8  Francisco at a location, date, and time agreeable to Plaintiffs' counsel provided Mr. Yates is
9  reimbursed for his air fare by counsel collectively or Plaintiffs' counsel, individually;

10  WHEREAS, counsel for Richard Yates will produce Mr. Yates in accordance with the above
11  terms provided Mr. Yates is not re-deposed on the same exhibits and the same questioning that
12  occurred during Mr. Yates previous depositions on April 5-6, 2007 when he was extensively cross-
13  examined by Norman Wright Mechanical Equipment Company, Inc. and counsel for the Plaintiffs.

14  NOW, THEREFORE, the parties agree and the Court orders:

15  1.  The deposition of Richard Yates will commence on August 14, 2009 at 10:00 a.m. at
16      the Law Offices of Foreman & Brasso and will continue for no more than 7 hours.

17
18                              **IT IS SO ORDERED:**
19
20  Dated:_____8/11_____, 2009

21                              _____
                                PATRICIA V. TRUMBULL
22                              United States Magistrate Judge

STIPULATED ORDER
REGARDING YATES
DEPOSITION

- 2 -

**SO STIPULATED:**

Dated: August _____ 2009

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

SEDGWICK, DETERT, MORAN, & ARNOLD, LLP

LEONIDOU & ROSIN
Professional Corporation

By: _____/s/_____
       Robert H. Bunzel
       Lisa Wright
       Attorneys for Defendant
       Norman Wright Mechanical Equipment, Inc.

Dated: August _____ 2009

ALIOTO LAW FIRM
FOREMAN & BRASSO
LAW FIRM OF ZANE D. NEGRYCH

By: _____/s/_____
       Russell F. Brasso
       Attorney for Plaintiffs

Dated: August _____ 2009

McInerny & Dillon, P.C.

By: _____/s/_____
       William J. McGahan
       Cassie Aaronson
       Attorneys for Defendant
       F.W. Spencer & Sons, Inc.

STIPULATED ORDER
REGARDING YATES
DEPOSITION

- 3 -