UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al., )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiffs,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>NORMAN WRIGHT MECHANICAL　)<br>EQUIP. CORP., et al.,　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　Defendants.　　　　　　　　　)<br>_____ ) | Case No.: C 04-2266 JW (PVT)<br><br>**ORDER SCHEDULING BRIEFING AND HEARING REGARDING PLAINTIFFS' NOTIFICATION TO THE COURT THAT THEY BELIEVE THE DOCUMENTS DEFENDANT F.W. SPENCER IS PRODUCING ARE NOT KEPT IN A REASONABLY BUSINESS-LIKE MANNER, AND REQUEST THAT F.W. SPENCER BE ORDERED TO ORGANIZE AND LABEL THE DOCUMENTS** |

　　　　On August 5, 2009 this court issued an interim order in which it stated: "However, if Plaintiffs discover the documents are not kept in a reasonably business-like manner, they may bring that fact to the court's attention (in a supplemental declaration), and the court will consider requiring Defendant to organize and label the responsive documents." On September 9, 2009, Plaintiffs' counsel contacted chambers to schedule a telephone conference[1] because he believes the document production by Defendant F.W. Spencer & Son, Inc. ("F.W. Spencer") is a "documents dump" and are being produced "as they are kept in the usual course of business." The court is not inclined to handle this dispute in a telephone conference. Instead, the court believes briefing and a courtroom hearing are warranted. Therefore,

---

[1]　　Although the court's August 5th order required any notice of this sort to be submitted in the form of a declaration, in light of the court's own time constraints it will deem Plaintiffs' counsel's call to chambers to schedule a telephone conference to meet that requirement.

ORDER, *page 1*

IT IS HEREBY ORDERED that no later than 4:00 p.m. on September 10, 2009, Plaintiffs and Defendant F.W. Spencer shall file simultaneous briefs regarding Plaintiffs' requests.

IT IS FURTHER ORDERED that counsel for Plaintiffs and Defendant F.W. Spencer shall appear for hearing at 10:00 a.m. on September 11, 2009. The court also strongly suggests that William Spencer attend the hearing.

Dated: *9/9/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge