UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NORMAN WRIGHT MECHANICAL ) <br> EQUIP. CORP., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 04-2266 JW (PVT) <br><br> **ORDER** SETTING OMNIBUS HEARING FOR ALL DISCOVERY SANCTIONS MOTIONS |

The parties in this case have filed multiple requests for sanctions, often improperly included in their briefing on motions to compel. *See* CIVIL L.R. 7-8(a).  It may well be that some of the requests are warranted.  However, the repeated requests for sanctions are distracting the parties from their efforts to actually provide and obtain discovery.  Therefore,

IT IS HEREBY ORDERED that the court is deferring the hearing of all motions for discovery sanctions, whether monetary or otherwise, to 10:00 a.m. on January 26, 2010.  No later than December 22, 2009, any party wishing to seek discovery sanctions shall file moving papers that outline each alleged discovery abuse for which they seek sanctions.  Opposition papers shall be filed no later than January 12, 2010.  Reply papers shall be filed no later than January 19, 2010.

IT IS FURTHER ORDERED that, in light of the foregoing, no party shall include any request for discovery sanctions in any briefings on other motions.  Any pending requests are deemed denied without prejudice to being raised in the motion(s) scheduled above.

Dated: *10/6/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*