UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al., | Case No.: C 04-2266 JW (PVT) |
| Plaintiffs, | **ORDER** RE **MOTIONS TO SEAL (DOCKET NOS. 837 & 874** |
| v. | |
| NORMAN WRIGHT MECHANICAL EQUIP. CORP., et al., | |
| Defendants. | |

It has come to the court's attention that there are two motions to seal pending before the court. Based on the motions to seal and the file herein,

IT IS HEREBY ORDERED that the aforementioned motions to seal are GRANTED subject to the documents being unsealed in the event a party or non-party moves to unseal the documents and the designating party does not carry its burden of showing that sealing is warranted. *Beckman Indus., Inc. v. International Ins. Co.,* 966 F.2d 470, 476 (9th Cir. 1992) ("Broad allegations of harm, however, unsubstantiated by specific examples or articulated reasoning, do not satisfy the Rule 26(c) test.").

Dated: *10/14/09*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*