1  WILLIAM K. HURLEY, ESQ., SBN 116625
   ERIC C. MCALLISTER, ESQ., SBN 252567
2  MILLER, MORTON, CAILLAT & NEVIS, LLP
   25 Metro Drive, 7th Floor
3  San Jose, California  95110
   Telephone:  (408) 292-1765
4  Facsimile:  (408) 436-8272

Attorneys for Non-Party RAY L. HELLWIG MECHANICAL CO., INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ADVANCED MICROTHERM, INC., et. al., | Civil Action No.: C04-02266 JW |
|---|---|
| Plaintiff, | **STIPULATION TO WITHDRAW MOTION TO QUASH AND ~~PROPOSED~~ ORDER** |
| v. | Date: December 15, 2009 |
| NORMAN WRIGHT MECHANICAL EQUIPMENT, | Time: 10:00 A.M.<br>Dept.: Courtroom 5, 4th Floor<br>280 S. 1st Street, San Jose, CA 95113<br>Judge: Hon. Patricia V. Trumbull |
| Defendant | |

1  **WHEREAS** Plaintiff ADVANCED MICROTHERM, INC. ("AMI") has served a third-party subpoena on RAY L. HELLWIG MECHANICAL CO., INC. ("HELLWIG") in the above matter

**WHEREAS** HELLWIG has filed a Motion to Quash the third-party subpoena of AMI with above entitled Court on the grounds that AMI failed to take reasonable steps to avoid imposing an undue burden or expense on HELLWIG when drafting the subpoena.

**WHEREAS** HELLWIG and AMI have reached an agreement to pair down the subpoena, thus avoiding the imposition of undue burden or expense on HELLWIG.

**IT IS HEREBY STIPULATED AND AGREED** that HELLWIG's Motion to Quash be withdrawn; and the hearing thereon, currently set for Tuesday, December 15, 2009, be vacated.

Dated: December 7, 2009          MILLER, MORTON, CAILLAT & NEVIS, LLP

                                 By:  /s/
                                      ERIC C. MCALLISTER.
                                      Attorneys for Non-Party RAY L. HELLWIG
                                      MECHANICAL CO., INC.

Dated: December 7, 2009          LAW OFFICES OF ZANE NEGRYCH

                                 By:  /s/
                                      ZANE NEGRYCH
                                      Attorneys for Plaintiff ADVANCED
                                      MICROTHERM, INC.

**IT IS SO ORDERED.**

Dated: ____12/8/09_____         *Patricia V. Trumbull*
                                 Hon. Patricia V. Trumbull