UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NORMAN WRIGHT MECHANICAL ) <br> EQUIP. CORP., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 04-2266 JW (PVT) <br><br> **FURTHER ORDER RE PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES TO DOCUMENT REQUESTS AND PRODUCTION OF DOCUMENTS** |

On November 17, 2009, the parties appeared for hearing on Plaintiffs' motion to compel production of documents. After the hearing, the court ordered further briefing on certain issues. The parties have now submitted the requested supplemental briefing. Based on the supplemental briefs and arguments submitted,

IT IS HEREBY ORDERED that the court adopts the parties' stipulated date for completion of production of documents. With regard to Document Request Nos. 118-120, Norman Wright shall complete its production no later than January 13, 2010. With regard to Document Request Nos. 86-87, Norman Wright shall complete its production no later than December 30, 2009. With regard to Document Request Nos. 76-81, Norman Wright shall complete its production of *unredacted* check registers no later than December 30, 2009. Norman Wright may designate the check registers

ORDER, *page 1*

1  "Confidential - Attorneys' Eyes Only."  Before disclosing copies of pages of the check registers to
2  anyone other than its outside counsel or experts, or offering them as evidence in court, Plaintiffs
3  shall redact all entries other than the entries it is using in connection with this litigation.  This
4  procedure will adequately protect employee privacy without undue expense to either Plaintiffs or
5  Norman Wright.[1]

6  IT IS FURTHER ORDERED that Plaintiffs' motion is deemed MOOT as to Document
7  Request No. 113, based on Norman Wright's representation that it has already "complied fully with
8  this request."  This ruling is without prejudice to Plaintiffs filing a renewed motion to compel if they
9  believe Norman Wright has not produced all responsive documents.

10  IT IS FURTHER ORDERED that Plaintiffs' motion is GRANTED as to Document Request
11  No. 114.  The court previously took the motion under submission as to this request, and ordered
12  further meet and confer regarding a compromise, based on Norman Wright's representation that it
13  did not maintain any documentation that reflected the pricing Norman Wright quoted to customers
14  on bid day.  In light of the recent revelation that Norman Wright does actually have such
15  documentation, the court finds it appropriate to grant the motion as to this document request.  The
16  documents sought contain information that is relevant to Plaintiffs' claims, and Norman Wright has
17  not shown that production of the specific scope letters or product quotes for large projects would be
18  overly burdensome.  Norman Wright shall produce the responsive documents no later than January
19  8, 2010.

20  IT IS FURTHER ORDERED that Plaintiffs' motion is GRANTED as to Document Request
21  No. 127.  The scope of discovery is broad.  Plaintiffs have made a colorable argument regarding the
22  relevance of the documents sought to the claims remaining after summary adjudication.  Norman
23  Wright has not shown that production of the documents is unduly burdensome.

24  IT IS FURTHER ORDERED that the deadline for the parties to file any discovery motions is
25  extended to December 30, 2009.  With regard to any discovery orders issued after December 14,
26  2009, including this order, the deadline to move to compel compliance is 5 court days after the

27
28  ⎯⎯⎯⎯⎯⎯⎯⎯⎯
   [1] Norman Wright shall bear the cost of this production for the time being.  After the close of discovery, if any party believes cost shifting of production costs is warranted, they may bring a motion for such cost shifting.

1  deadline set in any such order, or 3 weeks after issuance of the order, whichever is later.

2      IT IS FURTHER ORDERED that the deadline for designation of experts with reports is
3  extended to January 15, 2010.  The designation of experts with reports is extended to January 29,
4  2010.  The close of expert discovery is extended to March 12, 2010.

5      IT IS FURTHER ORDERED that the omnibus hearing on motions for discovery sanctions is
6  continued to 10:00 a.m. on March 30, 2010.

7  Dated: *12/18/09*

8  *[signature]*
    PATRICIA V. TRUMBULL
9      United States Magistrate Judge

ORDER, *page 3*