UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NORMAN WRIGHT MECHANICAL )<br>EQUIP. CORP., et al., )<br>)<br>Defendants. )<br>_____ ) | Case No.: C 04-2266 JW (PVT)<br><br>**ORDER CORRECTING ERROR IN ORDER OF DECEMBER 18, 2009** |

On December 18, 2009, this court issued an order in which it erroneously omitted the word "rebuttal" after "designation of" on line 3 of page 3. (*See* Docket No. 1207, herein.) Therefore, the second to the last paragraph of this court's December 18, 2009 order is hereby amended to read as follows:

"IT IS FURTHER ORDERED that the deadline for designation of experts with reports is extended to January 15, 2010. The designation of rebuttal experts with reports is extended to January 29, 2010. The close of expert discovery is extended to March 12, 2010."

Dated: *Jan. 7, 2010*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*