1

FLYNN / WILLIAMS LLP

2

Sloan C. Bailey (No. 188113)
Gary Sloboda (No. 209581)

3

1010 B Street, Suite 200
San Rafael, CA 94901

4

Fax (415) 482-9939
(415) 461-1000

5

6

Attorneys for Defendant

7

F.W. SPENCER & SON, INC.

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

11

ADVANCED MICROTHERM, INC.; HVAC )
SALES, INC.,                      )

Case No.: C04-02266 JW

12

                                  )
        Plaintiffs,               )

**STIPULATION AND [PROPOSED]
ORDER RE EXTENSION OF TIME FOR**

13

                                  )
        vs.                       )

**NSW TO COMPLY WITH COURT'S
ORDER (DKT. 1207), EXTENDING**

14

                                  )

**CERTAIN PRE-TRIAL DATES, AND**

15

NORMAN WRIGHT MECHANICAL         )
EQUIPMENT CORPORATION; et al.,    )

**WAIVER OF WRITTEN REPORTS AS
TO NON-RETAINED EXPERTS**

16

                                  )
        Defendants.               )

                                  )

Judge:            Hon. James Ware

17

                                  )

Magistrate Judge: Hon. Patricia Trumbull
Courtroom:        5, 4th Floor

18

AND RELATED CROSS-ACTION.         )

Original Complaint Filed: April 30, 2002

19

                                  )
                                  )

20

                                  )
                                  )

21

22

        Subject to the condition that the Court issue an Order approving the extended dates, and

23

without limitation to the parties' right to seek relief regarding the extension of the hearing date

24

for dispositive motions, the Parties, by and through their counsel, stipulate:

25

    1.  The time for defendant Norman Wright Mechanical Corporation to produce

26

        documents responsive to the Court's Order (Docket 1207) concerning Document

27

        Request No. 114 shall be extended to January 29, 2010;

28

2. The deadline for designating experts and serving expert reports shall be extended to February 5, 2010; and the deadline for designating rebuttal experts and serving rebuttal expert reports shall be extended to February 19, 2010;

3. As to non-retained experts, the parties stipulate that party representatives disclosed as "non-retained" experts (if any) will not be required to provide Rule 26(b)(2)(B) reports so long as they are produced for deposition together with their notes, if any, in lieu of a report.

4. The close of expert discovery shall be extended to March 26, 2010; and

5. The parties mutually agree that the extension agreed in in paras. 2 and 4 above is contingent upon the attached stipulation (Exhibit A) that is concurrently being submitted to Judge Ware extending the dates for dispositive motions to be filed. In the event that Exhibit A is **not** ordered by Judge Ware, the instant stipulation regarding extension of discovery deadlines is **not** agreed among the parties.

**SO STIPULATED**

DATED: January 15, 2010        BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

LEONIDOU & ROSIN,
A Professional Corporation

By:        /S/
John F. McLean
Attorneys for Defendant NORMAN S. WRIGHT
MECHANICAL EQUIPMENT CORPORATION

3

1   DATED: January 15, 2010         ALIOTO LAW FIRM

2                                   LAW FIRM OF ZANE D. NEGRYCH

3                                   FOREMAN & BRASSO

4
                                    By:            /S/
5                                           Russell F. Brasso
                                    Attorneys for ADVANCED MICROTHERM, INC. AND
6                                   HVAC SALES, INC.

7

8   DATED: January 15, 2010         McINERNEY & DILLON, P.C.

9                                   FLYNN/WILLIAMS LLP

10
                                    By:            /S
11                                          Sloan C. Bailey
                                    Attorneys for F.W. SPENCER & SON, INC.
12

13

14

15      **IT IS SO ORDERED.**

16

17  DATED: _____Jan. 15_____, 2010

18

19                                  _Patricia V. Trumbull_
                                    PATRICIA V. TRUMBULL
20                                  United States Magistrate Judge

21

22

23

24

25

26

27

28

                                        3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

3

1

**FLYNN / WILLIAMS** LLP
Sloan C. Bailey (No. 188113)
2
Gary Sloboda (No. 209581)
3
1010 B Street, Suite 200
San Rafael, CA 94901
4
Fax (415) 482-9939
(415) 461-1000
5

6
Attorneys for Defendant
7
F.W. SPENCER & SON, INC.

8

9
UNITED STATES DISTRICT COURT

10
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

11
| ADVANCED MICROTHERM, INC.; HVAC ) | Case No.: C04-02266 JW |
| SALES, INC., ) | |

12
|              ) | **STIPULATION AND [PROPOSED]** |
|   Plaintiffs, ) | **ORDER RE EXTENSION OF TIME FOR** |
13
|              ) | **HEARING DATE FOR DISPOSITIVE** |
|   vs. ) | **MOTIONS** |

14
| NORMAN WRIGHT MECHANICAL ) | |
15
| EQUIPMENT CORPORATION; et al., ) | Judge:          Hon. James Ware |
|              ) | Magistrate Judge: Hon. Patricia Trumbull |
16
|   Defendants. ) | Courtroom:      5, 4th Floor |

17
|              ) | Original Complaint Filed:  April 30, 2002 |
|              ) | |
18
| AND RELATED CROSS-ACTION. ) | |
19
|              ) | |
20
|              ) | |

21

22
The Parties, by and through their counsel, in accordance with the stipulation concurrently

23
submitted to Judge Trumbull regarding extension of various discovery deadlines and other

24
matters, (attached herewith as Exhibit A) stipulate:

25
The last date for hearing dispositive motions shall be continued from April 12, 2010 to

26
May 24, 2010, or as soon thereafter as Judge Ware's calendar will allow.

27

28

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF HEARING DATE FOR DISPOSITIVE
MOTIONS

**SO STIPULATED**

DATED: January 15, 2010        BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

LEONIDOU & ROSIN,
A Professional Corporation

By:        /S/
        John F. McLean
Attorneys for Defendant NORMAN S. WRIGHT
MECHANICAL EQUIPMENT CORPORATION

DATED: January 15, 2010        ALIOTO LAW FIRM

LAW FIRM OF ZANE D. NEGRYCH

FOREMAN & BRASSO

By:        /S/
        Russell F. Brasso
Attorneys for ADVANCED MICROTHERM, INC. AND
HVAC SALES, INC.

DATED: January 15, 2010        McINERNEY & DILLON, P.C.

FLYNN/WILLIAMS LLP

By:        /S/
        Sloan C. Bailey
Attorneys for F.W. SPENCER & SON, INC.

**IT IS SO ORDERED.**

DATED: _____, 2010

_____
Hon. James Ware
United States District Court Judge

3

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR NSW TO COMPLY WITH
COURT'S ORDER (DKT. 1207), EXTENDING CERTAIN PRE-TRIAL DATES, AND WAIVER OF WRITTEN
REPORTS AS TO NON-RETAINED EXPERTS