FLYNN / WILLIAMS LLP
Sloan C. Bailey (No. 188113)
Gary Sloboda (No. 209581)
1010 B Street, Suite 200
San Rafael, CA 94901
Fax (415) 482-9939
(415) 461-1000

Attorneys for Defendant
F.W. SPENCER & SON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC.; HVAC SALES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NORMAN WRIGHT MECHANICAL EQUIPMENT CORPORATION; et al., <br><br> Defendants. <br><br> AND RELATED CROSS-ACTION. | Case No.: C04-02266 JW <br><br> STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR HEARING DATE FOR DISPOSITIVE MOTIONS <br><br> Judge: Hon. James Ware <br> Magistrate Judge: Hon. Patricia Trumbull <br> Courtroom: 5, 4th Floor <br><br> Original Complaint Filed: April 30, 2002 |

The Parties, by and through their counsel, in accordance with the stipulation concurrently submitted to Judge Trumbull regarding extension of various discovery deadlines and other matters, (attached herewith as Exhibit A) stipulate:

The last date for hearing dispositive motions shall be continued from April 12, 2010 to May 24, 2010, or as soon thereafter as Judge Ware's calendar will allow.

**SO STIPULATED**

DATED: January 15, 2010

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

LEONIDOU & ROSIN,
A Professional Corporation

By: /S/
John F. McLean
Attorneys for Defendant NORMAN S. WRIGHT
MECHANICAL EQUIPMENT CORPORATION

DATED: January 15, 2010

ALIOTO LAW FIRM

LAW FIRM OF ZANE D. NEGRYCH

FOREMAN & BRASSO

By: /S/
Russell F. Brasso
Attorneys for ADVANCED MICROTHERM, INC. AND HVAC SALES, INC.

DATED: January 15, 2010

McINERNEY & DILLON, P.C.

FLYNN/WILLIAMS LLP

By: /S/
Sloan C. Bailey
Attorneys for F.W. SPENCER & SON, INC.

**IT IS SO ORDERED.**

DATED: __January 15__, 2010

_____
Hon. James Ware
United States District Court Judge

---

3

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF HEARING DATE FOR DISPOSITIVE MOTIONS

# EXHIBIT A

**FLYNN / WILLIAMS** LLP
Sloan C. Bailey (No. 188113)
Gary Sloboda (No. 209581)
1010 B Street, Suite 200
San Rafael, CA 94901
Fax (415) 482-9939
(415) 461-1000

Attorneys for Defendant
F.W. SPENCER & SON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC.; HVAC SALES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NORMAN WRIGHT MECHANICAL EQUIPMENT CORPORATION; et al., <br><br> Defendants. <br><br>――――――――――――――――――― <br><br> AND RELATED CROSS-ACTION. | Case No.: C04-02266 JW <br><br> **STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR NSW TO COMPLY WITH COURT'S ORDER (DKT. 1207), EXTENDING CERTAIN PRE-TRIAL DATES, AND WAIVER OF WRITTEN REPORTS AS TO NON-RETAINED EXPERTS** <br><br> Judge: Hon. James Ware <br> Magistrate Judge: Hon. Patricia Trumbull <br> Courtroom: 5, 4th Floor <br><br> Original Complaint Filed: April 30, 2002 |

Subject to the condition that the Court issue an Order approving the extended dates, and without limitation to the parties' right to seek relief regarding the extension of the hearing date for dispositive motions, the Parties, by and through their counsel, stipulate:

1. The time for defendant Norman Wright Mechanical Corporation to produce documents responsive to the Court's Order (Docket 1207) concerning Document Request No. 114 shall be extended to January 29, 2010;

2. The deadline for designating experts and serving expert reports shall be extended to February 5, 2010; and the deadline for designating rebuttal experts and serving rebuttal expert reports shall be extended to February 19, 2010;

3. As to non-retained experts, the parties stipulate that party representatives disclosed as "non-retained" experts (if any) will not be required to provide Rule 26(b)(2)(B) reports so long as they are produced for deposition together with their notes, if any, in lieu of a report.

4. The close of expert discovery shall be extended to March 26, 2010; and

5. The parties mutually agree that the extension agreed in in paras. 2 and 4 above is contingent upon the attached stipulation (Exhibit A) that is concurrently being submitted to Judge Ware extending the dates for dispositive motions to be filed. In the event that Exhibit A is **not** ordered by Judge Ware, the instant stipulation regarding extension of discovery deadlines is **not** agreed among the parties.

**SO STIPULATED**

DATED: January 15, 2010        BARTKO, ZANKEL, TARRANT & MILLER
                               A Professional Corporation

                               LEONIDOU & ROSIN,
                               A Professional Corporation


                               By:        /S/
                                    John F. McLean
                                    Attorneys for Defendant NORMAN S. WRIGHT
                                    MECHANICAL EQUIPMENT CORPORATION

| | | |
|---|---|---|
| 1 | DATED: January 15, 2010 | ALIOTO LAW FIRM |
| 2 | | LAW FIRM OF ZANE D. NEGRYCH |
| 3 | | FOREMAN & BRASSO |
| 4 | | |
| 5 | | By:         /S/<br>Russell F. Brasso<br>Attorneys for ADVANCED MICROTHERM, INC. AND HVAC SALES, INC. |
| 6 | | |
| 7 | | |
| 8 | DATED: January 15, 2010 | McINERNEY & DILLON, P.C. |
| 9 | | FLYNN/WILLIAMS LLP |
| 10 | | |
| 11 | | By:         /S<br>Sloan C. Bailey<br>Attorneys for F.W. SPENCER & SON, INC. |

**IT IS SO ORDERED.**

DATED: _____, 2010

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge