**JOSEPH M. ALIOTO (#42689)**
**THERESA D. MOORE (#99978)**
**ANGELINA ALIOTO-GRACE (#206899)**
**JOSEPH M. ALIOTO, JR. (#215544)**
555 CALIFORNIA STREET, STE. 3160
SAN FRANCISCO, CA 94104
Telephone: (415) 434-8900
Facsimile:  (415) 434-9200

**RUSSELL F. BRASSO (#85417)**
**FOREMAN & BRASSO**
930 MONTGOMERY STREET, STE. 600
SAN FRANCISCO, CA 94133
Telephone: (415) 433-3475
Facsimile:  (415) 781-8030

**ZANE D. NEGRYCH (#171025)**
ATTORNEY AT LAW
471 GALEN DRIVE
SAN JOSE, CALIFORNIA 95123
Telephone: 408.629.7595
Telefax:    408.629.9900

Attorney for Plaintiffs,
Advanced Microtherm, Inc. and HVAC Sales, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOHN KARAMANOS, ADVANCED MICROTHERM, INC.; HVAC SALES, INC.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>NORMAN WRIGHT MECHANICAL EQUIPMENT CORPORATION, et al,<br>    Defendants. | Civil Action No.: C 04-2266 JW<br><br>STIPULATION AND ORDER RESETTING HEARING ON DEFENDANTS, NORMAN WRIGHT MECHANICAL'S AND F.W. SPENCER & SON'S, MOTIONS TO COMPEL AND SETTING BRIEFING SCHEDULE<br><br>**Judge:**           Hon. James Ware<br>**Magistrate Judge:** Hon. Patricia Trumbull |

////

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**WHEREAS**, Defendant Norman Wright Mechanical has filed and served three (3) motions to compel Plaintiffs' further responses to discovery as follows:

NORMAN WRIGHT MECHANICAL'S MOTION TO COMPEL PLAINTIFFS' FURTHER RESPONSES TO SPECIAL INTERROGATORIES, SET 2;

NORMAN WRIGHT MECHANICAL'S MOTION TO COMPEL PLAINTIFFS' FURTHER RESPONSES TO NORMAN RIGHT'S SPECIAL INTERROGATORIES TO PLAINTIFFS 23-25; and

NORMAN WRIGHT MECHANICAL'S MOTION TO COMPEL PLAINTIFFS' FURTHER PRODUCTION AND RESPONSES TO DEMAND FOR PRODUCTION, SET 4.

Each motion presently calendared to heard by this Court on February 9, 2010.

**WHEREAS**, Defendant F.W. Spencer has filed and served two (2) motions to compel Plaintiffs' further responses to discovery as follows:

DEFENDANT F.W. SPENCER & SON, INC.'S MOTION TO COMPEL PLAINTIFF ADVANCED MICROTHERM, INC. TO PROVIDE FURTHER RESPONSES TO SPECIAL INTERROGATORIES 1-16 AND TO DETERMINE THE SUFFICIENCY OF RESPONSES TO SPECIAL INTERROGATORIES 1-16, AND REQUEST FOR SANCTIONS PURSUANT TO FRCP 37, and

F.W. SPENCER & SON, INC.'S MOTION TO COMPEL PLAINTIFF ADVANCED MICROTHERM, INC. TO PRODUCE ALL DOCUMENTS RESPONSIVE TO REQUESTS FOR PRODUCTION 8-15; AND REQUEST FOR SANCTIONS.

Each motion also presently calendared to heard by this Court on February 9, 2010.

**WHEREAS**, Defendants, Norman Wright Mechanical and F.W. Spencer & Son, and Plaintiffs, Advanced Microtherm, Inc. and HVAC Sales, Inc. have stipulated to resetting the hearing date for the above referenced Motions to Compel to **March 2, 2010**.

**WHEREAS**, Defendants, Norman Wright Mechanical and F.W. Spencer & Son, and Plaintiffs, Advanced Microtherm, Inc. and HVAC Sales, Inc. have stipulated to resetting the

Stipulation and Proposed Order Resetting Hearing on Defendants, Norman Wright's and F.W. Spencer's Motions to Compel and Setting Briefing Schedule

2

deadlines for the filing and service of Plaintiffs' Opposition papers and any Reply papers to be filed and served by each Defendant to the following dates:

| | |
|---|---|
| Plaintiffs' Opposition papers: | January 28, 2010 by 12:00 p.m.; |
| Defendants' Reply papers: | Pursuant to this Court's Local Rules based upon the new hearing date of March 2, 2010. |

Dated: January 26, 2010

_____/S/_____
ZANE D. NEGRYCH, ESQ.,
Attorney for Plaintiffs, Advanced Microtherm, Inc. and HVAC Sales, Inc.

Dated:  January 26, 2010

_____/S/_____
LISA D. WRIGHT, ESQ.,
Attorney for Defendant Norman Wright Mechanical Corp.

Dated:  January 26, 2010

_____/S/_____
SLOAN C. BAILEY, ESQ.,
Attorney for Defendants F.W. Spencer & Son, Inc.

**NOW, THEREFORE**, the parties agree and the Court orders:

Each motion identified in the above stipulation by the parties shall be heard by this Court on March 2, 2010.

The due dates for Plaintiffs' Opposition papers and any Reply papers to be filed by Defendants, Norman Wright Mechanical and/or F.W. Spencer & Son shall be as follows:

| | |
|---|---|
| Plaintiffs' Opposition papers: | January 28, 2010 by 12:00 p.m.; |
| Defendants' Reply papers: | Pursuant to this Court's Local Rules based upon the new hearing date of March 2, 2010. |

**IT IS SO ORDERED.**

DATED: 1/27/10

_____
MAGISTRATE JUDGE PATRICIA V. TRUMBULL

Stipulation and Proposed Order Resetting Hearing on Defendants, Norman Wright's and F.W. Spencer's Motions to Compel and Setting Briefing Schedule

3