1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ADVANCED MICROTHERM, INC., et al.,  )      Case No.: C 04-2266 JW (PVT)
                                     )
                 Plaintiffs,         )      **INTERIM ORDER** CONTINUING
                                     )      HEARING ON  DEFENDANT F.W. SPENCER
        v.                           )      & SON, INC.'S MOTION TO COMPEL
                                     )      PLAINTIFF ADVANCED MICROTHERM, INC.
NORMAN WRIGHT MECHANICAL             )      TO COMPEL PLAINTIFF ADVANCED
EQUIP. CORP., et al.,                )      MICROTHERM TO PROVIDE FURTHER
                                     )      RESPONSES TO SPECIAL
                 Defendants.         )      INTERROGATORIES 1-16; AND DENYING
_____     )      REQUEST FOR SANCTIONS

On December 30, 2009, Defendant F.W. Spencer & Son, Inc. ("Spencer") filed a Motion to

Compel Plaintiff Advanced Microtherm, Inc. to Provide Further Responses to Special Interrogatories

1-16 and Request for Sanctions.  Plaintiffs opposed the motion.  Having reviewed the papers

submitted by the parties, the court finds it appropriate to issue this interim order.  Based on the

moving, opposition and reply papers, and the file herein,

        IT IS HEREBY ORDERED that Spencer's motion to compel further responses to

interrogatories is CONTINUED to March 23, 2010.  Many of Defendant Spencer's complaints about

Plaintiff's responses to interrogatories are similar to Defendant Norman Wright's complaints about

Plaintiff's responses to interrogatories.  The court finds that judicial economy will best be served by

deferring hearing on Defendant Spencer's motion to compel until after hearing and ruling on

Defendant Norman Wright's motion to compel, and an opportunity for Plaintiff and Spencer to meet

1   and confer to narrow their dispute in light of the court's rulings on Defendant Norman Wright's

2   motion.

3          IT IS FURTHER ORDERED that, no later than March 17, 2010, Plaintiff and Defendant

4   Spencer shall file a joint, or separate, brief(s) setting forth what issues remain in dispute for the

5   March 23, 2010 hearing.

6          IT IS FURTHER ORDERED that Spencer's request for sanctions is DENIED.  *See* Civil

7   L.R. 7-8(a).

8   Dated: *2/26/10*

9          *Patricia V. Trumbull*
           PATRICIA V. TRUMBULL
10         United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28