John J. Bartko, State Bar No. 37372
Robert H. Bunzel, State Bar No. 99395
John F. McLean, State Bar No. 55914
Michael D. Abraham, State Bar No. 125633
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Janette G. Leonidou, State Bar No. 155257
Lisa D. Wright, State Bar No. 197577
LEONIDOU & ROSIN
Professional Corporation
777 Cuesta Drive, Suite 200
Mountain View, California 94040
Telephone: (650) 691-2888
Facsimile: (650) 691-2889

Attorneys for Defendant
NORMAN S. WRIGHT MECHANICAL
EQUIPMENT CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al.,<br>Plaintiffs,<br>v.<br>NORMAN WRIGHT MECHANICAL EQUIPMENT CORPORATION, et al.,<br>Defendants.<br><br>AND RELATED CROSS-CLAIMS. | Case No. 04-CV-02266-JW<br><br>**PLAINTIFFS' AND DEFENDANTS' JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR THE CLOSE OF EXPERT DISCOVERY FROM MARCH 26, 2010 TO AND INCLUDING MARCH 31, 2010**<br><br>Judge:  Hon. James Ware<br>Magistrate Judge:  Hon. Patricia Trumbull<br><br>Original Complaint Filed:  April 30, 2002 |

WHEREAS, the Court's January 15, 2010 Order (Dkt. No. 1255) establishes March 26, 2010 as the close of expert discovery; and

WHEREAS, due to scheduling conflicts and the fact that a large number of experts are involved, a short extension of the date for the close of expert discovery is necessary.

THEREFORE, IT IS STIPULATED by the parties, through their counsel of record, that: (1) The date for the close of expert discovery is extend to and includes March 31, 2010; and (2) Nothing in this Stipulation modifies any other Court Ordered date in this action.

DATED: March 5, 2010

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

LEONIDOU & ROSIN
Professional Corporation

By /s/ Michael D. Abraham
Michael D. Abraham
Attorneys for Defendant
NORMAN WRIGHT MECHANICAL EQUIPMENT CORPORATION

DATED: March 5, 2010

FOREMAN & BRASSO

ALIOTO LAW FIRM

LAW FIRM OF ZANE D. NEGRYCH

By: /s/ Russell F. Brasso
Russell F. Brasso
Attorneys for Plaintiffs ADVANCED MICROTHERM, INC. and HVAC SALES, INC.

DATED: March 5, 2010

FLYNN/WILLIAMS LLP

By: /s/ Sloan C. Bailey
Sloan C. Bailey
Attorneys for Defendant
F.W. SPENCER & SON, INC.

-1-

2263.000/441976.1   PLAINTIFFS' AND DEFENDANTS' JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR THE CLOSE OF EXPERT DISCOVERY FROM MARCH 26, 2010 TO AND INCLUDING MARCH 31, 2010 - Case No. 04-CV-02266-JW

-2-

For GOOD CAUSE appearing, and based on the Parties' Stipulation, IT IS ORDERED that the date for the close of expert discovery is extend to and includes March 31, 2010.

DATED: March 8, 2010

_____
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

2263.000/441976.1

PLAINTIFFS' AND DEFENDANTS' JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE DEADLINE FOR THE CLOSE OF EXPERT DISCOVERY FROM MARCH 26, 2010 TO AND INCLUDING MARCH 31, 2010 - Case No. 04-CV-02266-JW