FLYNN / WILLIAMS LLP
Sloan C. Bailey (No. 188113)
Gary Sloboda (No. 209581)
1010 B Street, Suite 200
San Rafael, CA 94901
Fax (415) 482-9939
(415) 461-1000

Attorneys for Defendant
F.W. SPENCER & SON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC.; HVAC SALES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>NORMAN WRIGHT MECHANICAL EQUIPMENT CORPORATION; et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No.: C04-02266 JW<br><br>STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR DEFENDANT F.W. SPENCER & SON, INC. TO FILE OPPOSITIONS TO PLAINTIFF ADVANCED MICROTHERM, INC.'S MOTIONS TO COMPEL OBEDIENCE WITH PRIOR COURT ORDER, REQUESTS FOR ADMISSION TO BE DEEMED ADMITTED, AND PRODUCTION OF DOCUMENTS<br><br>Judge:            Hon. James Ware<br>Magistrate Judge: Hon. Patricia Trumbull<br>Courtroom:        5, 4th Floor<br><br>Original Complaint Filed:  April 30, 2002 |

The Parties, by and through their counsel, stipulate:

1. The time for defendant F.W. Spencer & Son, Inc. ("FWS") to file oppositions to plaintiff Advanced Microtherm, Inc.'s motion to compel obedience to prior court order requiring FWS to produce specified accounting documents and e-mails in reasonable usable form (Docket 1209), motion to compel requests for admission, set 1, served on FWS be deemed admitted for failure to timely respond (Docket 1212), and motion to compel FWS to produce documents

demanded in plaintiffs' request for production, set 2 (Docket 1214), shall be extended to March 10, 2010.

2. The time for plaintiff Advanced Microtherm, Inc. to file replies to FWS' oppositions to the above-stated motions shall correspondingly be extended to March 17, 2010.

**SO STIPULATED.**

DATED: March 8, 2010      ALIOTO LAW FIRM

LAW FIRM OF ZANE D. NEGRYCH

FOREMAN & BRASSO

By:        /s/
    Russell F. Brasso
Attorneys for ADVANCED MICROTHERM, INC. AND HVAC SALES, INC.

DATED: March 8, 2010      McINERNEY & DILLON, P.C.

FLYNN/WILLIAMS LLP

By:        /s/
    Sloan C. Bailey
Attorneys for F.W. SPENCER & SON, INC.

As to the Parties' Stipulation Nos. 1-2, **IT IS SO ORDERED.**

DATED:    3/8    , 2010

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

3

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR NSW TO COMPLY WITH COURT'S ORDER (DKT. 1207), EXTENDING CERTAIN PRE-TRIAL DATES, AND WAIVER OF WRITTEN REPORTS AS TO NON-RETAINED EXPERTS