UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORMAN WRIGHT MECHANICAL ) <br> EQUIP. CORP., et al., ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. C 04-2266 JW (PVT) <br><br> **INTERIM ORDER re Plaintiffs' Motion to Compel Request For Admission, Set 1, Deemed Admitted for Failure to Timely File Responses** |

On December 28, 2009, Plaintiffs filed a Motion to Compel Request For Admission, Set 1, Deemed Admitted for Failure to Timely File Responses. Defendant F.W. Spencer & Son, Inc. ("F.W. Spencer") opposed the motion. Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this interim order. Based on the moving, opposition and reply papers submitted,

IT IS HEREBY ORDERED that no later than April 6, 2010, Defendant F.W. Spencer shall file a supplemental declaration establishing, if it can, whether it its Responses to Requests for Admissions was deposited with the U.S. Postal Service, with proper postage affixed thereon, or before May 11, 2009. In their moving papers, Plaintiffs claim the Responses to Requests for Admissions were backdated. Even aside from Plaintiffs' claim, there appears to be a lack of proof as to what day the document was actually mailed. From the copy of Defendant F.W. Spencer's Responses to Requests for Admissions that Plaintiffs filed with their moving papers, it appears the

1  "proof of service" was signed *before* the document was mailed. As such, it does not constitute proof
2  of when the document was actually put in the mail. At most it attests to the signatory's intent to put
3  the document in the mail that day.
4      IT IS FURTHER ORDERED that the hearing on this motion is continued to 10:00 a.m. on
5  April 13, 2010.
6  Dated: *3/26/2010*

                    PATRICIA V. TRUMBULL
                    United States Magistrate Judge