UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NORMAN WRIGHT MECHANICAL EQUIP. CORP., et al.,<br><br>　　　　Defendant. | Case No. C 04-2266 JW (PVT)<br><br>**ORDER** C<small>ONTINUING</small> H<small>EARING ON</small> T<small>WO</small> M<small>OTIONS AND</small> **VACATING** H<small>EARING ON</small> R<small>EMAINING</small> M<small>OTIONS</small> T<small>HAT</small> W<small>ERE ON</small> C<small>ALENDAR FOR</small> M<small>ARCH</small> 30, 2010 |

Numerous motions in this action are currently scheduled to be heard by this court on March 30, 2010. Based on all papers submitted by the parties and the court's schedule,

IT IS HEREBY ORDERED that the omnibus hearing on all pending sanctions motions is CONTINUED to May 18, 2010. No later than May 11, 2010, each party who has one or more motions for sanctions pending shall file a supplemental brief identifying the moving, opposition and reply papers for the motion(s) by docket numbers. Judicial economy will best be served by postponing the hearing on the sanctions motions until after all discovery motions have been submitted.

IT IS FURTHER ORDERED that the hearing on Defendant Norman Wright Mechanical Equip. Corp.'s Motion for an Order to Shift Plaintiffs Costs of Unduly Burdensome Discovery is also CONTINUED to May 18, 2010, for the same reason as the sanctions hearing.

1    IT IS FURTHER ORDERED that the hearings are VACATED for all remaining motions that
2 were on calendar for March 30, 2010, and those motions are deemed submitted on the papers.
3 Dated: *3/29/10*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge