UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al.,<br><br>      Plaintiff,<br><br>  v.<br><br>NORMAN WRIGHT MECHANICAL EQUIP. CORP., et al.,<br><br>      Defendant.<br>_____ | Case No. C 04-2266 JW (PVT)<br><br>**ORDER S**ETTING **B**RIEFING AND **H**EARING **S**CHEDULE RE **D**ISPUTE OVER **D**URATION AND **P**ROCEDURE FOR **M**EET AND **C**ONFER **P**REVIOUSLY **O**RDERED BY THE **C**OURT |

On March 26, 2010, this court issued an interim order in connection with Plaintiffs filed a Motion to Compel Obedience with Prior Court Order Requiring F.W. Spencer & Son, Inc. to Produce Specified Electronic Accounting Documents and E-Mails in Reasonable Usable Form (the "Interim Order"). In the Interim Order, the court directed the parties to "engage in an in person meet and confer session, with their respective designated computer experts in attendance, at Defendant F.W. Spencer's facilities with access to F.W. Spencer's computer system as necessary for the purpose of determining what information is available and what kind of reports can be generated." On April 6, 2010, Plaintiff contacted the court regarding disputes that have arisen between Plaintiffs and Defendant F.W. Spencer & Son, Inc. ("F.W. Spencer") regarding the duration and procedure for the meet and confer session ordered by the court. At the court's direction, counsel for Plaintiffs and counsel for Defendant F.W. Spencer contacted chambers to schedule briefing and hearing of the

matter. Based on the foregoing,

IT IS HEREBY ORDERED that, no later than April 8, 2010, Plaintiffs and Defendant F.W. Spencer shall submit briefs setting forth their respective positions.

IT IS FURTHER ORDERED that Plaintiffs and Defendant F.W. Spencer shall appear by telephone at 2:30 p.m. on April 9, 2010 for hearing.

Dated:  *4/6/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge