FLYNN / WILLIAMS LLP
Sloan C. Bailey (No. 188113)
Gary Sloboda (No. 209581)
Annabel H. Chang (No. 267261)
1010 B Street, Suite 200
San Rafael, CA 94901
Fax (415) 482-9939
(415) 461-1000

Attorneys for Defendant
F.W. SPENCER & SON, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC.; HVAC SALES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NORMAN WRIGHT MECHANICAL EQUIPMENT CORPORATION; et al., <br><br> Defendants. <br><br> AND RELATED CROSS-ACTION. | Case No.: C04-02266 JW <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFFS' AND FW SPENCER & SON, INC.'S MEET AND CONFER RE ELECTRONIC DISCOVERY** <br><br> Magistrate Judge: Hon. Patricia Trumbull <br> Courtroom: 5, 4th Floor <br><br> Original Complaint Filed: April 30, 2002 |

WHEREAS, the Court's March 26, 2010 Interim Order (Docket #1387) ordered plaintiffs and defendant F.W. Spencer & Son, Inc.'s (Spencer) to meet and confer at Spencer' facilities concerning certain electronic discovery by no later than April 12, 2010;

WHEREAS, on April 9, 2010, the Court issued a further Interim Order (Docket #1408) resolving the parties' dispute over the scope of, attendance at, and duration of the meet and confer, but did not extend the April 12, 2010 deadline; and

1

WHEREAS, the earliest mutually available date to conduct the meet and confer at Spencer's facilities is April 15, 2010 at 1:00 p.m., although the representative for the Maxwell accounting system will only be available by telephone that day from 1:30 p.m. to 3:00 p.m.

THEREFORE, plaintiffs and Spencer, by and through their counsel, stipulate and request the Court to order that the meet and confer pursuant to the Court's March 26 and April 9 Interim Orders will take place on April 15, 2010 at 1:00 p.m.

DATED: April 13, 2010          FOREMAN & BRASSO

                               By:        /s/
                                    Russell Brasso
                                    Attorneys for ADVANCED MICROTHERM, INC. AND
                                    HVAC SALES, INC.

DATED: April 13, 2010          FLYNN/WILLIAMS LLP

                               By:        /s/
                                    Gary Sloboda
                                    Attorneys for F.W. SPENCER & SON, INC.

For GOOD CAUSE appearing, and based on the Parties' Stipulation herein, IT IS ORDERED that plaintiffs and Spencer's meet and confer pursuant to the Court's March 26 and April 9 Interim Orders shall take place on April 15, 2010 at 1:00 p.m.

DATED: ____4/14____, 2010

                               _____
                               PATRICIA V. TRUMBULL
                               United States Magistrate Judge

2

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFFS' AND FW SPENCER & SON, INC.'S MEET AND CONFER RE ELECTRONIC DISCOVERY – CASE NO. 04-CV-02266-JW