UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORMAN WRIGHT MECHANICAL ) <br> EQUIP. CORP., et al., ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. C 04-2266 JW (PVT) <br><br> **ORDER Vacating Omnibus Hearing on All Pending Sanctions Motions** |

On March 29, 2010 this court issued an order continuing to May 18, 2010 the omnibus hearing on all pending sanctions motions, and setting a deadline of May 11, 2010 for each party who has any motion for sanctions pending to file a supplemental brief identifying the moving, opposition and reply papers for the motion(s) by docket numbers. No party filed any such a supplemental brief. Therefore, based on the file herein,

IT IS HEREBY ORDERED that the omnibus hearing on all pending sanctions motions is VACATED.

IT IS FURTHER ORDERED that, if any party believes it has any motion for sanctions still pending, that party may set the matter for hearing on this court's calendar on 35 days notice by filing an amended notice of motion. The amended notice of motion shall identify by docket numbers all documents previously filed both in support of, and opposition to, the pending motion. The amended

1 notice may also inform the court of any facts occurring after the briefing of the motion that the
2 moving party believes the court should be aware of in connection with the pending motion. If the
3 amended notice includes such additional information, the opposing party may file a response no later
4 than 21 days before the noticed hearing date. Absent further order of this court, no further briefing
5 shall be filed in connection with any such motion.

Dated: *5/13/10*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge