UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> NORMAN WRIGHT MECHANICAL EQUIP. CORP., et al., <br><br> Defendant. | Case No. C 04-2266 JW (PVT) <br><br> **ORDER** Taking Under Submission Norman Wright Mechanical Equipment Corporation's Motion to Shift Costs |

On February 23, 2010, Defendant Norman Wright Mechanical Corporation ("Norman Wright") filed a Motion for an Order to Shift to Plaintiffs Costs of Unduly Burdensome Discovery. Plaintiffs opposed the motion. Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this order without oral argument. Therefore,

IT IS HEREBY ORDERED that the motion is TAKEN UNDER SUBMISSION and the hearing thereon is VACATED. An order will issue shortly.

Dated: *5/17/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge