IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advanced Microtherm, Inc., at al., | NO. C 04-02266 JW |
| Plaintiffs, v. | **ORDER RE: PAYMENTS TO FORMER SPECIAL MASTER; SETTING HEARING ON ORDER TO SHOW CAUSE RE: CONTEMPT OF COURT** |
| Norman Wright Mechanical Equipment Corp., et al., | |
| Defendants. | |

On June 11, 2010, the Court entered an order striking Magistrate Judge Trumbull's September 11, 2009 Report and Recommendation. (hereafter, "Order," Docket Item No. 1711.) The Court held that, "[b]ased on the record of the case as a whole and the fact that no party ever complained of the Special Master's fees during his three years of appointment to the case, the Court finds that the Special Master's fees are reasonable and that his service to the Court in this case was consistently of high quality." (Order at 2.) The Court ordered that ". . . all payments due and owning to the Special Master shall be paid within **fifteen (15)** days from the date of this Order." (Id.) More importantly, the Court unequivocally ordered that "[f]ailure to do so will result in further sanctions by the Court." (Id.)

On July 13, 2010, well over the fifteen day deadline set by the Court's June 11 Order, Mr. Denver filed his Status Report informing the Court that Plaintiff is still delinquent on its payment. (Docket Item No. 1759.) On July 15, 2010, Mr. Denver filed a Further Status Report to inform the Court that he has been in communication with Plaintiffs' counsel and that counsel has asked for a

reasonable time to resolve the outstanding payments. (Docket Item No. 1763.) Mr. Denver has agreed to provide Plaintiffs until July 27, 2010 to investigate and respond to the outstanding payments.

Because the Court unequivocally ordered that all payments due and owning to the Special Master be paid and Plaintiffs have failed to do so, the Court sets **August 23, 2010 at 9 a.m.** as a hearing on an Order to Show Cause re: Contempt of Court against Plaintiffs. This hearing will be vacated if all payments are paid on or before **August 6, 2010**, and the Court receives a Status Report from Mr. Denver to that effect.

Dated: July 15, 2010

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce Harry Winkelman bwinkelman@Craig-Winkelman.com
Cassiana Aaronson ca@mcinerney-dillon.com
David Irwin Kornbluh dkornbluh@millermorton.com
Dennis P. Fitzsimons dfitzsimons@bjg.com
Eric Charles McAllister ecm@millermorton.com
Flora F Vigo fvigo@omm.com
Gary Alexander Sloboda gary.sloboda@sdma.com
George Castro Leal gleal@chandoilaw.com
George Fred Salamy george.salamy@mccurdylawyers.com
Howard Ira Miller hmiller@bztm.com
Janette George Leonidou jleonidou@alr-law.com
Jeffrey Gordon Nevin jnevin@ecplslaw.com
Jill Battilega Rowe jrowe@cwclaw.com
John Francis McLean jackmclean1@comcast.net
John J. Bartko jbartko@bztm.com
John Morwick Ross jross@cwclaw.com
John T. Williams jwilliams@hww-law.com
Joseph M. Alioto jmalioto@aliotolaw.com
Joseph Michelangelo Alioto jaliotojr@aliotolaw.com
Julie Dawn Wood jwood@omm.com
Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
LeCarie Shalece Whitfield LSW@mcinerney-dillon.com
Lisa Dritsas Wright lwright@alr-law.com
Maria Giardina maria.giardina@sdma.com
Mark Ewell Ellis mellis@ecplslaw.com
Matthew A. Fischer matthew.fischer@sdma.com
Maureen Ellen McTague maureen_sandoval@gensler.com
Merrit Jones mjones@cwclaw.com
Michael David Abraham mabraham@bztm.com
Michael Frederick Tubach mtubach@omm.com
Robert H. Bunzel rbunzel@bztm.com
Russell F. Brasso brasso@foremanandbrasso.com
Sloan C. Bailey sbailey@flynn-williams.com
Stephen D. Kaus skaus@cwclaw.com
Steven Ellis Conigliaro sconigliaro@omm.com
Theresa Driscoll Moore Tmoore@aliotolaw.com
Thomas Charles Tagliarini tagliarinilaw@aol.com
Thomas H R Denver tdenver@mediationmasters.com
William Hugh McInerney wjr@mcinerney-dillon.com
William James McGahan wjmcgahan@mcinerney-dillon.com
Zane D. Negrych zanenegrych@gmail.com

**Dated: July 15, 2010**                              **Richard W. Wieking, Clerk**

                                                      **By:     /s/ JW Chambers**
                                                           **Elizabeth Garcia**
                                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California