**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advanced Microtherm, Inc., at al., | NO. C 04-02266 JW |
| Plaintiffs, v. | **ORDER VACATING CONTEMPT OF COURT HEARING RE: PAYMENTS TO SPECIAL MASTER** |
| Norman Wright Mechanical Equipment Corp., et al., | |
| Defendants. | |

In light of the Special Masters' Report stating that "[a]ll issues regarding the Special Master's fees have been satisfactorily resolved as to all parties,"[1] the Court finds good cause to VACATE the August 23, 2010 hearing on its Order to Show Cause re: Contempt of Court.

Accordingly, the Clerk shall VACATE the August 23, 2010 hearing re: Contempt.

Dated: July 28, 2010

JAMES WARE
United States District Judge

---

[1] (Docket Item No. 1772.)

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bruce Harry Winkelman bwinkelman@Craig-Winkelman.com
Cassiana Aaronson ca@mcinerney-dillon.com
David Irwin Kornbluh dkornbluh@millermorton.com
Dennis P. Fitzsimons dfitzsimons@bjg.com
Eric Charles McAllister ecm@millermorton.com
Flora F Vigo fvigo@omm.com
Gary Alexander Sloboda gary.sloboda@sdma.com
George Castro Leal gleal@chandoilaw.com
George Fred Salamy george.salamy@mccurdylawyers.com
Howard Ira Miller hmiller@bztm.com
Janette George Leonidou jleonidou@alr-law.com
Jeffrey Gordon Nevin jnevin@ecplslaw.com
Jill Battilega Rowe jrowe@cwclaw.com
John Francis McLean jackmclean1@comcast.net
John J. Bartko jbartko@bztm.com
John Morwick Ross jross@cwclaw.com
John T. Williams jwilliams@hww-law.com
Joseph M. Alioto jmalioto@aliotolaw.com
Joseph Michelangelo Alioto jaliotojr@aliotolaw.com
Julie Dawn Wood jwood@omm.com
Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
LeCarie Shalece Whitfield LSW@mcinerney-dillon.com
Lisa Dritsas Wright lwright@alr-law.com
Maria Giardina maria.giardina@sdma.com
Mark Ewell Ellis mellis@ecplslaw.com
Matthew A. Fischer matthew.fischer@sdma.com
Maureen Ellen McTague maureen_sandoval@gensler.com
Merrit Jones mjones@cwclaw.com
Michael David Abraham mabraham@bztm.com
Michael Frederick Tubach mtubach@omm.com
Robert H. Bunzel rbunzel@bztm.com
Russell F. Brasso brasso@foremanandbrasso.com
Sloan C. Bailey sbailey@flynn-williams.com
Stephen D. Kaus skaus@cwclaw.com
Steven Ellis Conigliaro sconigliaro@omm.com
Theresa Driscoll Moore Tmoore@aliotolaw.com
Thomas Charles Tagliarini tagliarinilaw@aol.com
Thomas H R Denver tdenver@mediationmasters.com
William Hugh McInerney wjr@mcinerney-dillon.com
William James McGahan wjmcgahan@mcinerney-dillon.com
Zane D. Negrych zanenegrych@gmail.com

**Dated: July 28, 2010**                         **Richard W. Wieking, Clerk**

                                        **By:    /s/ JW Chambers**
                                             **Elizabeth Garcia**
                                             **Courtroom Deputy**