IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advanced Microtherm, Inc., et al., | NO. C 04-02266 JW |
| Plaintiffs, | **ORDER RE: LODGING OF FULL EXPERT REPORTS** |
| v. | |
| Norman Wright Mech. Equip. Corp., et al., | |
| Defendants. / | |

Upon review of the Court records, the Court is unable to locate full reports from all experts proffered to testify at trial who have not been excluded by prior orders. Accordingly, the Court ORDERS as follows:

(1) On **August 26, 2010 by 12 p.m.**, the parties shall lodge the full, not excerpts, reports of all proffered experts scheduled to testify at trial. **Particularly, Plaintiffs shall lodge Dr. Burns and Dr. Degnan full reports for the Court's review.**

(2) The parties shall deliver these reports to the Clerk's office marked, "Lodged for Chambers" by 12 p.m. on August 26, 2010.

Dated: August 25, 2010

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Annabel Hayoung Chang achang@flynn-williams.com
Bruce Harry Winkelman bwinkelman@Craig-Winkelman.com
Cassiana Aaronson ca@mcinerney-dillon.com
David Irwin Kornbluh dkornbluh@millermorton.com
Dennis P. Fitzsimons dfitzsimons@bjg.com
Eric Charles McAllister ecm@millermorton.com
Gary Alexander Sloboda gary.sloboda@sdma.com
George Castro Leal gleal@chandoilaw.com
George Fred Salamy george.salamy@mccurdylawyers.com
Glendon W. Miskel glen@miskel.com
Howard Ira Miller hmiller@bztm.com
Jeffrey Gordon Nevin jnevin@ellislawgrp.com
Jill Battilega Rowe jrowe@cwclaw.com
John Francis McLean jackmclean1@comcast.net
John J. Bartko jbartko@bztm.com
John Morwick Ross jross@cwclaw.com
John T. Williams jwilliams@hww-law.com
Joseph M. Alioto jmalioto@aliotolaw.com
Joseph Michelangelo Alioto jaliotojr@aliotolaw.com
Julie Dawn Wood jwood@omm.com
Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
LeCarie Shalece Whitfield LSW@mcinerney-dillon.com
Lisa Dritsas Wright lwright@alr-law.com
Maria Giardina maria.giardina@sdma.com
Matthew A. Fischer matthew.fischer@sdma.com
Maureen Ellen McTague maureen_sandoval@gensler.com
Merrit Jones mjones@cwclaw.com
Michael David Abraham mabraham@bztm.com
Michael Frederick Tubach mtubach@omm.com
Robert H. Bunzel rbunzel@bztm.com
Russell F. Brasso brasso@foremanandbrasso.com
Sloan C. Bailey sbailey@flynn-williams.com
Stephen D. Kaus skaus@cwclaw.com
Steven Ellis Conigliaro sconigliaro@omm.com
Theresa Driscoll Moore Tmoore@aliotolaw.com
Thomas Charles Tagliarini tagliarinilaw@aol.com
Thomas H R Denver tdenver@mediationmasters.com
William Hugh McInerney wjr@mcinerney-dillon.com
William James McGahan wjmcgahan@mcinerney-dillon.com
Zane D. Negrych zanenegrych@gmail.com

**Dated: August 25, 2010**                                          **Richard W. Wieking, Clerk**

                                                         **By:   /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**