John J. Bartko, State Bar No. 37372
Robert H. Bunzel, State Bar No. 99395
John F. McLean, State Bar No. 55914
Michael D. Abraham, State Bar No. 125633
Howard I. Miller, State Bar No. 251878
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

Attorneys for Defendant/Cross-Complainant
NORMAN S. WRIGHT MECHANICAL
EQUIPMENT CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., et al., <br> Plaintiffs, <br> v. <br> NORMAN WRIGHT MECHANICAL EQUIPMENT CORPORATION, et al., <br> Defendants. <br><br> AND RELATED CROSS-CLAIMS. | Case No. 04-CV-02266-JW <br><br> [~~PROPOSED~~] ORDER ALLOWING COUNSEL TO BRING TO COURT CERTAIN EQUIPMENT FOR TRIAL <br><br> Trial Date: September 7, 2010 <br> Time: 9:00 a.m. <br> Courtroom: 8, 4th Floor <br> Judge: Hon. James Ware <br><br> Original Complaint Filed: April 30, 2002 |

**IT IS HEREBY ORDERED** that defendant Norman Wright Mechanical Equipment Corporation can bring and deliver the following electronic equipment to courtroom 8 of the Honorable James Ware:

1. 3 laptops

2. 2 monitors

3. A projector for projections of images from a computer

4. A stand for the projector

5. Audio video cables and power supply equipment

6. A VGA Switch

-1-

7. Gaffer Tape

Defendant shall be allowed to bring the following equipment to this Court from September 2, 2010 to the conclusion of trial.

DATED: September 3, 2010

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE