UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Advanced Microtherm, Inc., et al., | NO. C 04-02266 JW |
| Plaintiffs, | **ORDER TO PAY ADDITIONAL ATTENDANCE FEE** |
| v. | |
| Norman Wright Mech. Equip. Corp., et al., | |
| Defendants. | |

In accordance with 28 U.S.C. § 1871(b)(2), petit jurors required to attend more than ten (10) days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10.00 more than the $40.00 attendance fee, for each day in excess of ten (10) days on which the juror is required to hear such case.

Therefore, IT IS HEREBY ORDERED that each member of the jury hearing the above case shall receive a total attendance fee of $50.00 per day for each day of service in excess of ten (10) days.

Dated: September 8, 2010

James Ware
United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
Annabel Hayoung Chang achang@flynn-williams.com
Bruce Harry Winkelman bwinkelman@Craig-Winkelman.com
Cassiana Aaronson ca@mcinerney-dillon.com
David Irwin Kornbluh dkornbluh@millermorton.com
Dennis P. Fitzsimons dfitzsimons@bjg.com
Eric Charles McAllister ecm@millermorton.com
Gary Alexander Sloboda gary.sloboda@sdma.com
George Castro Leal gleal@chandoilaw.com
George Fred Salamy george.salamy@mccurdylawyers.com
Glendon W. Miskel glen@miskel.com
Howard Ira Miller hmiller@bztm.com
Jeffrey Gordon Nevin jnevin@ellislawgrp.com
Jill Battilega Rowe jrowe@cwclaw.com
John Francis McLean jackmclean1@comcast.net
John J. Bartko jbartko@bztm.com
John Morwick Ross jross@cwclaw.com
John T. Williams jwilliams@hww-law.com
Joseph M. Alioto jmalioto@aliotolaw.com
Joseph Michelangelo Alioto jaliotojr@aliotolaw.com
Julie Dawn Wood jwood@omm.com
Kenneth Lawrence Mahaffey kmahaffey@pecklaw.com
LeCarie Shalece Whitfield LSW@mcinerney-dillon.com
Lisa Dritsas Wright lwright@alr-law.com
Maria Giardina maria.giardina@sdma.com
Matthew A. Fischer matthew.fischer@sdma.com
Maureen Ellen McTague maureen_sandoval@gensler.com
Merrit Jones mjones@cwclaw.com
Michael David Abraham mabraham@bztm.com
Michael Frederick Tubach mtubach@omm.com
Robert H. Bunzel rbunzel@bztm.com
Russell F. Brasso brasso@foremanandbrasso.com
Sloan C. Bailey sbailey@flynn-williams.com
Stephen D. Kaus skaus@cwclaw.com
Steven Ellis Conigliaro sconigliaro@omm.com
Theresa Driscoll Moore TMoore@aliotolaw.com
Thomas Charles Tagliarini tagliarinilaw@aol.com
Thomas H R Denver tdenver@mediationmasters.com
William Hugh McInerney wjr@mcinerney-dillon.com
William James McGahan wjmcgahan@mcinerney-dillon.com
Zane D. Negrych zanenegrych@gmail.com

**Dated: September 8, 2010**          **Richard W. Wieking, Clerk**

                                      **By: /s/ JW Chambers**
                                      **Elizabeth Garcia**
                                      **Courtroom Deputy**