IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADVANCED MICROTHERM, INC., | NO. C 04-02266 JW |
| Plaintiff(s), | **ORDER TO JURY COMMISSIONER** |
| v. | |
| NORMAN WRIGHT MECHANICAL EQUIPMENT CORPORATION ET AL, | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the Jury Commissioner shall furnish lunch in the above entitled matter at the expense of the United States District Court through Le Boulanger for the members of the jury effective October 28, 2010 through October 29, 2010 and as necessary for November 1, 2010 through November 5, 2010 and November 10, 2010; November 12, 2010.

Dated: October 27, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Annabel Hayoung Chang achang@flynn-williams.com
John Francis McLean jackmclean1@comcast.net
John J. Bartko jbartko@bztm.com
John T. Williams jwilliams@hww-law.com
Joseph M. Alioto jmalioto@aliotolaw.com
Lisa Dritsas Wright lwright@alr-law.com
Michael David Abraham mabraham@bztm.com
Robert H. Bunzel rbunzel@bztm.com
Russell F. Brasso brasso@foremanandbrasso.com
Sloan C. Bailey sbailey@flynn-williams.com
Zane D. Negrych zanenegrych@gmail.com

Dated:  October 27, 2010                     **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**